AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

TOSHIBA CORPORATION

V.

CYBERHOME ENTERTAINMENT, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-757

TO: (Name and address of Defendant)

Cyberhome Entertainment, Inc.
c/o Delaware Secretary of State (pursuant to 10 Del. C. §3104)
401 Federal Street
Suite 3
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven J. Balick
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

October 31, 2005
DATE

AO 440 (Rev. 8-01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE  October 31, 2005 |
| NAME OF SERVER (PRINT)  Carey M. Shea || TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __Personally hand delivered the summons and complaint to Delaware Secretary of State at the address listed on the front of this summons.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 31, 2005      *[signature]*
　　　　　　　　Date　　　　　　　　　Signature of Server
　　　　　　　　　　　　　　　　　　　Parcels, Inc.
　　　　　　　　　　　　　　　　　　　4 East Seventh Street
　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.