IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOSHIBA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-757 |
| | ) |
| CYBERHOME ENTERTAINMENT, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## **RULE 7.1 DISCLOSURE STATEMENT OF TOSHIBA CORPORATION**

This statement of Toshiba Corporation is filed in accordance with Rule 7.1 of the Federal Rules of Civil Procedure. Toshiba Corporation has no parent corporation and there is no publicly held corporation that owns 10% or more of the stock of Toshiba Corporation.

      ASHBY & GEDDES

      */s/ Steven J. Balick*
      _____
      Steven J. Balick (I.D. #2114)
      John G. Day (I.D. #2403)
      Lauren E. Maguire (I.D. $4261
      222 Delaware Avenue
      17th Floor
      P.O. Box 1150
      Wilmington, Delaware 19899
      (302) 654-1888
      sbalick@ashby-geddes.com
      jday@ashby-geddes.com
      lmaguire@ashby-geddes.com

      *Attorneys for Plaintiff*

*Of Counsel:*

John J. Feldhaus
Foley & Lardner LLP
Suite 500
Washington Harbour
3000 K Street, N.W.
Washington, DC 20007-5109
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

Dated:  November 1, 2005

163012.1