IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOSHIBA CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CYBERHOME ENTERTAINMENT, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 05-757-KAJ |

### STIPULATION AND ORDER

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for defendant to answer, move, or otherwise respond to the complaint shall be extended through and including December 21, 2005.

ASHBY & GEDDES

/s/ Steven J. Balick

_____
Steven J. Balick (#2114)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com

*Attorneys for Plaintiff*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (#3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Defendant*

SO ORDERED this _____ day of November, 2005.

_____
United States District Court Judge