IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TOSHIBA CORPORATION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-757 (KAJ) |
| CYBERHOME ENTERTAINMENT, INC. | ) ) | |
| Defendant. | ) ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Laura A. Wytsma, Joel N. Bock, and Steven Lubezny of Sonnenschein Nath & Rosenthal LLP to represent CyberHome Entertainment, Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Defendant
CyberHome Entertainment, Inc.*

Dated: December 21, 2005