## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of Laura A. Wytsma, Joel N. Bock, and Steven Lubezny is granted.

Date: December ___, 2005

_____
United States District Judge