### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Laura A. Wytsma, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

                                           */s/ Laura Wytsma*
                                           Laura A. Wytsma
                                           Sonnenschein Nath & Rosenthal LLP
                                           601 S. Figueroa Street, Suite 1500
                                           Los Angeles, California 90017
                                           Telephone: (213) 623-9300
                                           Facsimile:   (213) 623-9924

Dated: December 19, 2005