IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TOSHIBA CORPORATION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-757 (KAJ) |
| CYBERHOME ENTERTAINMENT, INC. | ) ) | |
| Defendant. | ) ) | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant CyberHome Entertainment, Inc. ("CyberHome") certifies that the parent company of CyberHome is CyberHome Holding Shares, Ltd., which owns 10% or more of CyberHome's stock. No publicly held corporation directly or indirectly owns more than 10% of CyberHome's stock.

Respectfully submitted,

John W. Shaw (No. 3362)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Defendant
CyberHome Entertainment, Inc.*

OF COUNSEL:

Joel N. Bock
SONNENSCHEIN NATH & ROSENTHAL LLP
101 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078

Laura A. Wytsma
SONNENSCHEIN NATH & ROSENTHAL LLP
601 S. Figueroa Street, Suite 1500
Los Angeles, California 90017
(213) 623-9300

Dated: December 21, 2005

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on December 21, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participant in the manner indicated:

**BY FEDERAL EXPRESS**

> John J. Feldhaus, Esquire
> Foley & Lardner LLP
> Suite 500
> Washington Harbour
> 3000 K Street, N.W.
> Washington, DC 20007-5109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
*jshaw@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600