IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TOSHIBA CORPORATION, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-757 (KAJ) |
| CYBERHOME ENTERTAINMENT, INC. | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT CYBERHOME ENTERTAINMENT, INC.'S
MOTION TO DISMISS OR TRANSFER VENUE
OR, ALTERNATIVELY, TO STAY THE CASE**

Defendant CyberHome Entertainment, Inc. ("CyberHome") hereby moves to dismiss this action under Federal Rule of Civil Procedure 12(b)(6) due to a controlling forum selection clause requiring this action to be litigated in New York or, alternatively, to transfer the action to the Southern District of New York under 28 U.S.C. § 1404. CyberHome further moves for an order, absent dismissal or transfer of this action, staying the action pending resolution of litigation between plaintiff and the manufacturer of the allegedly infringing products. The grounds for this motion are fully set forth in CyberHome's opening brief and supporting papers filed herewith.

- 2 -

WHEREFORE, defendant CyberHome Entertainment, Inc. respectfully requests the Court to grant its motion and to enter an order in the form attached hereto.

/s/ John W. Shaw
John W. Shaw (No. 3362)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Defendant*
*CyberHome Entertainment, Inc.*

OF COUNSEL:

Joel N. Bock
SONNENSCHEIN NATH & ROSENTHAL LLP
101 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078

Laura A. Wytsma
SONNENSCHEIN NATH & ROSENTHAL LLP
601 S. Figueroa Street, Suite 1500
Los Angeles, California 90017
(213) 623-9300

Dated: December 21, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOSHIBA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-757 (KAJ) |
| ) | |
| CYBERHOME ENTERTAINMENT, INC. ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this ___ day of _____, 2006, having considered defendant CyberHome Entertainment, Inc.'s motion to dismiss, transfer venue or, alternatively, to stay, IT IS HEREBY ORDERED that this action shall be dismissed in favor of the action pending between Toshiba Corporation and Citron Electronics Company, Ltd. currently pending in the United States District Court for the Southern District of New York.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on December 21, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participant in the manner indicated:

**BY FEDERAL EXPRESS**

> John J. Feldhaus, Esquire
> Foley & Lardner LLP
> Suite 500
> Washington Harbour
> 3000 K Street, N.W.
> Washington, DC 20007-5109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
*jshaw@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600