UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

TOSHIBA CORPORATION,            )
                                )
            Plaintiff,          )
                                )
      v.                        )        Civil Action No. 05-757 (KAJ)
                                )
CYBERHOME ENTERTAINMENT, INC.   )
                                )
            Defendant.          )

I, Laura A. Wytsma, declare as follows:

1.     I am an attorney duly licensed to practice law before this Court and the Courts of
the State of California and am a partner with the law firm of Sonnenschein Nath & Rosenthal
LLP, attorneys of record for defendant CyberHome Entertainment, Inc. ("CyberHome") in this
action.  I have personal knowledge of the matters set forth herein and, if called, could and would
competently testify thereto under oath.

2.     I have personally reviewed the website of Plaintiff Toshiba Corporation
("Toshiba").  Toshiba's website states that Toshiba is a Japanese corporation headquartered in
Tokyo.  A true and correct copy of Toshiba's corporate data available on its website at
http://www.toshiba.co.jp/worldwide/about/corp_data.html is attached hereto as Exhibit A.

3.     Toshiba's website states that Toshiba's United States headquarters are located at
1251 Avenue of the Americas, New York, New York.   A true and correct copy of Toshiba
America Inc.'s corporate data available on its website at http://www.toshiba.com/tai-
new/AboutUs.jsp is attached hereto as Exhibit B.

4.     Toshiba is represented in this litigation by Foley & Lardner LLP, which maintains
New York offices at 90 Park Avenue, New York, New York, 10016. A true and correct copy of

Foley & Lardner LLP's website with information regarding its offices available at http://www.foley.com/about/office_detail.aspx?locationid=63 is attached hereto as Exhibit C.

5.      Toshiba's website states that Toshiba's operating company with responsibility for DVD player products is a Toshiba wholly owned subsidiary called Toshiba America Consumer Products, LLC. ("Toshiba America Consumer"). A true and correct copy of Toshiba America Consumer's website homepage available at http://www.tacp.toshiba.com/dvd is attached hereto as Exhibit D.

6.      Toshiba's website states that Toshiba America is located in Wayne, New Jersey. See Exhibit B.

7.      Toshiba's website states that Toshiba's other wholly owned subsidiary operating companies are located in Southern California and Houston, Texas. See Exhibit B.

8.      I personally reviewed all six of the patents involved in this suit (the "Patents-in-Suit"). According to the face of each of the Patents-in-Suit, the named inventor of each Patent-in-Suit is located in Japan. True and correct copies of the face pages of each of the six Patents-in-Suit are attached hereto as Exhibit E.

9.      According the face of each Patent-in-Suit, each are assigned to Kabushiki Kaisha Toshiba, also located in Japan. See Exhibit E.

10.     I have reviewed the prosecution history of each of the Patents-in-Suit. All six of the Patents-in-Suit were prosecuted by law firms located in Washington, D.C.

11.     I have reviewed the License Agreement between Citron and Toshiba. According to the License Agreement, the six Patents-in-Suit are part of DVD patent pool managed by Toshiba. The License Agreement also represents that Toshiba is the authorized agent for a group of entities that purport to hold essential patents for DVD technology and formats called the

- 2 -

DVD6C Licensing Group.  See Declaration of James J. Carroll in Support of Motion to Dismiss or Transfer Venue, (the "Carroll Dec., Ex. A.)

12.     Upon information and belief, Toshiba and its attorneys manage the DVD6C patent pool in Tokyo, Japan.

13.     Pursuant to a forum selection clause in the DVD License Agreement, Citron instituted a suit against Toshiba in United States District Court for the Southern District of New York on December 19, 2005 (the "New York Action").  (See Carroll Dec., Ex. B.)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 21st day of December 2005 at Los Angeles, California.

Laura A. Wytsma

# EXHIBIT A

Toshiba : Corporate Data

Page 1 of 1

» Toshiba Worldwide

# TOSHIBA    **About Toshiba**

Language selector : » Japanese

## Main Menu

» Corporate Information
- » Corporate Data
- » Message from the President
- » The Toshiba Commitment
- » Profile
- » History
- » Management Structure
- » Business Domains
- » Offices

---

» Press Releases

---

» Investor Relations

---

» Social and Environmental Activities

---

» Technologies

---

» International Procurement

**Country or Area Sites**

[Country or Area ▼] [Go]

Home > Corporate Information >

## Corporate Data

### ▌ Basic Corporate Data

As of March 31, 2005/fiscal year 2004 ended March 31,2005,consolidated basis

| | |
|---|---|
| Established: | 1875 by Hisashige Tanaka |
| President and CEO: | Atsutoshi Nishida |
| Headquarters: | Address : 1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan |
| | Tel    : +81-3-3457-4511 |
| | Fax    : +81-3-3456-1631 |
| | +81-3-3456-1632 |
| Employees: | 165,000 |
| Shareholders: | 479,808 |
| Total Assets: | ¥4,571,412 million (US$42,723 million) |
| Shareholders' Equity: | ¥815,507 million (US$7,622 million) |
| Paid-in Capital: | ¥274,926 million (US$2,569 million) |
| Stock Exchange Listings: | Domestic : Tokyo, Osaka and Nagoya |
| | Overseas : London |

Note U.S. dollar amounts have been converted at the rate of US$1 = ¥107, for convenience only.

↑ To Top

Site Map | Contact Us | Terms and Conditions | Privacy Policy    Copyright 1995-2005 TOSHIBA Corporation, All Rights Reserved.

# EXHIBIT B

TOSHIBA

TOSHIBA WORLDWIDE ○

# TOSHIBA ▤USA

HOW TO BUY | CAREERS | PRESS RELEASES | INVESTOR RELATIONS



## ABOUT US

PRODUCTS AND SERVICES

PRODUCT SUPPORT

ABOUT US

### TOSHIBA IN THE AMERICAS

**Principal Business** - Toshiba America, Inc. (TAI) is the holding company for one of the nation's leading group of high technology companies. TAI is the parent of six operating companies that together span a diversified range of modern electronics, each conducting research and development, manufacturing, sales and service in its field of expertise.

TAI is a subsidiary of Toshiba Corporation, a world leader in high technology products, with 364 consolidated subsidiaries worldwide.

**Headquarters**

> Toshiba America, Inc.
> 1251 Avenue of the Americas
> Suite 4110
> New York, NY 10020

**Product Overview** - The Toshiba America Group specializes in advanced electronics and is a recognized leader in products that enhance the home, office, industry and health care environments. Toshiba markets and manufactures information and communication systems, electronic components, heavy electrical apparatus, consumer products and medical diagnostic imaging equipment.

ANNUAL SALES: 6.0BILLION (FY 2002)

**Markets** - Customer markets comprise retailers, consumers, hospitals and medical facilities, municipalities, universities, businesses and other high technology manufacturers.

### Toshiba Operating Companies & Businesses & Principal Products

**Toshiba America Information Systems, Inc. (TAIS)**
Irvine, California
Server
Notebook Computers
Telecommunications Systems
Imaging systems
Cable Modems
Disk Drives

**Toshiba America Business Solution (TABS)**
Irvine, California
Copiers and Facsimiles
Toner Product

**Toshiba America Medical Systems, Inc. (TAMS)**
Tustin, California
MRI
Ultrasound
CT Scanners
X-Ray Equipment
Nuclear Medicine

**Toshiba America Consumer Produc (TACP)**
Wayne, New Jersey
Televisions
Digital Video Recorders
DVD Players
Home Theater Systems
Other Consumer Electronics

**Toshiba America Electronic Components, Inc. (TAEC)**
Irvine, California
Semiconductors

**Toshiba International Corporation (：**
Houston, Texas
Power Generation Equipment
Power Drive Apparatus

TOSHIBA

| | |
|---|---|
| Color Picture Tubes, Display Tubes and LCD<br>Other Electronics and Components | Industrial Motors<br>Other Industrial Equipment |

TOP⬆

**Finance Company** - Toshiba America Capital Corporation (TACC)

**Research Company**

**Toshiba America Research, Inc.** (TARI)
Piscataway, New Jersey
Mobile and Wireless Technology

**Facilities**

**Manufacturing Facilities**

Toshiba America Business Solutions, Inc. (TABS) has a production facility in Mitchell, South Dakota, where they manufacture toner for photocopiers.

Toshiba America Consumer Products, Inc. (TACP) has two production facilities in North America. At their plant in Lebanon, Tennessee, TACP manufactures color television sets, and TACP manufactures the television chassis at their facility just across the border in Ciudad Juarez, Mexico.

In Houston, Texas, Toshiba International Corporation (TIC) has a facility where they produce motors and other industrial equipment.

**R & D Facilities**

Toshiba America Information Systems, Inc. (TAIS), located in Irvine, California, has an R&D center for personal computers, digital documentation, telecommunications, and network systems.

Toshiba America Medical Systems, Inc. (TAMS) has an R&D center for Medical Equipment Systems at its facility in South San Francisco, California.

In the Silicon Valley area, Toshiba America Electronic Components, Inc. (TAEC)'s researchers are working on LSIs at their facility in San Jose, California.

TOP⬆

**History** - Toshiba Corporation, the Tokyo-based parent company, established American operations in 1965. By 1989, Toshiba America had achieved its current structure of separate operating companies marketing a variety of diversified electronics and high technology products.

**Corporate Citizenship**

**Toshiba America Foundation**

The Toshiba America Foundation is a private, endowed, not-for-profit grantmaking organization. Created in 1990, the Foundation is dedicated to supporting science and mathematics education programs, projects and activities in the US. The giving program focuses on elementary through high school programs.

**Toshiba/NSTA ExploraVision Awards**

Toshiba America works with the National Science Teachers Association to co-sponsor one of the world's largest science competition for K-12 students. The company invests more than $1 million annually in the program.

TOP⬆

# EXHIBIT C

Foley & Lardner LLP - About Us - New York




**FOLEY**
FOLEY & LARDNER LLP

Toolbar

| ABOUT US | OUR SERVICES | OUR PEOPLE | NEWS & EVENTS | PUBLICATIONS | CAREERS |
| COMMUNITY | PRO BONO | DIVERSITY | TECHNOLOGY | MANAGEMENT | ACCOLADES | FEATURE STORIES |

## NEW YORK



## ADDRESS

90 Park Avenue
New York, NY 10016

» MAP

P 212.682.7474
F 212.687.2329

## CONTACTS

Peter N. Wang
Office Managing Partner
pwang@foley.com

Carole A. Horn
Office Manager
chorn@foley.com

» RELATED PROFESSIONALS

## NEWS

Former Federal Prosecutor Seth
L. Levine Joins Foley's New York
Office

» MORE

## LOCATIONS

Select an Office

In July of 2004, the attorneys and staff of the highly regarded litigation boutique Friedman, Wang & Bleiberg, P.C. joined Foley to create our New York office. The combined strength of our firm in this market provides tremendous benefits to our clients. Many of our nationally recognized practices — such as securities, financial, and commercial litigation — are enhanced by this union, as is our ability to provide our full range of corporate legal services through our New York office to our national and international clients.

**Sophisticated Litigation and General Business Law Services**
Our New York attorneys concentrate the bulk of their practice on commercial litigation in the federal courts. During the past several years, we have handled cases involving commercial contracts, antitrust, construction delays, leases, banking relationships, sports, entertainment & media, suretyship, insurance, products liability, bankruptcy, intellectual property, franchise litigation, ERISA matters, and various business disputes.

In addition to our litigation practice, our other practice areas include real estate, trusts and estates, employment, and general business and not-for-profit matters, including formation, finance, and operation.

» BACK TO OFFICES



# EXHIBIT D

Toshiba | DVD Players

# TOSHIBA

Consumer Electronics & Digital Home Entertainment Products · Toshiba International · Toshiba USA

PRODUCTS | WHAT TO LOOK FOR | CUSTOMER SUPPORT | NEWS | SEARCH [_____] [GO]

‹ HOME
**DVD PLAYERS**

DVD Recorder
Digital Media Server
DVD Home Theater Systems
DVD Changer
Single-disc Player
Portable DVD Player
DVD/VCR Combination
Accessories



**DVD Buyer's Guide** — **LAUNCH**

Portable

**Understand** your choices

Image is Everything.

# What to look for

DVD Technology Showcase

When shopping for DVD Players, there are a lot of new and exciting technologies to look for. Here's a handy guide that will introduce you to the latest home theater innovations that you will find in Toshiba's products.

**Check it out here**

**Browse DVD Products by Category:**

 **Digital Video Recorders**
Record your favorite shows or burn home movies to DVD.

 **Digital Media Server**
DVD Recorders with built-in TiVo® functionality.

 **DVD/VHS Home Theat**
Combined DVD play audio-video receiver speaker system.

 **DVD Changer**
Loads multiple DVD discs at a time.

 **Single-Disc DVD Player**
Standard one-disc DVD players/

 **Portable DVD Player**
Complete portable T combinations.

 **DVD/VCR Combination**
Plays DVDs and VCR tapes in one unit.

 **Accessories**
DVD accessories including batteries, power supplies, etc.

**Need Help?** Try our new DVD Buyer's guide to find out which DVD best match your desires. 



**DVD Buyer's Guide**

Use this handy, interactive guide to find the Toshiba DVD Player or Digital Video Recorder that's right for you.

[MORE]



**HD DVD: A Defining Moment**

Click here to learn more about this exciting evolution in home entertainment.

 [MORE]



**First Look: RS-TX20**

Take control of your TV with an all-in-one DVD Recorder and a TiVo® Series2™ Digita Video Recorder.

 [MORE]

sitemap | terms and conditions | privacy policy | copyright and trademarks

©2005 Toshiba America Consumer Products, L.L.C. All rights reserved.

# EXHIBIT E

US006374040B2

(12) **United States Patent**
Mizoguchi et al.

(10) Patent No.: **US 6,374,040 B2**
(45) Date of Patent: *Apr. 16, 2002

(54) PORTABLE DVD PLAYER

(75) Inventors: Tetsuya Mizoguchi; Masayuki Sato; Hiroyuki Sakamoto, all of Tokyo (JP)

(73) Assignee: Kabushiki Kaisha Toshiba, Kawasaki (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 09/739,322

(22) Filed: Dec. 19, 2000

**Related U.S. Application Data**

(63) Continuation of application No. 08/947,019, filed on Oct. 18, 1997, now Pat. No. 6,169,847.

(30) **Foreign Application Priority Data**

Oct. 9, 1996 (JP) .............................. 8-268723

(51) Int. Cl.$^7$ ................................. H04N 5/917
(52) U.S. Cl. ................. 386/125; 386/111; 386/126
(58) Field of Search ....................... 386/125–126, 386/95–96, 111, 46, 35, 109, 118, 124; H04N 5/917

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,897,827 A | 1/1990 | Raetzer et al. | 386/126 |
| 5,309,249 A | 5/1994 | Ishii | 386/126 |
| 5,347,630 A | 9/1994 | Ishizawa et al. | 395/164 |
| 5,499,221 A | 3/1996 | Ito et al. | 369/32 |
| 5,507,072 A | 4/1996 | Youn | 16/261 |
| 5,557,593 A | 9/1996 | Bailey | 369/59 |
| 5,612,520 A | 3/1997 | Toedtman et al. | 200/16 D |
| 5,691,972 A | 11/1997 | Tsuga et al. | 369/275.3 |
| 5,699,434 A | 12/1997 | Hogan | 380/49 |
| 5,703,997 A | 12/1997 | Kitamura et al. | 386/97 |
| 5,712,949 A | 1/1998 | Kato et al. | 386/96 |
| 5,754,648 A | 5/1998 | Ryan et al. | 380/4 |
| 5,796,576 A | 8/1998 | Kim | 361/681 |
| 5,796,839 A | 8/1998 | Ishiguro | 380/44 |
| 5,825,879 A | 10/1998 | Davis | 380/5 |
| 5,835,083 A | 11/1998 | Nielsen et al. | 345/211 |
| 5,861,873 A | 1/1999 | Kikinis | 345/157 |
| 5,896,358 A | 4/1999 | Endoh et al. | 369/89 |
| 5,905,914 A | 5/1999 | Sakai et al. | 395/887 |
| 5,914,706 A | 6/1999 | Kono | 345/173 |
| 5,933,430 A | 8/1999 | Osakabe et al. | 370/395 |
| 6,006,286 A | 12/1999 | Baker et al. | 710/22 |
| 6,169,847 B1 * | 1/2001 | Mizoguchi et al. | 386/111 |

FOREIGN PATENT DOCUMENTS

| EP | 0389261 A * | 9/1990 | G11B/31/00 |
|---|---|---|---|
| JP | 7-203348 | 8/1995 | |

* cited by examiner

Primary Examiner—Vincent F. Boccio
(74) Attorney, Agent, or Firm—Finnegan, Henderson, Farabow, Garrett,& Dunner, L.L.P.

(57) **ABSTRACT**

The built-in components in the portable-type apparatus each operate on power from the power supply (PS) unit having a built-in battery. The video data decoded by the video decoder (MPEG-DEC) and the sub-picture data decoded by the sub-picture decoder (Sub-Picture-DEC)are mixed with the video mixer (MIX) and then output to a display unit (DISP). An audio signal decoded by the audio decoder (Audio-DEC) is output from the speaker (SP).

**9 Claims, 5 Drawing Sheets**



US006226727B1

(12) **United States Patent**
Ito

(10) Patent No.: **US 6,226,727 B1**
(45) Date of Patent: **May 1, 2001**

(54) **COMPUTER SYSTEM**

(75) Inventor: Seigo Ito, Hanno (JP)

(73) Assignee: Kabushiki Kaisha Toshiba, Kawasaki (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/154,784

(22) Filed: Sep. 17, 1998

(30)    **Foreign Application Priority Data**

Sep. 18, 1997    (JP) .................................. 9-253713

(51) Int. Cl.⁷ .................................. G06F 12/00
(52) U.S. Cl. .................... 711/170; 711/171
(58) Field of Search .................... 711/170, 171, 711/111, 112, 4, 173

(56)    **References Cited**

U.S. PATENT DOCUMENTS

5,485,321    1/1996    Leonhardt et al. .

Primary Examiner—Matthew Kim
Assistant Examiner—Jan S. Williams, II
(74) Attorney, Agent, or Firm—Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

(57)    **ABSTRACT**

In a computer system having a recording/ reproducing device in which a DVD-RAM or the like is used as a recording medium, the CPU and the memory allocates logical blocks and record blocks, in multiple units of a common block for data to be written on a recording medium. The common blocks have a size of the least common multiple of the size of logic block and the size of record block, and the front of the allocated logical blocks coincides with the front of the allocated record blocks. The data is recorded on the recording medium by the recording/ reproducing device. Hence, the data can be recorded in the most desirable manner even if the logical blocks and the record blocks differ in size.

**19 Claims, 5 Drawing Sheets**





US006128434A

# United States Patent [19]

## Hirayama et al.

[11] Patent Number: 6,128,434

[45] Date of Patent: *Oct. 3, 2000

[54] **MULTILINGUAL RECORDING MEDIUM AND REPRODUCTION APPARATUS**

[75] Inventors: **Koichi Hirayama**, Yokohama; **Masatoshi Nakai**, Kawasaki; **Yuichi Miyano**, Kamakura; **Kenjiro Endoh**, Higashihinemachi, all of Japan

[73] Assignee: **Kabushiki Kaisha Toshiba**, Kawasaki, Japan

[ * ] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **09/093,916**

[22] Filed: **Jun. 9, 1998**

### Related U.S. Application Data

[62] Division of application No. 08/861,824, May 23, 1997, Pat. No. 5,850,500, which is a continuation of application No. 08/464,876, Jun. 28, 1995, Pat. No. 5,652,824.

[30] **Foreign Application Priority Data**

Oct. 29, 1993 [WO] WIPO .......................... PCT/JP93/01571

[51] Int. Cl.⁷ ................................. H04N 5/781; H04N 5/928
[52] U.S. Cl. .................................... 386/97; 386/125
[58] Field of Search ............................ 386/97, 95, 96, 386/98, 99, 39, 104, 105, 106, 125, 126; 369/47, 48; 434/307 A; H04N 5/781, 5/928

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,305,131 | 12/1981 | Best . |
| 4,317,131 | 2/1982 | Jerome . |
| 4,333,152 | 6/1982 | Best . |
| 4,353,090 | 10/1982 | Broadbent . |
| 4,433,347 | 2/1984 | Sugiyama et al. . |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 205944 | 12/1986 | European Pat. Off. . |
| 245904 | 11/1987 | European Pat. Off. . |
| 325325 | 7/1989 | European Pat. Off. . |
| 381807 | 8/1990 | European Pat. Off. . |
| 0 410 579 | 1/1991 | European Pat. Off. . |

(List continued on next page.)

#### OTHER PUBLICATIONS

Patent Abstracts of Japan; Publication No.: 4–245091; Publication Date: Sep. 1, 1992.
Patent Abstracts of Japan; Publication No.: 5–151276; Publication Date: Jun. 18, 1993.
Patent Abstracts of Japan; Publication No.: 7282540; Publication Date: Oct. 27, 1995.
Patent Abstracts of Japan; Publication No.: 7284060; Publication Date: Oct. 27, 1995.
Patent Abstracts of Japan; Publication No.: 6028780; Publication Date: Feb. 4, 1994.

*Primary Examiner*—Robert Chevalier
*Attorney, Agent, or Firm*—Pillsbury Madison & Sutro LLP

[57] **ABSTRACT**

A reproduction apparatus is designed to select and decode speech and subtitles (characters) in a given language from a disk on which various types of information are recorded in different languages. This system arrangement makes it possible to standardize the manufacture of disks and reproduction apparatuses world-wide, resulting in a reduction in production cost. In a disk 100, various types of information are recorded in different languages along with video information. A reproduction apparatus selects information in a given language from the reproduced information using a data string processing section 203, a system control section 204, and an operator section 205, and supplies the selected pieces of information to each of a video processing section 206, a subtitle decoder 211, and an audio processing section 213.

**4 Claims, 18 Drawing Sheets**



US006009433A

# United States Patent [19]

## Kurano et al.

[11] **Patent Number:** 6,009,433

[45] **Date of Patent:** *Dec. 28, 1999

[54] **INFORMATION STORAGE AND INFORMATION TRANSMISSION MEDIA WITH PARENTAL CONTROL**

[75] Inventors: Tomoaki Kurano; Hideki Mimura; Shinichi Kikuchi; Kazuhiko Taira; Takeshi Hagio, all of Yokohama, Japan

[73] Assignee: Kabushiki Kaisha Toshiba, Kawasaki, Japan

[ * ] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: 09/046,516

[22] Filed: Mar. 24, 1998

**Related U.S. Application Data**

[63] Continuation of application No. 08/630,771, Apr. 10, 1996, Pat. No. 5,813,010.

[30] **Foreign Application Priority Data**

Apr. 14, 1995 [JP] Japan ............................ 7-114005

[51] Int. Cl.⁶ ............................................. G06F 17/30
[52] U.S. Cl. .......................... 707/100; 707/9; 707/200; 711/117; 711/163; 369/272
[58] Field of Search ..................... 395/600; 360/131–133, 360/135, 71–72.2; 369/272, 273, 275.1, 276; 707/9, 100, 200; 711/117, 163

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| Re. 34,475 | 12/1993 | Custers et al. | 369/32 |
| 4,305,131 | 12/1981 | Best | 395/327 |
| 4,333,152 | 6/1982 | Best | 395/327 |
| 4,520,404 | 5/1985 | Von Kohorn | 386/54 |
| 4,569,026 | 2/1986 | Best | 395/327 |
| 4,605,964 | 8/1986 | Chard | 348/461 |
| 4,660,097 | 4/1987 | Schoenherr Insmink et al. | 395/608 |
| 4,677,604 | 6/1987 | Selby, III et al. | 369/32 |
| 4,698,732 | 10/1987 | Goldstein et al. | 395/608 |
| 4,716,558 | 12/1987 | Katayama et al. | 369/33 |
| 4,774,700 | 9/1988 | Satoh et al. | 369/54 |

| | | | |
|---|---|---|---|
| 4,779,252 | 10/1988 | Custers et al. | 369/32 |

(List continued on next page.)

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 346 979 | 12/1989 | European Pat. Off. . |
| 0 389 689 A1 | 10/1990 | European Pat. Off. . |
| 406021 | 1/1991 | European Pat. Off. . |
| 0 424 903 A2 | 5/1991 | European Pat. Off. . |
| 0 424 903 A3 | 5/1991 | European Pat. Off. . |
| 424 903 | 5/1991 | European Pat. Off. . |
| 0 450 841 A2 | 10/1991 | European Pat. Off. . |
| 459157 | 12/1991 | European Pat. Off. . |
| 593305 | 4/1994 | European Pat. Off. . |
| 635835 | 1/1995 | European Pat. Off. . |
| 644692 | 3/1995 | European Pat. Off. . |
| 0 651 391 A2 | 5/1995 | European Pat. Off. . |
| 0 651 391 A3 | 5/1995 | European Pat. Off. . |
| 668 695 | 8/1995 | European Pat. Off. . |
| 0 675 493 A2 | 10/1995 | European Pat. Off. . |
| 0 677 961 A2 | 10/1995 | European Pat. Off. . |
| 677 842 | 10/1995 | European Pat. Off. . |
| 0 685 845A2 | 12/1995 | European Pat. Off. . |
| 685845 | 12/1995 | European Pat. Off. . |
| 930236 65 | 8/1996 | European Pat. Off. . |

(List continued on next page.)

**OTHER PUBLICATIONS**

"Preventing Undesired Information Reproduction From a Writable Record Carrier", Research Disclosure, No. 335, p. 193, Mar. 1992.

*Primary Examiner*—Maria N. Von Buhr
*Attorney, Agent, or Firm*—Pillsbury Madison & Sutro LLP

[57] **ABSTRACT**

Parental information of a video program recorded on an optical disk is always checked in a disk player. Even if a jump of laser beam tracing of an optical head erroneously occurs due to shocks or vibrations, the content of parental information assigned to the destination of optical head jumping is checked, to thereby achieve an accurate parental control of selective restriction for the video whose reproduction or presentation is restricted by the parental information.

**10 Claims, 39 Drawing Sheets**





US005732185A

# United States Patent [19]

Hirayama et al.

[11] Patent Number: 5,732,185
[45] Date of Patent: Mar. 24, 1998

[54] MULTI-SCENE RECORDING MEDIUM AND APPARATUS FOR REPRODUCING DATA THEREFROM

[75] Inventors: Koichi Hirayama, Yokohama; Masatoshi Nakai, Kawasaki; Kenji Shimoda, Yokohama, all of Japan

[73] Assignee: Kabushiki Kaisha Toshiba, Kawasaki, Japan

[21] Appl. No.: 694,099

[22] Filed: Aug. 8, 1996

### Related U.S. Application Data

[62] Division of Ser. No. 454,289, Jan. 15, 1995, Pat. No. 5,630,006.

[30] Foreign Application Priority Data

Oct. 29, 1993 [JP] Japan ............... 5-01570

[51] Int. Cl.⁶ .................. H04N 5/781; H04N 5/783
[52] U.S. Cl. .................. 386/70; 386/95; 386/108
[58] Field of Search ............... 358/906, 909.1; 348/7, 13, 27; 386/4, 40, 52, 70, 92, 95–96, 108, 125–126; H04N 5/91, 7/08, 5/781, 5/783

[56] References Cited

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,757,225 | 9/1973 | Uliski . |
| 4,305,131 | 12/1981 | Best .......... 364/521 |
| 4,317,131 | 2/1982 | Jerome . |
| 4,333,152 | 6/1982 | Best . |
| 4,353,050 | 10/1982 | Broadbent . |
| 4,433,347 | 2/1984 | Sugiyama et al . |
| 4,450,752 | 12/1984 | Machida et al . |
| 4,510,531 | 4/1985 | Sugiyama . |
| 4,519,008 | 5/1985 | Takmouchi et al . |
| 4,542,419 | 9/1985 | Morio et al . |
| 4,551,771 | 11/1985 | Machida et al . |
| 4,563,709 | 1/1986 | Hirata . |
| 4,583,132 | 4/1986 | Nakano et al . |
| 4,602,295 | 7/1986 | Moriyama et al . |
| 4,604,655 | 8/1986 | Moriyama . |
| 4,613,908 | 9/1986 | Takahashi et al . |
| 4,614,979 | 9/1986 | Sugiyama et al . |
| 4,614,982 | 9/1986 | Ibaraki . |
| 4,641,204 | 2/1987 | Sugiyama . |
| 4,642,703 | 2/1987 | Endo . |
| 4,647,985 | 3/1987 | Yokoeawa . |
| 4,656,528 | 4/1987 | Shichijo et al . |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 60-231972 | 11/1985 | Japan . |
| 63-53690 | 3/1988 | Japan . |
| 63-275071 | 11/1988 | Japan . |
| 1-32589 | 2/1989 | Japan . |
| 1-221072 | 9/1989 | Japan . |
| 1-241083 | 9/1989 | Japan . |
| 1-273275 | 11/1989 | Japan . |
| 1-314080 | 12/1989 | Japan . |

(List continued on next page.)

Primary Examiner—Andrew Faile
Assistant Examiner—Vincent F. Boccio
Attorney, Agent, or Firm—Cushman Darby Cushman IP Group of Pillsbury Madison & Sutro, LLP

[57] ABSTRACT

A multi-scene recording disk and a data reproducing apparatus which enables a user to select and enjoy one of simultaneously proceeding scenes, and also enables a program editor to edit programs using a new concept and novel fashion. Related program movements, each consisting of program bars, are recorded on the disk 100. The data reproducing apparatus includes a data string processing section 203, a system control section 204, an operator panel 205, a video processing section 206, and audio processing sections 211 and 213. The sections 203 and 204 and the panel 205 select any one of the program movements and switch one movement to another, and select any one of the program bars of the movement selected and switch one bar to another. The information thus selected is supplied to the video processing section 206 and the audio processing sections 211 and 213.

4 Claims, 22 Drawing Sheets

MULTI-SCENE MODE STARTS FROM HERE.

#4   #5   #6

US005587991A

# United States Patent [19]

## Nabeshima et al.

[11] Patent Number: 5,587,991

[45] Date of Patent: Dec. 24, 1996

[54] RECORDING MEDIUM, SIGNAL RECORDING APPARATUS THEREOF, AND SIGNAL REPRODUCING APPARATUS THEREOF

[75] Inventors: Daiki Nabeshima; Naoki Ozaki, both of Yokohama, Japan

[73] Assignee: Kabushiki Kaisha Toshiba, Kawagawa-ken, Japan

[21] Appl. No.: 375,428

[22] Filed: Jan. 18, 1995

[30]    Foreign Application Priority Data

Mar. 16, 1994   [JP]   Japan ................................. 6-046010

[51] Int. Cl.⁶ ............................................... G11B 7/00
[52] U.S. Cl. ............................ 369/275.3; 369/47; 369/48
[58] Field of Search ............................ 369/275.3, 47, 369/48, 49, 54, 58, 275.4

[56]    References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,200,943 | 4/1993 | Sano et al. . | |
| 5,373,479 | 12/1994 | Hanson ........................ | 369/275.3 |
| 5,446,724 | 8/1995 | Tabe et al. .................... | 369/275.3 |
| 5,469,416 | 11/1995 | Yamagami et al. ............ | 369/48 |

### FOREIGN PATENT DOCUMENTS

7-30431   3/1994   Japan .

Primary Examiner—David C. Nelms
Assistant Examiner—Vu A. Le

Attorney, Agent, or Firm—Cushman Darby & Cushman IP Group of Pillsbury Madison & Sutro LLP

[57]    ABSTRACT

A recording medium having a SYNC (synchronous code) for synchronizing with data and a DCC (DC cancel code) for suppressing a DC component of a wave form of a signal recorded on the recording medium, the SYNC and the CDD being adjacently recorded on the recording medium. Both the SYNC and DCC are patterns that are not present in a data portion. A signal recording apparatus, comprising a DSV calculating means for calculating a DSV of a signal wave form recorded on the recording medium, a cancel code generating means for generating a cancel code for suppressing a DC component of the signal wave form corresponding to the DSV calculated by the DSV calculating means, and a recording means for connecting a synchronous code and record data to the cancel code generated by the cancel code generating means and recording the cancel code, the synchronous code, and the record data on the recording medium so that the cancel code and the synchronous code are adjacently disposed, the synchronous code being adapted for synchronizing with data. A signal reproducing apparatus, comprising a reading means for reading the signal from the recording medium, and a synchronous code detecting means for detecting a predetermined pattern contained in a continuous pattern of the synchronous code and the cancel code as a significant synchronous code for synchronizing with data from the signal read by the reading means.

7 Claims, 9 Drawing Sheets





## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on December 21, 2005, I caused to be

electronically filed a true and correct copy of the foregoing document with the Clerk of the Court

using CM/ECF, which will send notification that such filing is available for viewing and

downloading to the following counsel of record:

> Steven Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that I caused a copy of the foregoing document to be served by

hand delivery on the above-listed counsel of record and on the following non-registered

participant in the manner indicated:

### BY FEDERAL EXPRESS

> John J. Feldhaus, Esquire
> Foley & Lardner LLP
> Suite 500
> Washington Harbour
> 3000 K Street, N.W.
> Washington, DC 20007-5109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
jshaw@ycst.com
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600