# EXHIBIT A

## DVD PATENT LICENSE AGREEMENT

This DVD PATENT LICENSE AGREEMENT is made between Toshiba Corporation ("Licensor"), a Japanese corporation having its principal place of business at 1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan, under authorization of the members of the DVD Patent Licensing Group (or "Group", as listed in Exhibit 1 hereto, as may be amended from time to time by Licensor), and CITRON ELECTRONIC CO., LTD. ("Licensee"), a HongKong corporation having its principal place of business at Unit 104, 1/F, Kerry Warehouse(Sheung Shui) 2 San Po Street, Sheung Shui, N.T., HongKong, and is effective as of July 22, 2004 (the "Effective Date").

WHEREAS, members of the Group have been engaged in the research and development of systems in which data encoded in digital form and stored on a disc are read, recorded, rewritten or re-recorded and outputted (whether as data or signals) by means of devices using an optical read-out beam (such systems, the "DVD Systems"); and

WHEREAS, members of the Group and others have defined standards for the DVD Systems, including standards for the production and use of DVD products constituting the DVD Systems and providing for the interoperability of such DVD products; and

WHEREAS, members of the Group own valuable patents (and patent applications) that are Essential (hereinafter defined) to make, use and sell DVD Products (as defined in Exhibit 3 hereto), as listed in Exhibit 2 hereto (the "DVD Patents," as more specifically defined in Exhibit 3 hereto); and

WHEREAS, members of the Group believe that a non-exclusive joint licensing program, under which licensees can obtain access to as many Essential patents as possible in one transaction, is an efficient method for licensing DVD Patents for the benefit of licensees and the public, and have granted Licensor the right to grant such licenses with respect to the DVD Patents on their behalf to licensees that wish to make, use or sell DVD Products; and

WHEREAS, Licensee wishes to obtain a license under the DVD Patents to make, use and sell the DVD Products;

NOW, THEREFORE, the parties agree as follows:

## Article 1
## Additional Terms

1.1 In addition to the terms set forth herein, this Agreement shall include as terms the DVD Patent License Conditions (the "Conditions"), as set forth in Exhibit 3 hereto. Terms not defined herein shall have the meaning ascribed to them in the Conditions, and vice versa.

1.2 Royalties payable by Licensee hereunder are specified in the Conditions.

## Article 2
## DVD Patent License and Release

2.1 Licensor hereby grants to Licensee and its Affiliates a non-exclusive, non-transferable license to make, have made, use, import, offer for sale, sell, and otherwise dispose of DVD Products under the DVD Patents or any of their claims pursuant to the Conditions of Exhibit 3.

2.2 DVD Players, DVD Decoders, DVD Encoders and DVD Recorders (as defined in Article 1 of Exhibit 3) on which applicable royalties are paid pursuant to Articles 2.4 and 2.5 of Exhibit 3 are licensed for use only with DVD Read-Only Discs or DVD Recordable Discs for which royalties have been paid pursuant to Articles 2.3 and 2.6 of Exhibit 3. DVD Read-Only Discs or DVD Recordable Discs on which applicable royalties are paid pursuant to Articles 2.3 and 2.6 of Exhibit 3 are licensed for use only with DVD Players, DVD Decoders, DVD Encoders and DVD Recorders for which royalties have been paid pursuant to Articles 2.4 and 2.5 of Exhibit 3.

2.3 Licensor hereby releases Licensee and its Affiliates and their customers from any and all claims of infringement of the DVD Patents arising from Licensee's or its Affiliates' make, use, importation, offering for sale, sale or disposal by other means of DVD Products for the period prior to the Effective Date of this Agreement pursuant to the Conditions of Exhibit 3.

2.4 Instead of dealing with Licensor to obtain licenses for DVD Patents of the members of the Group, Licensee shall have the option to negotiate and take a license under any DVD Patents and other related patents owned by each member of the Group pursuant to separate negotiations with each of the members on fair, reasonable and non-discriminatory terms, whether or not Licensee intends to manufacture and/or sell DVD Products in conformity with the DVD Standard Specifications.

2.5 IT IS EXPRESSLY UNDERSTOOD THAT THE RIGHTS

AND LICENSES GRANTED PURSUANT TO THIS AGREEMENT DO NOT EXTEND TO ANY PRESENT OR FUTURE RIGHTS WHATSOEVER TO USE THE DVD FORMAT BOOKS OR DVD LOGOS.

### Article 3
### License Back

3.1 Licensee hereby agrees to grant to each member of the Group and its Affiliates and each of the other licensees of Licensor under the DVD Patents, a non-exclusive license to and release from any and all claims of infringement of any patents that are or become Essential to make, have made, use, import, offer for sale, sell, or otherwise dispose of DVD Products and with respect to which Licensee has or may in the future obtain rights to grant such a license. Any such licenses and releases shall be granted upon fair, reasonable, and non-discriminatory terms.

3.2 Each member of the Group shall have the right to terminate the license granted herein under any of the DVD Patents owned by such member of the Group in the event that Licensee has brought a claim(s) in a lawsuit or other proceeding against such member of the Group that (a) alleges that any DVD Product made, imported, used, offered for sale, sold or otherwise disposed of by any member of the Group infringes any patent(s) that are Essential to make, use, import, sell, or otherwise dispose of DVD Products, and Licensee has refused to grant such member of the Group a license on fair and reasonable terms and conditions under such patents upon which the lawsuit or other proceeding is based for the manufacture, use or sale of DVD Products, or (b) challenges, on any grounds, the validity or essential nature of an Essential DVD Patent or the enforceability of the license granted herein, or (c) challenges, on any grounds, the validity or legality of the DVD 6C pool or its licensing practices. In the event that any dispute arises between Licensee and Licensor or any other member of the Group as to determination of the fair and reasonable terms and conditions for licensing patents as provided in (a) above and such dispute cannot be settled between the parties, the dispute shall be submitted to and determined by an expert jointly appointed and paid by Licensee and Licensor or the other member of the Group.

### Article 4
### Warranty and Disclaimer

4.1 THE GROUP, LICENSOR AND MEMBERS OF THE GROUP MAKE NO REPRESENTATION OR WARRANTY AS TO THE VALUE OR UTILITY OF THE DVD PATENTS, OR THE ABILITY OF LICENSEE TO MAKE USE THEREOF OR TO SECURE INTERCHANGEABILITY WITH OTHER DVD PRODUCTS. THE

GROUP, LICENSOR AND THE MEMBERS OF THE GROUP MAKE NO WARRANTY WITH RESPECT TO THE VALIDITY OF THE DVD PATENTS, NOR DO THEY WARRANT THAT LICENSEE'S MANUFACTURE, USE, SALE, LEASE OR OTHER DISPOSITION OF DVD PRODUCTS WILL NOT CAUSE INFRINGEMENT OF ANY PROPERTY RIGHT OWNED OR CONTROLLED BY ANY PERSON, EXCEPT THAT LICENSOR WARRANTS THAT IT HAS BEEN AUTHORIZED BY THE MEMBERS OF THE GROUP TO GRANT SUCH RIGHTS WITH RESPECT TO THE DVD PATENTS AS ARE SPECIFICALLY SET FORTH HEREIN. THE GROUP, LICENSOR AND MEMBERS MAKE NO OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING THOSE OF MERCHANTABILITY, FITNESS FOR A PATICULAR PURPOSE, OR NON-INFRINGEMENT. THE LICENSES GRANTED HEREIN ARE PROVIDED "AS IS."

4.2 Licensee covenants that, at Licensor's request, it shall place appropriate patent markings on an exposed surface of the DVD Products made, used, sold and/or otherwise disposed of hereunder. The content, form, location and language used in such markings shall be in accordance with the laws and practices of the country where such markings are used.

## Article 5
## Term and Termination

5.1 This Agreement shall become effective as of the Effective Date and shall continue in force until December 31, 2007, unless earlier terminated pursuant to the terms hereof, and shall be automatically renewed for additional five (5) year terms unless Licensee notifies Licensor in writing of its intent to terminate this Agreement at least sixty (60) days prior to the date specified above or the expiration date of such renewed periods, as the case may be.

5.2 Notwithstanding the provisions of Article 5.1, this Agreement shall expire upon the expiration of the last to expire DVD Patent, if such expiration would occur before the expiration date otherwise provided for in Article 5.1.

5.3 Either party may terminate this Agreement at any time on thirty (30) days' written notice to the other party in the event that the latter shall materially breach or fail to perform any material obligation under this Agreement and such default is not remedied within thirty (30) days after notice is given specifying the nature of the default. Such right of termination shall not be exclusive of any other remedies or means of redress to which the non-defaulting party may be lawfully entitled, and all such remedies shall be

cumulative.

5.4 In the event that any Event of Bankruptcy occurs, then Licensor may give notice to Licensee terminating this Agreement and this Agreement shall be terminated in accordance with the notice. An "Event of Bankruptcy" occurs if: (i) a decree or order by a court having jurisdiction in the premises has been entered adjudging Licensee a bankrupt or insolvent, or approving as properly filed a petition seeking reorganization, readjustment, arrangement, composition, winding up or similar relief for Licensee under any applicable statute, or a decree or order of a court having jurisdiction in the premises for the appointment of a liquidator, receiver, administrator, trustee or assignee in bankruptcy or insolvency or other similar person or official of Licensee or of a substantial part of the property, or for the winding up or liquidation of the affairs of Licensee has been entered and remains unstayed; or if any substantial part of the property of Licensee has been sequestered or attached and has not been returned to the possession of Licensee or released from such attachment within 14 days thereafter; whether any such act or event occurs in Japan, or any foreign country, subdivision thereof, or any other jurisdiction; or (ii) Licensee institutes proceedings to be adjudicated a voluntary bankrupt or insolvent, consents to the filing of a bankruptcy or insolvency proceeding against it, files a petition or answer or consent seeking reorganization, readjustment, arrangement, composition, winding up, administration, receivership, or similar relief under any applicable statute or consents to the filing of any such petition or the entry of any such order, makes an assignment for the benefit of creditors, is determined to be unable to pay its debts or admits in writing its inability to pay its debts generally as they become due, or voluntarily suspends transactions of a substantial portion of its usual business; whether any such act or event occurs in Japan, or any foreign country, subdivision thereof, or any other jurisdiction.

## Article 6
## Miscellaneous

6.1  Except as provided in Article 6.1.1 of this Agreement, in the event that Licensor grants a DVD Patent license to another party with royalty rates more favorable than those set forth in Articles 2.3, 2.4, 2.5 and 2.6 of the DVD Patent License Conditions attached hereto as Exhibit 3, whether or not such more favorable royalty rates are on terms and conditions that are different from those set forth herein, Licensor shall send written notice to Licensee specifying the more favorable royalty rates and any terms and conditions that are different from those set forth herein within thirty (30) days of the granting of DVD Patent License providing for such more favorable royalty rates. Licensee shall be entitled to an amendment of this Agreement to the extent of providing for royalty rates as favorable as those available to such other party within thirty

(30) days of receipt of such written notice from Licensor by sending written notice to Licensor requesting such amendment; provided, however, Licensee also agrees to be bound by any terms and conditions under which such more favorable royalty rates are made available to such other party, including any additional benefits to Licensor that may be included among the terms and conditions corresponding to such royalty rates. Any amendment made pursuant to this Article 6.1 shall be effective as of the date it is made, and such more favorable royalty rates shall not be retroactively applicable in favor of Licensee, and shall not be a basis for claiming any refund of royalties paid prior to such effective date.

    6.1.1 Article 6.1 shall not apply to:

        6.1.1.1 Settlement of litigation;

        6.1.1.2 Determination by Licensor of back royalties owed by a Licensee;

        6.1.1.3 Compromise or settlement of royalty payments owed by a Licensee in financial distress;

        6.1.1.4 Individual patent licenses or sublicenses granted by an individual member of the Group to any other party; and

        6.1.1.5 An order of a court or an administrative body.

    6.2 This Agreement and the rights granted hereunder shall be personal to Licensee and shall not be assignable, except to an Affiliate, the survivor of a merger with Licensee, or the acquiror of all or substantially all of Licensee's assets. Licensee's right to sublicense any rights granted hereunder shall be limited solely to the right to have a third party manufacture for Licensee DVD Products. Licensee shall, in all such cases, ensure that the third party undertakes to be bound by all of the terms of this Agreement. Licensee shall be solely responsible for ensuring such third party's compliance with the terms hereof.

    6.3 This Agreement shall be governed and construed according to the laws of New York, as if this Agreement were wholly executed and wholly performed within New York, and without reference to the conflicts of laws principles thereof.

    6.4 All disputes between the parties hereto arising out of or in connection with the interpretation or execution of this Agreement shall be finally settled by the competent courts of federal or state courts located in the

county of New York in the state of New York, and each of the parties to this Agreement hereby submits to the jurisdiction of such courts for the resolution of such disputes and waives any objection that it may now or hereafter have to the venue of any such action or proceeding in such courts or to the convenience or inconvenience of conducting or pursuing any action or proceeding in any such court.

6.5 This Agreement shall inure to the benefit of the parties hereto and each of their respective Affiliates and permitted assigns, provided that (i) such Affiliates shall comply with the terms of this Agreement, (ii) nothing herein shall relieve any party of any of its obligations under the terms of this Agreement; and (iii) a party shall be responsible for the acts and omissions of its Affiliates as if such acts and omissions had been the acts and omissions of such party.

6.6 Any notice or request with reference to this Agreement shall be made by letter or facsimile, and shall be directed by one party to the other at its respective address as follows:

In the case of Licensor to:

> General Manager, License Management
> Toshiba DVD License Services, Inc.
> 5th Floor, Sumitomo-Hamamatsucho Bldg.
> 18-16, Hamamatsucho 1-chome, Minato-ku
> Tokyo 105-0013, Japan
> Phone: +81-3-5777-3286
> Fax:   +81-3-5401-2503

In the case of Licensee to:

> Michelle Chiu, Irving Hsu
> President Manager
> CITRON ELECTRONIC CO., LTD
> Xi Hu Industrial Area, Lin Cun, Tang Xia,
> DongGuan City, Guang Dong, China.
> TEL:+86-769-7946101 ext 1112
> FAX:+86-769-7946185
> E-mail: michelle@hyoptics.com.cn

or to such other address(es) as either party may from time to time designate as its address by notice in writing to the other.   All notices

so addressed are effective when received.

6.7 This Agreement sets forth the entire agreement and understanding between the parties as to the subject matter hereof and supersedes and merges any and all prior agreements, negotiations, correspondence, understandings and discussions between the parties with respect to the subject matter hereof, whether oral or in writing. Neither of the parties shall be bound by any conditions, definitions, warranties, waivers, releases or representations (either expressed or implied) with respect to the subject matter of this Agreement, other than expressly provided for herein (including the exhibits hereto), or as duly set forth on or subsequent to the date hereof in writing signed by a duly authorized representative of the party to be bound thereby.

6.8 The provisions of this Agreement are severable, and in the event that any one or more provisions, or any portion thereof, are deemed unlawful, invalid or unenforceable in whole or in part, the remaining provisions or portions thereof, as the case may be, shall remain in full force and effect unless the deletion of such provision or portion thereof shall cause this Agreement to become materially adverse to either party, in which event the parties shall use commercially reasonable efforts to arrive at an accommodation that preserves for the parties the benefits and obligations of the offending provision or portion thereof. Any provision hereof that is held to be unlawful, invalid or unenforceable in any jurisdiction shall be unlawful, invalid or unenforceable in that jurisdiction without affecting any other provision hereof in that jurisdiction or the legality, validity or enforceability of the provision in any other jurisdiction.

6.9 Under no circumstances shall the Group, Licensor or members of the Group be liable to Licensee for any special, incidental, punitive or indirect damages or for any economic consequential damages (including lost profits, revenues and savings), even if advised in advance of the possibility of such damages. In addition, in no event shall the Group, Licensor, or members of the Group be liable for any third party claim against Licensee.

IN WITNESS WHEREOF, the parties have executed this Agreement by their duly authorized representatives as of the Effective Date.

| TOSHIBA CORPORATION | CITRON ELECTRONIC CO., LTD. |
|---|---|
| Licensor | Licensee |
| *[signature]* | *[signature]* |
| By (Sign) | By (Sign) |
| Kaoru Ichisaka | Michael Weng |
| Name (Print) | Name (Print) |
| General Manager<br>Strategic Licensing & Alliance Division<br>Digital Media Network Company | General Manager |
| Title | Title |
| September 27, 2004 | October 6, 2004 |
| Date | Date |

Exhibit 1

DVD Patent Licensing Group members include:

Hitachi, Ltd.
International Business Machines Corporation
Matsushita Electric Industrial Co., Ltd.
Mitsubishi Electric Corporation
Time Warner Inc.
Toshiba Corporation
Victor Company of Japan, Ltd.

# Exhibit 2                                2003/4/1

I [List of DVD Player/DVD Decoder Patents]
(DVD Video Player, DVD-ROM Drive, DVD Audio Player, DVD Decoder)

| Ref. No. | Country | Patent No. | Patentee | Expiry Date |
|---|---|---|---|---|
| 1 | US | 4,235,507 | Hitachi | 1998-08-30 |
|  | CA | 1,109,961 | Hitachi | 1998-09-14 |
|  | FR | 2,403,575 | Hitachi | 1998-09-15 |
|  | GB | 2,006,461 | Hitachi | 1998-09-15 |
| 2 | US | 4,480,325 | Hitachi | 2001-10-30 |
|  | JP | 1,282,844 | Hitachi | 1999-07-20 |
| 3 | US | 4,520,469 | Toshiba | 2003-03-3 |
|  | DE | P.3360368.5 | Toshiba | 2003-03-1 |
|  | GB | 87,973 | Toshiba | 2003-03-1 |
|  | FR | 87,973 | Toshiba | 2003-03-1 |
|  | NL | 87,973 | Toshiba | 2003-03-1 |
| 4 | US | 4,646,103 | Hitachi | 2006-02-26 |
| 5 | US | 4,924,426 | Matsushita | 2007-05-8 |
| 6 | US | 4,985,784 | Hitachi | 2009-02-3 |
|  | JP | 2,830,792 | Hitachi | 2008-02-5 |
|  | GB | 22,155,555 | Hitachi | 2009-02-3 |
|  | HK | 9,500,752 | Hitachi | 2009-02-3 |
|  | SG | 9,590,734-1 | Hitachi | 2009-02-3 |
| 7 | US | 5,014,274 | JVC | 2009-04-7 |
|  | JP | 2,138,621 | JVC | 2008-04-8 |
|  | DE | 68917188.9 | JVC | 2009-04-10 |
|  | GB | 337,702 | JVC | 2009-04-10 |
|  | FR | 337,702 | JVC | 2009-04-10 |
|  | NL | 337,702 | JVC | 2009-04-10 |
|  | KR | 59,670 | JVC | 2009-03-31 |
|  | HK | 1,000,543 | JVC | 2009-04-10 |
| 8 | US | 5,034,942 | Hitachi | 2008-07-27 |
|  | JP | 2,828,999 | Hitachi | 2007-07-29 |
| 9 | US | 5,202,875 | IBM | 2011-06-4 |
|  | JP | 2,502,884 | IBM | 2012-05-27 |
| 10 | US | 5,255,262 | IBM | 2011-06-4 |
| 11 | US | 5,276,674 | Matsushita | 2011-03-15 |
|  | JP | 2,638,248 | Matsushita | 2010-03-15 |
| 12 | US | 5,400,077 | Time Warner | 2013-10-29 |
|  | AU | 671,566 | Time Warner | 2014-10-13 |
| 13 | US | 5,410,530 | IBM | 2012-04-25 |
| 14 | US | 5,432,769 | Matsushita | 2013-04-20 |
| 15 | US | 5,446,723 | IBM | 2012-08-29 |
| 16 | US | 5,452,284 | Matsushita | 2013-09-13 |
| 17 | US | 5,459,712 | Toshiba | 2014-09-13 |
|  | US | 5,708,651 | Toshiba | 2014-09-13 |
|  | US | 5,777,981 | Toshiba | 2014-09-13 |
|  | JP | 2,704,107 | Toshiba | 2014-01-19 |

2004/6/1

1

|    | Country | Number    | Assignee   | Date        |
|----|---------|-----------|------------|-------------|
|    | JP      | 2,835,321 | Toshiba    | 2014-01-19  |
|    | KR      | 135,222   | Toshiba    | 2014-09-14  |
| 18 | US      | 5,463,565 | Time Warner| 2013-10-29  |
|    | AU      | 673,783   | Time Warner| 2014-10-13  |
| 19 | US      | 5,469,370 | Time Warner| 2013-10-29  |
|    | AU      | 673,635   | Time Warner| 2014-10-13  |
|    | CA      | 2,175,064 | Time Warner| 2014-10-13  |
| 20 | US      | 5,488,410 | Time Warner| 2013-10-29  |
|    | AU      | 675,185   | Time Warner| 2014-10-13  |
| 21 | US      | 5,488,418 | Mitsubishi | 2013-01-30  |
| 22 | US      | 5,493,552 | Toshiba    | 2014-03-15  |
| 23 | US      | 5,497,241 | Time Warner| 2013-10-29  |
|    | AU      | 678,630   | Time Warner| 2014-10-13  |
|    | CA      | 2,174,111 | Time Warner| 2014-10-13  |
|    | DE      | 726,014   | Time Warner| 2014-10-13  |
|    | GB      | 726,014   | Time Warner| 2014-10-13  |
|    | FR      | 726,014   | Time Warner| 2014-10-13  |
|    | NL      | 726,014   | Time Warner| 2014-10-13  |
|    | IT      | 726,014   | Time Warner| 2014-10-13  |
|    | AT      | 726,014   | Time Warner| 2014-10-13  |
|    | BE      | 726,014   | Time Warner| 2014-10-13  |
|    | CH      | 726,014   | Time Warner| 2014-10-13  |
|    | ES      | 726,014   | Time Warner| 2014-10-13  |
|    | SE      | 726,014   | Time Warner| 2014-10-13  |
|    | LU      | 726,014   | Time Warner| 2014-10-13  |
|    | DK      | 726,014   | Time Warner| 2014-10-13  |
|    | GR      | 726,014   | Time Warner| 2014-10-13  |
|    | MC      | 726,014   | Time Warner| 2014-10-13  |
|    | PT      | 726,014   | Time Warner| 2014-10-13  |
|    | IE      | 726,014   | Time Warner| 2014-10-13  |
| 24 | US      | 5,535,008 | JVC        | 2014-03-16  |
| 25 | US      | 5,546,427 | Matsushita | 2014-03-14  |
|    | JP      | 2,863,052 | Matsushita | 2013-03-15  |
| 26 | US      | 5,557,419 | Matsushita | 2014-03-23  |
| 27 | US      | 5,576,843 | Time Warner| 2013-11-19  |
|    | AU      | 687,456   | Time Warner| 2014-10-13  |
| 28 | US      | 5,586,108 | Hitachi    | 2015-06-23  |
|    | JP      | 2,856,072 | Hitachi    | 2014-06-27  |
| 29 | US      | 5,587,991 | Toshiba    | 2015-01-18  |
|    | JP      | 2,786,810 | Toshiba    | 2014-03-16  |
|    | KR      | 191,944   | Toshiba    | 2015-03-16  |
| 30 | US      | 5,598,276 | Time Warner| 2013-10-29  |
|    | AU      | 678,629   | Time Warner| 2014-10-13  |
|    | DE      | 726,013   | Time Warner| 2014-10-13  |
|    | GB      | 726,013   | Time Warner| 2014-10-13  |
|    | FR      | 726,013   | Time Warner| 2014-10-13  |
|    | NL      | 726,013   | Time Warner| 2014-10-13  |
|    | IT      | 726,013   | Time Warner| 2014-10-13  |
|    | AT      | 726,013   | Time Warner| 2014-10-13  |
|    | BE      | 726,013   | Time Warner| 2014-10-13  |

|    |    |            |                   |            |
|----|----|------------|-------------------|------------|
|    | CH | 726,013    | Time Warner       | 2014-10-13 |
|    | ES | 726,013    | Time Warner       | 2014-10-13 |
|    | SE | 726,013    | Time Warner       | 2014-10-13 |
|    | LU | 726,013    | Time Warner       | 2014-10-13 |
|    | DK | 726,013    | Time Warner       | 2014-10-13 |
|    | GR | 726,013    | Time Warner       | 2014-10-13 |
|    | MC | 726,013    | Time Warner       | 2014-10-13 |
|    | PT | 726,013    | Time Warner       | 2014-10-13 |
|    | IE | 726,013    | Time Warner       | 2014-10-13 |
| 31 | US | 5,598,398  | IBM               | 2014-01-28 |
| 32 | US | 5,616,390  | Matsushita        | 2013-09-13 |
| 33 | US | 5,625,609  | IBM               | 2015-03-15 |
| 34 | US | 5,627,809  | Matsushita        | 2014-05-6  |
| 35 | US | 5,630,006  | Toshiba           | 2014-05-13 |
|    | US | 5,729,650  | Toshiba           | 2013-10-29 |
|    | US | 5,732,185  | Toshiba           | 2013-10-29 |
|    | US | 5,742,731  | Toshiba           | 2013-10-29 |
|    | US | 5,751,892  | Toshiba           | 2013-10-29 |
|    | US | 5,819,003  | Toshiba           | 2013-10-29 |
|    | US | 5,911,032  | Toshiba           | 2013-10-29 |
|    | US | 5,956,457  | Toshiba           | 2013-10-29 |
|    | JP | 2,718,834  | Toshiba           | 2013-10-29 |
|    | JP | 2,723,498  | Toshiba           | 2013-10-29 |
|    | JP | 2,723,500  | Toshiba           | 2013-10-29 |
|    | JP | 2,768,937  | Toshiba           | 2013-10-29 |
|    | JP | 2,807,454  | Toshiba           | 2013-10-29 |
|    | JP | 2,807,455  | Toshiba           | 2013-10-29 |
|    | DE | 69323786.4 | Toshiba           | 2013-10-29 |
|    | GB | 836,191    | Toshiba           | 2013-10-29 |
|    | FR | 836,191    | Toshiba           | 2013-10-29 |
|    | DE | 69319353.0 | Toshiba           | 2013-10-29 |
|    | GB | 677,842    | Toshiba           | 2013-10-29 |
|    | FR | 677,842    | Toshiba           | 2013-10-29 |
|    | NL | 677,842    | Toshiba           | 2013-10-29 |
|    | KR | 188,294    | Toshiba           | 2013-10-29 |
| 36 | US | 5,636,200  | Toshiba           | 2015-04-13 |
|    | US | 5,831,966  | Toshiba           | 2015-04-13 |
|    | JP | 2,677,775  | Toshiba           | 2015-03-15 |
|    | JP | 2,877,760  | Toshiba           | 2015-03-15 |
|    | JP | 2,665,217  | Toshiba           | 2015-03-15 |
|    | DE | 69501724.1 | Toshiba           | 2015-04-13 |
|    | GB | 750,304    | Toshiba           | 2015-04-13 |
|    | FR | 750,304    | Toshiba           | 2015-04-13 |
|    | NL | 750,304    | Toshiba           | 2015-04-13 |
|    | DE | 69501779.2 | Toshiba           | 2015-04-13 |
|    | GB | 685,845    | Toshiba           | 2015-04-13 |
|    | FR | 685,845    | Toshiba           | 2015-04-13 |
|    | NL | 685,845    | Toshiba           | 2015-04-13 |
| 37 | US | 5,666,339  | Toshiba           | 2015-07-18 |
| 38 | US | 5,691,972  | Matsushita/Toshiba| 2016-10-7  |

2004/6/1

3

| # | Country | Number | Assignee | Date |
|---|---|---|---|---|
|  | TW | 95,771 | Matsushita/Toshiba | 2016-10-7 |
| 39 | US | 5,703,997 | Toshiba | 2016-04-11 |
|  | US | 5,835,671 | Toshiba | 2016-04-11 |
|  | JP | 2,835,318 | Toshiba | 2016-04-11 |
|  | DE | 69601319.3 | Toshiba | 2016-04-12 |
|  | GB | 738,087 | Toshiba | 2016-04-12 |
|  | FR | 738,087 | Toshiba | 2016-04-12 |
|  | CH | 738,087 | Toshiba | 2016-04-12 |
|  | BE | 738,087 | Toshiba | 2016-04-12 |
|  | LU | 738,087 | Toshiba | 2016-04-12 |
|  | IT | 738,087 | Toshiba | 2016-04-12 |
|  | TW | 92,582 | Toshiba | 2016-04-22 |
|  | CN | ZL96100205.0 | Toshiba | 2016-04-15 |
| 40 | US | 5,708,651 | Toshiba | 2014-09-13 |
| 41 | US | 5,712,950 | Time Warner | 2013-10-29 |
|  | CA | 2,174,320 | Time Warner | 2014-10-13 |
| 42 | US | 5,732,066 | Matsushita/Toshiba | 2016-04-3 |
|  | SG | 46,792 | Matsushita/Toshiba | 2016-04-1 |
|  | TW | 84,703 | Matsushita/Toshiba | 2016-04-9 |
| 43 | US | 5,734,430 | Mitsubishi | 2012-04-7 |
| 44 | US | 5,734,788 | Matsushita | 2016-08-20 |
|  | DE | 788,104 | Matsushita | 2016-08-19 |
|  | GB | 788,104 | Matsushita | 2016-08-19 |
|  | FR | 788,104 | Matsushita | 2016-08-19 |
|  | SG | 39,067 | Matsushita | 2016-08-19 |
|  | TW | 94,556 | Matsushita | 2016-08-21 |
| 45 | US | 5,745,643 | Toshiba | 2016-04-5 |
| 46 | US | 5,757,967 | IBM | 2015-10-19 |
| 47 | US | 5,768,298 | Hitachi | 2016-02-16 |
|  | JP | 2,882,302 | Hitachi | 2015-03-6 |
|  | CN | ZL96105518.9 | Hitachi | 2016-02-24 |
| 48 | US | 5,771,334 | Matsushita | 2017-04-11 |
|  | JP | 2,869,195 | Matsushita | 2017-04-10 |
| 49 | US | 5,777,969 | Matsushita | 2016-06-6 |
| 50 | US | 5,778,142 | Toshiba | 2015-11-22 |
|  | JP | 2,747,262 | Toshiba | 2015-11-24 |
|  | DE | 69507270.6 | Toshiba | 2015-11-24 |
|  | GB | 714,098 | Toshiba | 2015-11-24 |
|  | FR | 714,098 | Toshiba | 2015-11-24 |
|  | CH | 714,098 | Toshiba | 2015-11-24 |
|  | BE | 714,098 | Toshiba | 2015-11-24 |
|  | LU | 714,098 | Toshiba | 2015-11-24 |
|  | SG | 34,457 | Toshiba | 2015-11-24 |
|  | AU | 693,282 | Toshiba | 2015-11-24 |
| 51 | US | 5,784,528 | Matsushita | 2016-09-27 |
|  | DE | 847,198 | Matsushita | 2016-09-27 |
|  | GB | 847,198 | Matsushita | 2016-09-27 |
|  | FR | 847,198 | Matsushita | 2016-09-27 |
|  | MY | 110,659-A | Matsushita | 2016-09-27 |
|  | SG | 9,802,312-0 | Matsushita | 2016-09-27 |

2004/6/1

| No. | Country | Number | Owner | Date |
|---|---|---|---|---|
|  | TW | 96,208 | Matsushita | 2016-09-26 |
| 52 | US | 5,790,569 | Toshiba/Matsushita | 2016-04-12 |
|  | TW | 89,851 | Toshiba/Matsushita | 2016-04-11 |
| 53 | US | 5,790,745 | JVC | 2013-10-28 |
| 54 | US | 5,805,547 | Toshiba | 2017-03-24 |
| 55 | US | 5,813,010 | Toshiba | 2016-04-10 |
|  | JP | 2,857,120 | Toshiba | 2016-04-11 |
|  | DE | 69600554.9 | Toshiba | 2016-04-12 |
|  | GB | 737,974 | Toshiba | 2016-04-12 |
|  | FR | 737,974 | Toshiba | 2016-04-12 |
|  | NL | 737,974 | Toshiba | 2016-04-12 |
|  | IT | 737,974 | Toshiba | 2016-04-12 |
|  | AT | 737,974 | Toshiba | 2016-04-12 |
|  | BE | 737,974 | Toshiba | 2016-04-12 |
|  | CH | 737,974 | Toshiba | 2016-04-12 |
|  | ES | 737,974 | Toshiba | 2016-04-12 |
|  | SE | 737,974 | Toshiba | 2016-04-12 |
|  | LU | 737,974 | Toshiba | 2016-04-12 |
|  | IE | 737,974 | Toshiba | 2016-04-12 |
|  | GR | 3,027,912 | Toshiba | 2016-04-12 |
|  | FI | 737,974 | Toshiba | 2016-04-12 |
|  | DK | 737,974 | Toshiba | 2016-04-12 |
|  | AU | 698,374 | Toshiba | 2016-04-11 |
| 56 | US | 5,818,435 | Matsushita | 2015-06-12 |
| 57 | US | 5,835,669 | Toshiba | 2013-10-29 |
|  | JP | 2,768,833 | Toshiba | 2013-10-29 |
|  | DE | 69318038.2 | Toshiba | 2013-10-29 |
|  | GB | 677,843 | Toshiba | 2013-10-29 |
|  | FR | 677,843 | Toshiba | 2013-10-29 |
|  | NL | 677,843 | Toshiba | 2013-10-29 |
|  | DE | DE69326029 | Toshiba | 2013-10-29 |
|  | GB | 836,190 | Toshiba | 2013-10-29 |
|  | FR | 836,190 | Toshiba | 2013-10-29 |
| 58 | US | 5,838,872 | Matsushita | 2016-03-15 |
|  | DE | 817,480 | Matsushita | 2016-03-14 |
|  | GB | 817,480 | Matsushita | 2016-03-14 |
|  | FR | 817,480 | Matsushita | 2016-03-14 |
|  | MY | 110,658-A | Matsushita | 2016-03-19 |
|  | SG | 45,052 | Matsushita | 2016-03-14 |
|  | TH | 8,659 | Matsushita | 2016-03-19 |
| 59 | US | 5,845,021 | Toshiba | 2015-12-22 |
|  | JP | 2,829,266 | Toshiba | 2015-12-28 |
|  | SG | 34,538 | Toshiba | 2015-12-27 |
|  | TW | 84,648 | Toshiba | 2015-12-26 |
|  | AU | 693,984 | Toshiba | 2015-12-27 |
|  | DE | 69515832.5 | Toshiba | 2015-12-28 |
|  | FR | 720,347 | Toshiba | 2015-12-28 |
|  | GB | 720,347 | Toshiba | 2015-12-28 |
| 60 | US | 5,850,379 | Matsushita | 2015-06-6 |
|  | DE | 686,968 | Matsushita | 2015-06-7 |

2004/6/1

5

|    |    |              |                    |             |
|----|----|--------------|--------------------|-------------|
|    | GB | 686,968      | Matsushita         | 2015-06-7   |
|    | FR | 686,968      | Matsushita         | 2015-06-7   |
|    | CN | ZL95105543.7 | Matsushita         | 2015-06-7   |
| 61 | US | 5,859,820    | Mitsubishi         | 2017-03-19  |
| 62 | US | 5,862,112    | Matsushita         | 2016-02-14  |
| 63 | US | 5,867,474    | Mitsubishi         | 2016-11-13  |
| 64 | US | 5,867,475    | Matsushita/Toshiba | 2016-04-3   |
| 65 | US | 5,870,523    | Toshiba            | 2016-01-30  |
|    | JP | 2,747,268    | Toshiba            | 2016-01-30  |
|    | JP | 2,875,237    | Toshiba            | 2016-01-30  |
|    | DE | 69601039.9   | Toshiba            | 2016-01-30  |
|    | GB | 724,264      | Toshiba            | 2016-01-30  |
|    | FR | 724,264      | Toshiba            | 2016-01-30  |
|    | IT | 724,264      | Toshiba            | 2016-01-30  |
|    | BE | 724,264      | Toshiba            | 2016-01-30  |
|    | CH | 724,264      | Toshiba            | 2016-01-30  |
|    | LU | 724,264      | Toshiba            | 2016-01-30  |
| 66 | US | 5,854,873    | Matsushita         | 2016-09-27  |
|    | DE | 847,195      | Matsushita         | 2016-09-27  |
|    | GB | 847,195      | Matsushita         | 2016-09-27  |
|    | FR | 847,195      | Matsushita         | 2016-09-27  |
|    | MY | 110,656-A    | Matsushita         | 2019-09-27  |
|    | SG | 51,630       | Matsushita         | 2019-09-27  |
| 67 | US | 5,878,183    | Mitsubishi         | 2012-06-5   |
| 68 | US | 5,881,032    | Matsushita         | 2016-10-18  |
|    | SG | 52,060       | Matsushita         | 2016-10-15  |
|    | TW | 90,129       | Matsushita         | 2016-10-18  |
| 69 | US | 5,881,037    | Matsushita/Toshiba | 2016-04-2   |
| 70 | US | 5,892,751    | Toshiba            | 2016-04-10  |
|    | US | 5,930,227    | Toshiba            | 2016-04-10  |
|    | JP | 2,810,028    | Toshiba            | 2016-04-11  |
|    | JP | 2,810,031    | Toshiba            | 2017-04-3   |
|    | AU | 692,699      | Toshiba            | 2017-04-11  |
|    | AU | 699,399      | Toshiba            | 2017-04-11  |
| 71 | US | 5,892,848    | Toshiba            | 2017-03-20  |
|    | JP | 2,810,030    | Toshiba            | 2017-03-19  |
|    | TW | 90,998       | Toshiba            | 2017-03-19  |
| 72 | US | 5,892,884    | Mitsubishi         | 2012-06-5   |
| 73 | US | 5,895,124    | Matsushita         | 2016-08-20  |
|    | SG | 39,068       | Matsushita         | 2016-08-19  |
|    | TW | 90,489       | Matsushita         | 2016-08-21  |
| 74 | US | 5,902,115    | Toshiba            | 2016-04-12  |
| 75 | US | 5,905,700    | IBM                | 2011-06-4   |
| 76 | US | 5,905,845    | Matsushita         | 2016-09-27  |
|    | SG | 51,644       | Matsushita         | 2016-09-27  |
|    | TW | 87,020       | Matsushita         | 2016-09-26  |
| 77 | US | 5,907,659    | Matsushita         | 2017-05-8   |
| 78 | US | 5,912,869    | Matsushita/Toshiba | 2016-04-2   |
|    | SG | 35,867       | Matsushita/Toshiba | 2016-04-1   |
|    | TW | 84,702       | Matsushita/Toshiba | 2016-04-2   |

2004/6/1

| # | Country | Patent No. | Assignee | Date |
|---|---|---|---|---|
| 79 | US | 5,907,658 | Matsushita | 2016-08-20 |
|  | SG | 39,066 | Matsushita | 2016-08-19 |
|  | TW | 89,253 | Matsushita | 2016-08-21 |
| 80 | US | 5,913,010 | Toshiba | 2017-01-7 |
|  | JP | 2,857,119 | Toshiba | 2017-01-7 |
|  | JP | 2,857,128 | Toshiba | 2017-03-28 |
|  | JP | 2,857,129 | Toshiba | 2017-03-28 |
|  | TW | 94,680 | Toshiba | 2016-12-27 |
|  | TW | 94,681 | Toshiba | 2016-12-27 |
|  | TW | 94,723 | Toshiba | 2016-12-27 |
| 81 | US | 5,915,067 | Matsushita | 2016-08-19 |
|  | DE | 788,105 | Matsushita | 2016-08-19 |
|  | GB | 788,105 | Matsushita | 2016-08-19 |
|  | FR | 788,105 | Matsushita | 2016-08-19 |
| 82 | US | 5,923,627 | Matsushita | 2016-08-19 |
|  | DE | 788,106 | Matsushita | 2016-08-19 |
|  | GB | 788,106 | Matsushita | 2016-08-19 |
|  | FR | 788,106 | Matsushita | 2016-08-19 |
| 83 | US | 5,923,869 | Matsushita | 2016-09-27 |
|  | DE | 847,197 | Matsushita | 2016-09-27 |
|  | GB | 847,197 | Matsushita | 2016-09-27 |
|  | FR | 847,197 | Matsushita | 2016-09-27 |
|  | MY | 110,657-A | Matsushita | 2016-09-27 |
|  | SG | 51,394 | Matsushita | 2016-09-27 |
| 84 | US | 5,936,932 | Mitsubishi | 2017-03-25 |
|  | DE | 19,714,239 | Mitsubishi | 2017-03-21 |
|  | GB | 2,320,362 | Mitsubishi | 2017-03-25 |
| 85 | US | 5,946,285 | Mitsubishi | 2017-02-28 |
| 86 | US | 5,949,750 | JVC | 2014-11-30 |
| 87 | US | 5,953,375 | Toshiba | 2017-03-20 |
|  | JP | 2,810,029 | Toshiba | 2017-03-19 |
| 88 | US | 5,956,306 | Toshiba | 2014-12-23 |
| 89 | US | 5,966,721 | Hitachi | 2016-06-24 |
|  | JP | 2,871,534 | Hitachi | 2015-06-26 |
|  | CN | ZL96110798.7 | Hitachi | 2016-02-24 |
| 90 | US | 5,990,963 | Mitsubishi | 2012-04-7 |
| 91 | US | 5,995,667 | Toshiba | 2015-12-22 |
| 92 | US | 5,999,160 | Toshiba | 2016-12-7 |
| 93 | US | 6,002,834 | Hitachi | 2018-10-14 |
| 94 | US | 6,009,202 | Toshiba | 2015-12-22 |
| 95 | US | 6,009,237 | Hitachi | 2016-02-2 |
| 96 | US | 6,011,867 | Toshiba | 2015-12-22 |
| 97 | US | 6,016,363 | Toshiba | 2015-12-22 |
| 98 | US | 6,016,364 | Toshiba | 2015-12-22 |
| 99 | US | 6,018,594 | Toshiba | 2015-12-22 |
| 100 | US | 6,028,979 | Toshiba | 2013-10-29 |
| 101 | US | 6,047,086 | Toshiba | 2015-12-22 |
| 102 | US | 6,069,869 | Mitsubishi | 2016-11-13 |
|  | GB | 2,307,770 | Mitsubishi | 2016-11-28 |
| 103 | US | 6,081,208 | Toshiba | 2015-12-22 |

2004/6/1