| | | | | |
|---|---|---|---|---|
| 104 | US | 6,112,009 | Toshiba | 2016-04-11 |
| 105 | US | 6,122,373 | Matsushita | 2019-09-23 |
| 106 | US | 6,122,436 | Matsushita | 2019-04-7 |
| 107 | US | 6,128,388 | Matsushita | 2016-05-16 |
| 108 | US | 6,130,871 | Toshiba | 2018-03-25 |
| 109 | US | 6,140,028 | Hitachi | 2012-03-20 |
| 110 | US | 6,141,491 | JVC | 2016-06-13 |
| 111 | US | 6,147,961 | Mitsubishi | 2016-11-13 |
| 112 | US | 6,148,139 | Time Warner | 2013-10-29 |
| 113 | US | 6,151,292 | Mitsubishi | 2013-09-29 |
| 114 | US | 6,160,952 | Toshiba | 2016-04-12 |
| 115 | US | 6,163,522 | Mitsubishi | 2017-03-25 |
| 116 | US | 6,172,961 | Toshiba | 2018-05-27 |
| 117 | US | 6,182,263 | Toshiba | 2016-04-12 |
| 118 | US | 6,208,802 | Matsushita | 2018-08-5 |
| 119 | US | 6,222,805 | Matsushita | 2018-08-5 |
| 120 | US | 6,259,858 | Toshiba | 2019-12-15 |
| 121 | US | 6,266,483 | Matsushita | 2019-10-12 |
| 122 | US | 6,272,286 | Matsushita | 2020-07-7 |
| 123 | US | 6,285,764 | Matsushita | 2016-05-16 |
| 124 | JP | 1,426,570 | Matsushita | 2000-10-31 |
| 125 | JP | 1,439,182 | Matsushita | 2001-05-11 |
| 126 | JP | 1,495,225 | Mitsubishi | 1999-04-5 |
| 127 | JP | 1,582,688 | Matsushita | 2004-07-6 |
| 128 | JP | 1,627,483 | Mitsubishi | 2003-05-23 |
|     | JP | 1,804,821 | Mitsubishi | 2003-04-21 |
| 129 | JP | 1,633,158 | Matsushita | 2001-12-16 |
| 130 | JP | 1,637,125 | JVC | 2001-01-30 |
| 131 | JP | 1,734,484 | Matsushita | 2001-03-5 |
| 132 | JP | 1,739,697 | Mitsubishi | 2003-04-14 |
| 133 | JP | 1,749,905 | JVC | 2005-10-29 |
| 134 | JP | 1,804,821 | Mitsubishi | 2003-04-21 |
| 135 | JP | 1,822,342 | Hitachi | 2002-06-4 |
| 136 | JP | 1,861,604 | Hitachi | 2002-06-4 |
| 137 | JP | 1,920,117 | Hitachi | 2005-10-18 |
| 138 | JP | 1,956,987 | Matsushita | 2004-06-19 |
| 139 | JP | 2,037,728 | IBM | 2012-01-13 |
| 140 | JP | 2,073,584 | JVC | 2010-03-14 |
| 141 | JP | 2,101,516 | Hitachi | 2003-11-9 |
| 142 | JP | 2,138,621 | JVC | 2008-04-8 |
| 143 | JP | 2,501,313 | Toshiba | 2004-09-28 |
| 144 | JP | 2,516,041 | JVC | 2008-03-2 |
| 145 | JP | 2,521,160 | JVC | 2009-11-17 |
| 146 | JP | 2,532,906 | JVC | 2008-02-8 |
| 147 | JP | 2,558,973 | Matsushita | 2011-09-2 |
| 148 | JP | 2,609,593 | Hitachi | 2006-10-24 |
| 149 | JP | 2,616,969 | Mitsubishi | 2008-07-12 |
| 150 | JP | 2,617,772 | JVC | 2008-08-2 |
| 151 | JP | 2,650,538 | Matsushita | 2011-12-3 |
| 152 | JP | 2,661,518 | Hitachi | 2003-03-23 |

2004/6/1

| # | Country | Patent No. | Assignee | Date |
|---|---|---|---|---|
| 153 | JP | 2,661,541 | Matsushita | 2014-03-28 |
| 154 | JP | 2,663,152 | Mitsubishi | 2008-08-31 |
| 155 | JP | 2,663,817 | Matsushita | 2012-12-2 |
| 156 | JP | 2,707,864 | Matsushita | 2011-04-18 |
| 157 | JP | 2,712,099 | Toshiba | 2016-02-5 |
|  | TW | 88,532 | Toshiba | 2016-03-26 |
| 158 | JP | 2,720,876 | Matsushita | 2007-03-19 |
| 159 | JP | 2,723,832 | Matsushita | 2015-06-6 |
| 160 | JP | 2,738,304 | Hitachi | 2005-01-23 |
| 161 | JP | 2,745,305 | JVC | 2007-11-6 |
| 162 | JP | 2,760,327 | JVC | 2008-03-2 |
| 163 | JP | 2,762,765 | Matsushita | 2011-04-18 |
| 164 | JP | 2,766,919 | Mitsubishi | 2011-06-7 |
| 165 | JP | 2,797,033 | Matsushita | 2016-08-19 |
| 166 | JP | 2,804,630 | Matsushita | 2016-08-19 |
| 167 | JP | 2,813,245 | Matsushita | 2016-08-19 |
| 168 | JP | 2,821,030 | Matsushita | 2016-08-19 |
| 169 | JP | 2,827,495 | Matsushita | 2010-10-22 |
| 170 | JP | 2,830,792 | Hitachi | 2008-02-5 |
| 171 | JP | 2,835,317 | Toshiba | 2016-04-8 |
|  | TW | 86,626 | Toshiba | 2016-04-23 |
| 172 | JP | 2,839,878 | Toshiba | 2016-04-1 |
| 173 | JP | 2,857,144 | Toshiba | 2017-03-31 |
| 174 | JP | 2,857,145 | Toshiba | 2017-03-31 |
| 175 | JP | 2,857,146 | Toshiba | 2017-03-31 |
|  | DE | 69603118.3 | Toshiba | 2016-04-10 |
|  | GB | 737,975 | Toshiba | 2016-04-10 |
|  | FR | 737,975 | Toshiba | 2016-04-10 |
|  | TW | 83,964 | Toshiba | 2016-04-23 |
| 176 | JP | 2,853,727 | JVC | 2014-02-22 |
|  | CN | ZL95102295.4 | JVC | 2015-02-22 |
| 177 | JP | 2,856,363 | Matsushita | 2016-08-19 |
| 178 | JP | 2,856,721 | Toshiba | 2016-04-11 |
|  | AU | 698,969 | Toshiba | 2016-04-10 |
|  | SG | 35,893 | Toshiba | 2016-04-10 |
| 179 | JP | 2,857,118 | Toshiba | 2016-11-22 |
|  | TW | 94,164 | Toshiba | 2016-11-24 |
| 180 | JP | 2,864,666 | Matsushita | 2010-05-31 |
| 181 | JP | 2,865,643 | Toshiba | 2017-05-14 |
| 182 | JP | 2,868,744 | Toshiba | 2014-03-16 |
| 183 | JP | 2,868,981 | Toshiba | 2013-09-16 |
|  | DE | 69408237.6 | Toshiba | 2014-08-30 |
|  | GB | 644,692 | Toshiba | 2014-08-30 |
|  | FR | 644,692 | Toshiba | 2014-08-30 |
|  | NL | 644,692 | Toshiba | 2014-08-30 |
| 184 | JP | 2,875,231 | Toshiba | 2016-04-12 |
|  | DE | 69604221.5 | Toshiba | 2016-04-12 |
|  | GB | 737,980 | Toshiba | 2016-04-12 |
|  | FR | 737,980 | Toshiba | 2016-04-12 |
|  | BE | 737,980 | Toshiba | 2016-04-12 |

2004/6/1

|  |  |  |  |  |
|---|---|---|---|---|
|  | CH | 737,980 | Toshiba | 2016-04-12 |
|  | LU | 737,980 | Toshiba | 2016-04-12 |
| 185 | JP | 2,882,601 | Toshiba | 2015-03-15 |
| 186 | JP | 2,883,554 | Toshiba | 2015-02-3 |
| 187 | JP | 2,916,121 | Hitachi | 2015-02-14 |
| 188 | JP | 2,920,065 | Toshiba | 2014-03-16 |
| 189 | JP | 2,924,880 | JVC | 2013-03-23 |
| 190 | JP | 2,925,043 | JVC | 2011-09-30 |
| 191 | JP | 2,925,047 | JVC | 2011-12-27 |
| 192 | JP | 2,932,950 | JVC | 2014-09-29 |
| 193 | JP | 2,945,842 | Toshiba | 2014-09-28 |
| 194 | JP | 2,953,442 | JVC | 2017-07-16 |
| 195 | JP | 2,973,993 | JVC | 2017-11-28 |
| 196 | JP | 2,977,513 | Toshiba | 2016-02-5 |
| 197 | JP | 2,993,471 | JVC | 2017-07-7 |
| 198 | JP | 3,019,638 | JVC | 2012-11-26 |
| 199 | JP | 3,019,659 | JVC | 2013-03-16 |
| 200 | JP | 3,025,472 | Matsushita | 2016-02-16 |
| 201 | JP | 3,026,808 | Matsushita | 2018-09-4 |
| 202 | JP | 3,026,809 | Matsushita | 2018-09-4 |
| 203 | JP | 3,026,810 | Matsushita | 2018-09-4 |
| 204 | JP | 3,027,818 | Mitsubishi | 2015-12-1 |
| 205 | JP | 3,028,517 | Matsushita | 2018-09-4 |
| 206 | JP | 3,029,835 | Matsushita | 2019-08-4 |
| 207 | JP | 3,029,836 | Matsushita | 2019-08-4 |
| 208 | JP | 3,029,837 | Matsushita | 2019-08-4 |
| 209 | JP | 3,030,303 | Mitsubishi | 2016-02-15 |
| 210 | JP | 3,033,513 | JVC | 2008-04-8 |
| 211 | JP | 3,034,268 | Hitachi | 2010-02-19 |
| 212 | JP | 3,042,780 | Matsushita | 2016-05-15 |
| 213 | JP | 3,050,311 | Matsushita | 2018-09-17 |
| 214 | JP | 3,050,317 | Matsushita | 2018-09-17 |
| 215 | JP | 3,050,318 | Matsushita | 2018-09-17 |
| 216 | JP | 3,050,319 | Matsushita | 2018-09-17 |
| 217 | JP | 3,063,613 | Mitsubishi | 2016-03-25 |
| 218 | JP | 3,068,093 | Matsushita | 2019-07-30 |
| 219 | JP | 3,068,095 | Matsushita | 2019-08-4 |
| 220 | JP | 3,068,096 | Matsushita | 2019-08-4 |
| 221 | JP | 3,068,102 | Matsushita | 2019-08-4 |
| 222 | JP | 3,068,103 | Matsushita | 2019-08-4 |
| 223 | JP | 3,069,722 | Matsushita | 2014-06-13 |
| 224 | JP | 3,069,737 | Matsushita | 2014-06-13 |
| 225 | JP | 3,070,467 | Mitsubishi | 2016-02-15 |
| 226 | JP | 3,070,572 | JVC | 2014-01-14 |
| 227 | JP | 3,071,828 | Toshiba/Matsushita | 2016-04-8 |
| 228 | JP | 3,073,745 | Mitsubishi | 2016-03-25 |
| 229 | JP | 3,075,478 | Matsushita | 2019-09-7 |
| 230 | JP | 3,082,699 | JVC | 2008-04-8 |
| 231 | JP | 3,085,536 | Mitsubishi | 2013-09-24 |
| 232 | JP | 3,085,538 | Mitsubishi | 2016-02-15 |

2004/6/1

| Ref. No. | Country | Patent No. | Patentee | Expiry Date |
|---|---|---|---|---|
| 233 | JP | 3,089,599 | Matsushita | 2016-05-15 |
| 234 | JP | 3,089,601 | Matsushita | 2016-05-15 |
| 235 | JP | 3,090,111 | JVC | 2013-03-31 |
| 236 | JP | 3,090,925 | Mitsubishi | 2016-04-15 |
| 237 | JP | 3,091,198 | Mitsubishi | 2016-04-15 |
| 238 | JP | 3,092,510 | Mitsubishi | 2016-04-15 |
| 239 | JP | 3,094,910 | JVC | 2016-03-28 |
| 240 | JP | 3,097,590 | JVC | 2008-04-8 |
| 241 | JP | 3,097,917 | Matsushita | 2016-05-15 |
| 242 | JP | 3,107,247 | Hitachi | 2012-02-13 |
| 243 | JP | 3,107,297 | Hitachi | 2008-03-10 |
| 244 | JP | 3,108,075 | Matsushita | 2018-12-15 |
| 245 | JP | 3,112,017 | JVC | 2008-04-8 |
| 246 | JP | 3,114,969 | Matsushita | 2018-08-6 |
| 247 | JP | 3,114,970 | Matsushita | 2018-08-6 |
| 248 | JP | 3,114,971 | Matsushita | 2018-08-6 |
| 249 | JP | 3,119,655 | Matsushita | 2020-02-14 |
| 250 | JP | 3,119,656 | Matsushita | 2020-02-14 |
| 251 | JP | 3,128,220 | Matsushita | 2020-03-3 |
| 252 | JP | 3,139,497 | Hitachi | 2019-07-5 |
| 253 | JP | 3,143,454 | Matsushita | 2016-05-15 |
| 254 | JP | 3,143,455 | Matsushita | 2016-05-15 |
| 255 | JP | 3,150,136 | Matsushita | 2020-03-30 |
| 256 | JP | 3,154,703 | Matsushita | 2020-03-3 |
| 257 | JP | 3,159,692 | Matsushita | 2020-03-30 |
| 258 | JP | 3,164,307 | JVC | 2019-12-28 |
| 259 | JP | 3,164,308 | JVC | 2019-12-28 |
| 260 | JP | 3,169,366 | Matsushita | 2020-04-26 |
| 261 | JP | 3,173,482 | JVC | 2018-11-16 |
| 262 | JP | 3,173,608 | JVC | 2018-11-16 |
| 263 | JP | 3,173,609 | JVC | 2018-11-16 |

II [List of DVD Recorder/DVD Encoder Patents]
(DVD-RAM Drive, DVD-RW Drive, DVD-R Drive, DVD Video Recorder, DVD Encoder)

| Ref. No. | Country | Patent No. | Patentee | Expiry Date |
|---|---|---|---|---|
| 1 | US | 4,425,637 | Matsushita | 2001-10-30 |
| 2 | US | 4,630,140 | Matsushita | 2004-04-5 |
|   | DE | 124,770 | Matsushita | 2004-04-4 |
|   | FR | 124,770 | Matsushita | 2004-04-4 |
|   | GB | 124,770 | Matsushita | 2004-04-4 |
| 3 | US | 4,646,103 | Hitachi | 2006-02-26 |
| 4 | US | 4,682,332 | Hitachi | 2005-01-24 |
|   | DE | 150,811 | Hitachi | 2005-01-24 |
|   | GB | 150,811 | Hitachi | 2005-01-24 |

2004/6/1

11

|   | Country | Number | Assignee | Date |
|---|---|---|---|---|
|   | FR | 150,811 | Hitachi | 2005-01-24 |
| 5 | US | 4,703,494 | Mitsubishi | 2004-10-27 |
| 6 | US | 4,728,929 | Matsushita | 2005-10-1 |
| 7 | US | 4,835,757 | Toshiba | 2007-08-27 |
| 8 | US | 4,894,816 | Hitachi | 2008-02-5 |
| 9 | US | 4,939,717 | Matsushita | 2007-10-27 |
|   | DE | 265,971 | Matsushita | 2007-10-30 |
|   | FR | 265,971 | Matsushita | 2007-10-30 |
|   | GB | 265,971 | Matsushita | 2007-10-30 |
| 10 | US | 4,985,784 | Hitachi | 2009-02-3 |
| 11 | US | 4,993,029 | IBM | 2009-03-13 |
| 12 | US | 5,014,274 | JVC | 2009-04-7 |
|   | DE | 337,702 | JVC | 2009-04-10 |
|   | FR | 337,702 | JVC | 2009-04-10 |
|   | GB | 337,702 | JVC | 2009-04-10 |
|   | NL | 337,702 | JVC | 2009-04-10 |
| 13 | US | 5,016,010 | JVC | 2010-01-22 |
| 14 | US | 5,257,256 | Hitachi | 2008-04-22 |
| 15 | US | 5,276,674 | Matsushita | 2011-03-15 |
| 16 | US | 5,291,470 | Matsushita | 2011-03-1 |
| 17 | US | 5,309,290 | Mitsubishi | 2012-06-5 |
| 18 | US | 5,331,620 | Matsushita | 2011-07-19 |
| 19 | US | 5,333,126 | Hitachi | 2013-02-12 |
|   | DE | 4,304,267 | Hitachi | 2013-02-12 |
| 20 | US | 5,388,105 | Matsushita | 2012-02-7 |
| 21 | US | 5,404,357 | Matsushita | 2012-06-29 |
| 22 | US | 5,434,716 | Mitsubishi | 2011-05-3 |
| 23 | US | 5,446,723 | IBM | 2012-08-29 |
| 24 | US | 5,448,551 | Matsushita | 2014-05-25 |
| 25 | US | 5,452,284 | Matsushita | 2013-09-13 |
| 26 | US | 5,488,418 | Mitsubishi | 2013-01-30 |
| 27 | US | 5,488,482 | Mitsubishi | 2013-01-30 |
| 28 | US | 5,493,552 | Toshiba | 2014-03-15 |
| 29 | US | 5,537,652 | IBM | 2013-07-16 |
| 30 | US | 5,546,427 | Matsushita | 2014-03-14 |
| 31 | US | 5,561,656 | IBM | 2014-11-18 |
| 32 | US | 5,568,461 | Matsushita | 2015-04-20 |
| 33 | US | 5,587,991 | Toshiba | 2015-01-18 |
| 34 | US | 5,616,390 | Matsushita | 2013-09-13 |
| 35 | US | 5,673,248 | Toshiba | 2015-10-26 |
| 36 | US | 5,732,061 | Hitachi | 2013-07-13 |
| 37 | US | 5,732,066 | Matsushita/Toshiba | 2016-04-3 |
| 38 | US | 5,758,007 | Toshiba | 2016-02-2 |
| 39 | US | 5,768,298 | Hitachi | 2016-02-16 |
|   | CN | ZL96105518.9 | Hitachi | 2016-02-24 |
| 40 | US | 5,774,441 | Toshiba | 2015-06-30 |
| 41 | US | 5,790,487 | Matsushita | 2017-03-21 |
|   | DE | 686,968 | Matsushita | 2015-06-7 |
|   | FR | 686,968 | Matsushita | 2015-06-7 |
|   | GB | 686,968 | Matsushita | 2015-06-7 |

2004/6/1

12

| # | Country | Patent No. | Owner | Date |
|---|---|---|---|---|
| 42 | US | 5,790,569 | Matsushita/Toshiba | 2016-04-12 |
| 43 | US | 5,805,547 | Toshiba | 2017-03-24 |
| 44 | US | 5,841,748 | Toshiba | 2017-03-24 |
|  | DE | 798,715 | Toshiba | 2017-03-12 |
|  | FR | 798,715 | Toshiba | 2017-03-12 |
|  | GB | 798,715 | Toshiba | 2017-03-12 |
| 45 | US | 5,845,021 | Toshiba | 2015-12-22 |
|  | DE | 69515832.5 | Toshiba | 2015-12-28 |
|  | FR | 720,347 | Toshiba | 2015-12-28 |
|  | GB | 720,347 | Toshiba | 2015-12-28 |
| 46 | US | 5,850,378 | Matsushita | 2015-11-7 |
|  | DE | 712,119 | Matsushita | 2015-11-9 |
|  | FR | 712,119 | Matsushita | 2015-11-9 |
|  | GB | 712,119 | Matsushita | 2015-11-9 |
| 47 | US | 5,859,820 | Mitsubishi | 2017-03-19 |
| 48 | US | 5,859,823 | Toshiba | 2017-03-24 |
| 49 | US | 5,862,112 | Matsushita | 2016-02-14 |
| 50 | US | 5,862,115 | JVC | 2014-11-30 |
|  | DE | 655,739 | JVC | 2014-11-29 |
|  | FR | 655,739 | JVC | 2014-11-29 |
|  | GB | 655,739 | JVC | 2014-11-29 |
| 51 | US | 5,867,474 | Mitsubishi | 2016-11-13 |
| 52 | US | 5,867,475 | Matsushita/Toshiba | 2016-04-3 |
| 53 | US | 5,872,750 | Matsushita | 2015-10-12 |
| 54 | US | 5,878,021 | Hitachi | 2016-07-10 |
| 55 | US | 5,881,037 | Matsushita/Toshiba | 2016-04-2 |
| 56 | US | 5,881,046 | Toshiba | 2015-01-18 |
| 57 | US | 5,914,928 | Toshiba | 2017-03-24 |
| 58 | US | 5,936,932 | Mitsubishi | 2017-03-25 |
|  | DE | 19,714,239 | Mitsubishi | 2017-03-21 |
|  | GB | 2,320,362 | Mitsubishi | 2017-03-25 |
| 59 | US | 5,946,285 | Mitsubishi | 2017-02-28 |
| 60 | US | 5,953,299 | Hitachi | 2017-05-27 |
| 61 | US | 5,956,306 | Toshiba | 2014-12-23 |
| 62 | US | 5,956,309 | Toshiba | 2017-03-24 |
| 63 | US | 5,963,522 | Toshiba | 2017-03-24 |
| 64 | US | 5,974,023 | Hitachi | 2016-07-10 |
| 65 | US | 5,978,958 | Matsushita/Toshiba | 2017-07-28 |
| 66 | US | 5,982,729 | Toshiba | 2017-03-24 |
| 67 | US | 5,995,667 | Toshiba | 2015-12-22 |
| 68 | US | 6,009,202 | Toshiba | 2015-12-22 |
| 69 | US | 6,011,867 | Toshiba | 2015-12-22 |
| 70 | US | 6,018,594 | Toshiba | 2015-12-22 |
| 71 | US | 6,021,226 | Toshiba | 2015-12-22 |
| 72 | US | 6,031,803 | Matsushita | 2016-08-21 |
| 73 | US | 6,031,963 | Toshiba | 2016-02-2 |
| 74 | US | 6,034,932 | Matsushita | 2017-10-7 |
|  | DE | 929,893 | Matsushita | 2017-10-6 |
|  | FR | 929,893 | Matsushita | 2017-10-6 |
|  | GB | 929,893 | Matsushita | 2017-10-6 |

2004/6/1

| # | Country | Patent No. | Assignee | Date |
|---|---|---|---|---|
| 75 | US | 6,047,086 | Toshiba | 2015-12-22 |
| 76 | US | 6,069,869 | Mitsubishi | 2016-11-13 |
|  | GB | 2,307,770 | Mitsubishi | 2016-11-28 |
| 77 | US | 6,078,727 | Matsushita | 2018-09-17 |
| 78 | US | 6,081,208 | Toshiba | 2015-12-22 |
| 79 | US | 6,091,699 | Mitsubishi | 2017-04-10 |
| 80 | US | 6,097,683 | Matsushita | 2017-04-25 |
| 81 | US | 6,097,694 | Matsushita | 2019-09-16 |
|  | DE | 977,188 | Matsushita | 2017-10-6 |
|  | FR | 977,188 | Matsushita | 2017-10-6 |
|  | GB | 977,188 | Matsushita | 2017-10-6 |
| 82 | US | 6,122,436 | Matsushita | 2019-04-7 |
| 83 | US | 6,128,260 | Toshiba | 2018-04-6 |
| 84 | US | 6,128,269 | Matsushita | 2017-10-7 |
|  | DE | 977,186 | Matsushita | 2017-10-6 |
|  | FR | 977,186 | Matsushita | 2017-10-6 |
|  | GB | 977,186 | Matsushita | 2017-10-6 |
| 85 | US | 6,130,867 | Matsushita | 2017-10-7 |
|  | DE | 977,185 | Matsushita | 2017-10-6 |
|  | FR | 977,185 | Matsushita | 2017-10-6 |
|  | GB | 977,185 | Matsushita | 2017-10-6 |
| 86 | US | 6,130,871 | Toshiba | 2018-03-25 |
| 87 | US | 6,140,028 | Hitachi | 2012-03-20 |
| 88 | US | 6,141,491 | JVC | 2014-03-16 |
| 89 | US | 6,147,961 | Mitsubishi | 2016-11-13 |
| 90 | US | 6,160,770 | Matsushita | 2017-04-25 |
| 91 | US | 6,163,522 | Mitsubishi | 2017-03-25 |
| 92 | US | 6,172,961 | Toshiba | 2018-05-27 |
| 93 | US | 6,181,870 | Matsushita | 2018-09-17 |
| 94 | US | 6,188,656 | Matsushita | 2019-07-13 |
| 95 | US | 6,212,142 | Matsushita | 2019-07-13 |
| 96 | US | 6,229,955 | Matsushita | 2018-09-17 |
| 97 | US | 6,259,858 | Toshiba | 2019-12-15 |
| 98 | US | 6,263,152 | Toshiba | 2019-01-21 |
| 99 | US | 6,266,483 | Matsushita | 2019-10-12 |
| 100 | US | 6,285,827 | Matsushita | 2018-09-17 |
| 101 | US | 6,308,005 | Toshiba | 2019-05-14 |
| 102 | JP | 1,627,483 | Mitsubishi | 2003-05-23 |
| 103 | JP | 1,739,697 | Mitsubishi | 2003-04-14 |
| 104 | JP | 1,804,821 | Mitsubishi | 2003-04-21 |
| 105 | JP | 1,866,743 | Matsushita | 2005-01-21 |
| 106 | JP | 1,910,415 | Matsushita | 2004-03-7 |
| 107 | JP | 1,920,117 | Hitachi | 2005-10-18 |
| 108 | JP | 1,933,525 | Hitachi | 2006-08-15 |
| 109 | JP | 1,956,987 | Matsushita | 2004-06-19 |
| 110 | JP | 2,073,584 | JVC | 2010-03-14 |
| 111 | JP | 2,088,711 | Mitsubishi | 2005-04-15 |
| 112 | JP | 2,133,528 | JVC | 2009-01-24 |
| 113 | JP | 2,134,290 | Matsushita | 2007-03-19 |
| 114 | JP | 2,138,621 | JVC | 2008-04-8 |

2004/6/1

| 115 | JP | 2,516,041 | JVC | 2008-03-2 |
| 116 | JP | 2,516,082 | JVC | 2010-03-19 |
| 117 | JP | 2,521,160 | JVC | 2009-11-7 |
| 118 | JP | 2,532,906 | JVC | 2008-02-8 |
| 119 | JP | 2,538,865 | Hitachi | 2005-10-16 |
| 120 | JP | 2,545,302 | Mitsubishi | 2010-12-19 |
| 121 | JP | 2,546,100 | Hitachi | 2005-03-22 |
| 122 | JP | 2,552,689 | Hitachi | 2007-12-16 |
| 123 | JP | 2,559,009 | Matsushita | 2013-03-25 |
| 124 | JP | 2,559,362 | Hitachi | 2005-03-22 |
| 125 | JP | 2,591,029 | JVC | 2008-03-3 |
| 126 | JP | 2,591,030 | JVC | 2008-03-3 |
| 127 | JP | 2,592,086 | Hitachi | 2008-02-12 |
| 128 | JP | 2,600,373 | Matsushita | 2009-05-11 |
| 129 | JP | 2,616,969 | Mitsubishi | 2008-07-12 |
| 130 | JP | 2,617,772 | JVC | 2008-08-2 |
| 131 | JP | 2,650,357 | Matsushita | 2008-09-30 |
| 132 | JP | 2,650,940 | Hitachi | 2008-02-10 |
| 133 | JP | 2,661,518 | Hitachi | 2003-03-23 |
| 134 | JP | 2,663,152 | Mitsubishi | 2008-08-31 |
| 135 | JP | 2,663,817 | Matsushita | 2012-12-2 |
| 136 | JP | 2,679,596 | Matsushita | 2013-11-9 |
| 137 | JP | 2,702,923 | Hitachi | 2007-04-24 |
| 138 | JP | 2,707,774 | Matsushita | 2009-12-13 |
| 139 | JP | 2,715,674 | Matsushita | 2011-02-7 |
| 140 | JP | 2,719,130 | Hitachi | 2006-05-2 |
| 141 | JP | 2,720,876 | Matsushita | 2007-03-19 |
| 142 | JP | 2,720,878 | Matsushita | 2007-03-19 |
| 143 | JP | 2,738,304 | Hitachi | 2005-01-23 |
| 144 | JP | 2,745,305 | JVC | 2007-11-6 |
| 145 | JP | 2,760,327 | JVC | 2008-03-2 |
| 146 | JP | 2,760,328 | JVC | 2008-03-2 |
| 147 | JP | 2,766,919 | Mitsubishi | 2011-06-7 |
| 148 | JP | 2,773,606 | Matsushita | 2013-10-22 |
| 149 | JP | 2,810,035 | Hitachi | 2006-08-22 |
| 150 | JP | 2,823,152 | Hitachi | 2006-05-2 |
| 151 | JP | 2,830,792 | Hitachi | 2008-02-5 |
| 152 | JP | 2,848,809 | Toshiba | 2016-03-25 |
| 153 | JP | 2,856,391 | Hitachi | 2017-03-31 |
| 154 | JP | 2,862,850 | Toshiba | 2017-04-18 |
| 155 | JP | 2,864,950 | JVC | 2013-06-30 |
| 156 | JP | 2,883,554 | Toshiba | 2015-02-3 |
| 157 | JP | 2,887,949 | Matsushita | 2011-06-27 |
| 158 | JP | 2,906,950 | JVC | 2013-10-29 |
| 159 | JP | 2,908,012 | Hitachi | 2010-11-30 |
| 160 | JP | 2,916,121 | Hitachi | 2015-02-14 |
| 161 | JP | 2,920,065 | Toshiba | 2014-03-16 |
| 162 | JP | 2,924,758 | Matsushita | 2008-03-31 |
| 163 | JP | 2,924,880 | JVC | 2013-03-23 |
| 164 | JP | 2,925,043 | JVC | 2011-09-30 |

| | | | | |
|---|---|---|---|---|
| 165 | JP | 2,925,047 | JVC | 2011-12-27 |
| 166 | JP | 2,927,163 | JVC | 2013-11-30 |
| 167 | JP | 2,932,950 | JVC | 2014-09-29 |
| 168 | JP | 2,941,703 | Hitachi | 2007-04-24 |
| 169 | JP | 2,954,083 | Toshiba | 2017-05-1 |
| 170 | JP | 2,954,128 | Toshiba | 2017-05-1 |
| 171 | JP | 2,954,129 | Toshiba | 2017-05-1 |
| 172 | JP | 2,954,130 | Toshiba | 2017-05-1 |
| 173 | JP | 2,954,132 | Toshiba | 2017-05-1 |
| 174 | JP | 2,954,133 | Toshiba | 2017-05-1 |
| 175 | JP | 2,954,135 | Toshiba | 2017-05-1 |
| 176 | JP | 2,977,513 | Toshiba | 2016-02-5 |
| 177 | JP | 3,019,638 | JVC | 2012-11-26 |
| 178 | JP | 3,019,659 | JVC | 2013-03-16 |
| 179 | JP | 3,023,310 | Matsushita | 2016-05-31 |
| 180 | JP | 3,024,119 | Matsushita | 2015-04-20 |
| 181 | JP | 3,024,120 | Matsushita | 2015-04-20 |
| 182 | JP | 3,025,472 | Matsushita | 2016-02-16 |
| 183 | JP | 3,025,498 | Matsushita | 2016-05-31 |
| 184 | JP | 3,026,808 | Matsushita | 2018-09-4 |
| 185 | JP | 3,026,809 | Matsushita | 2018-09-4 |
| 186 | JP | 3,026,810 | Matsushita | 2018-09-4 |
| 187 | JP | 3,027,818 | Mitsubishi | 2015-12-1 |
| 188 | JP | 3,028,517 | Matsushita | 2018-09-4 |
| 189 | JP | 3,029,399 | Toshiba | 2016-03-25 |
| 190 | JP | 3,029,400 | Toshiba | 2016-03-25 |
| 191 | JP | 3,029,835 | Matsushita | 2019-08-4 |
| 192 | JP | 3,029,836 | Matsushita | 2019-08-4 |
| 193 | JP | 3,029,837 | Matsushita | 2019-08-4 |
| 194 | JP | 3,030,303 | Mitsubishi | 2016-02-15 |
| 195 | JP | 3,031,241 | Matsushita | 2016-05-17 |
| 196 | JP | 3,031,274 | Hitachi | 2007-04-24 |
| 197 | JP | 3,031,379 | Matsushita | 2017-10-6 |
| 198 | JP | 3,031,380 | Matsushita | 2017-10-6 |
| 199 | JP | 3,031,381 | Matsushita | 2017-10-6 |
| 200 | JP | 3,031,382 | Matsushita | 2017-10-6 |
| 201 | JP | 3,031,513 | Hitachi | 2012-10-16 |
| 202 | JP | 3,033,513 | JVC | 2008-04-8 |
| 203 | JP | 3,034,268 | Hitachi | 2010-02-19 |
| 204 | JP | 3,035,869 | Matsushita | 2016-04-18 |
| 205 | JP | 3,036,240 | Hitachi | 2012-07-14 |
| 206 | JP | 3,036,638 | Matsushita | 2016-05-31 |
| 207 | JP | 3,036,639 | Matsushita | 2016-05-31 |
| 208 | JP | 3,036,640 | Matsushita | 2016-05-31 |
| 209 | JP | 3,036,641 | Matsushita | 2016-05-31 |
| 210 | JP | 3,039,545 | Matsushita | 2016-05-17 |
| 211 | JP | 3,039,546 | Matsushita | 2016-05-17 |
| 212 | JP | 3,039,547 | Matsushita | 2016-05-17 |
| 213 | JP | 3,039,548 | Matsushita | 2016-05-17 |
| 214 | JP | 3,039,549 | Matsushita | 2016-05-17 |

2004/6/1

| 215 | JP | 3,040,779 | Matsushita | 2019-09-7 |
| 216 | JP | 3,042,780 | Matsushita | 2016-05-15 |
| 217 | JP | 3,050,311 | Matsushita | 2018-09-17 |
| 218 | JP | 3,050,317 | Matsushita | 2018-09-17 |
| 219 | JP | 3,050,318 | Matsushita | 2018-09-17 |
| 220 | JP | 3,050,319 | Matsushita | 2018-09-17 |
| 221 | JP | 3,059,026 | Matsushita | 2013-07-15 |
| 222 | JP | 3,059,172 | Matsushita | 2013-07-15 |
| 223 | JP | 3,060,911 | Hitachi | 2008-02-5 |
| 224 | JP | 3,061,799 | Matsushita | 2017-03-18 |
| 225 | JP | 3,061,800 | Matsushita | 2017-03-18 |
| 226 | JP | 3,063,613 | Mitsubishi | 2016-03-25 |
| 227 | JP | 3,063,765 | Matsushita | 2017-10-6 |
| 228 | JP | 3,068,093 | Matsushita | 2019-07-30 |
| 229 | JP | 3,068,095 | Matsushita | 2019-08-4 |
| 230 | JP | 3,068,096 | Matsushita | 2019-08-4 |
| 231 | JP | 3,068,102 | Matsushita | 2019-08-4 |
| 232 | JP | 3,068,103 | Matsushita | 2019-08-4 |
| 233 | JP | 3,069,324 | Matsushita | 2018-09-17 |
| 234 | JP | 3,069,338 | Matsushita | 2018-12-14 |
| 235 | JP | 3,069,722 | Matsushita | 2014-06-13 |
| 236 | JP | 3,069,737 | Matsushita | 2014-06-13 |
| 237 | JP | 3,070,467 | Mitsubishi | 2016-02-15 |
| 238 | JP | 3,071,828 | Toshiba/Matsushita | 2016-04-8 |
| 239 | JP | 3,073,204 | Matsushita | 2017-04-15 |
| 240 | JP | 3,073,205 | Matsushita | 2017-04-15 |
| 241 | JP | 3,073,745 | Mitsubishi | 2016-03-25 |
| 242 | JP | 3,075,477 | Matsushita | 2019-03-8 |
| 243 | JP | 3,075,478 | Matsushita | 2019-09-7 |
| 244 | JP | 3,076,033 | Matsushita | 2019-07-1 |
| 245 | JP | 3,076,036 | Matsushita | 2019-07-1 |
| 246 | JP | 3,076,037 | Matsushita | 2019-07-1 |
| 247 | JP | 3,076,038 | Matsushita | 2019-07-1 |
| 248 | JP | 3,080,902 | Toshiba | 2017-05-27 |
| 249 | JP | 3,082,699 | JVC | 2008-04-8 |
| 250 | JP | 3,085,536 | Mitsubishi | 2013-09-24 |
| 251 | JP | 3,085,538 | Mitsubishi | 2016-02-15 |
| 252 | JP | 3,089,599 | Matsushita | 2016-05-15 |
| 253 | JP | 3,089,601 | Matsushita | 2016-05-15 |
| 254 | JP | 3,090,111 | JVC | 2013-03-31 |
| 255 | JP | 3,090,316 | Matsushita | 2020-01-31 |
| 256 | JP | 3,090,317 | Matsushita | 2020-01-31 |
| 257 | JP | 3,090,318 | Matsushita | 2020-01-31 |
| 258 | JP | 3,090,319 | Matsushita | 2020-01-31 |
| 259 | JP | 3,090,320 | Matsushita | 2020-01-31 |
| 260 | JP | 3,090,321 | Matsushita | 2020-01-31 |
| 261 | JP | 3,090,322 | Matsushita | 2018-12-15 |
| 262 | JP | 3,090,650 | Matsushita | 2020-01-31 |
| 263 | JP | 3,090,660 | Matsushita | 2017-04-15 |
| 264 | JP | 3,090,661 | Matsushita | |

2004/6/1

| | | | | |
|---|---|---|---|---|
| 265 | JP | 3,090,662 | Matsushita | 2017-04-15 |
| 266 | JP | 3,090,925 | Mitsubishi | 2016-04-15 |
| 267 | JP | 3,091,198 | Mitsubishi | 2016-04-15 |
| 268 | JP | 3,092,510 | Mitsubishi | 2016-04-15 |
| 269 | JP | 3,092,523 | Hitachi | 2006-08-22 |
| 270 | JP | 3,094,027 | Matsushita | 2016-05-31 |
| 271 | JP | 3,094,910 | JVC | 2016-03-28 |
| 272 | JP | 3,097,590 | JVC | 2008-04-8 |
| 273 | JP | 3,097,849 | Matsushita | 2017-04-21 |
| 274 | JP | 3,097,850 | Matsushita | 2017-04-21 |
| 275 | JP | 3,097,851 | Matsushita | 2017-04-21 |
| 276 | JP | 3,097,917 | Matsushita | 2016-05-15 |
| 277 | JP | 3,097,918 | Matsushita | 2017-09-30 |
| 278 | JP | 3,098,237 | Matsushita | 2017-09-30 |
| 279 | JP | 3,107,247 | Hitachi | 2012-02-13 |
| 280 | JP | 3,107,297 | Hitachi | 2008-03-10 |
| 281 | JP | 3,108,070 | Matsushita | 2018-09-17 |
| 282 | JP | 3,108,071 | Matsushita | 2018-09-17 |
| 283 | JP | 3,108,072 | Matsushita | 2018-09-17 |
| 284 | JP | 3,108,074 | Matsushita | 2018-12-15 |
| 285 | JP | 3,108,075 | Matsushita | 2018-12-15 |
| 286 | JP | 3,109,668 | Matsushita | 2018-12-15 |
| 287 | JP | 3,112,017 | JVC | 2008-04-8 |
| 288 | JP | 3,119,655 | Matsushita | 2020-02-14 |
| 289 | JP | 3,119,656 | Matsushita | 2020-02-14 |
| 290 | JP | 3,128,220 | Matsushita | 2020-03-3 |
| 291 | JP | 3,130,522 | Matsushita | 2018-12-15 |
| 292 | JP | 3,134,869 | Hitachi | 2007-04-24 |
| 293 | JP | 3,134,873 | Hitachi | 2007-04-24 |
| 294 | JP | 3,137,624 | Matsushita | 2020-02-14 |
| 295 | JP | 3,137,626 | Matsushita | 2020-02-29 |
| 296 | JP | 3,139,497 | Hitachi | 2019-07-5 |
| 297 | JP | 3,143,454 | Matsushita | 2016-05-15 |
| 298 | JP | 3,143,455 | Matsushita | 2016-05-15 |
| 299 | JP | 3,150,136 | Matsushita | 2020-03-30 |
| 300 | JP | 3,152,651 | Matsushita | 2019-10-7 |
| 301 | JP | 3,152,653 | Matsushita | 2019-10-7 |
| 302 | JP | 3,152,654 | Matsushita | 2019-10-7 |
| 303 | JP | 3,154,703 | Matsushita | 2020-03-3 |
| 304 | JP | 3,159,692 | Matsushita | 2020-03-30 |
| 305 | JP | 3,162,044 | Matsushita | 2020-07-10 |
| 306 | JP | 3,162,045 | Matsushita | 2020-07-10 |
| 307 | JP | 3,162,046 | Matsushita | 2020-07-10 |
| 308 | JP | 3,162,047 | Matsushita | 2020-07-10 |
| 309 | JP | 3,162,048 | Matsushita | 2020-07-10 |
| 310 | JP | 3,162,049 | Matsushita | 2020-07-10 |
| 311 | JP | 3,162,050 | Matsushita | 2020-07-10 |
| 312 | JP | 3,162,051 | Matsushita | 2020-07-10 |
| 313 | JP | 3,162,052 | Matsushita | 2020-07-10 |
| 314 | JP | 3,162,053 | Matsushita | 2020-07-10 |

2004/6/1

| | | | | |
|---|---|---|---|---|
| 315 | JP | 3,162,054 | Matsushita | 2020-07-10 |
| 316 | JP | 3,164,111 | Hitachi | 2019-07-5 |
| 317 | JP | 3,167,289 | Matsushita | 2015-06-6 |
| 318 | JP | 3,167,302 | Matsushita | 2015-06-6 |
| 319 | JP | 3,169,366 | Matsushita | 2020-04-26 |
| 320 | JP | 3,169,368 | Matsushita | 2020-02-29 |
| 321 | JP | 3,173,607 | Matsushita | 2020-05-22 |

III [List of DVD Read-Only Disc Patents]
(DVD-Video Disc, DVD-ROM Disc, DVD Audio Disc)

| Ref. No. | Country | Patent No. | Patentee | Expiry Date |
|---|---|---|---|---|
| 1 | US | 4,425,637 | Matsushita | 2001-10-30 |
|  | JP | 1,459,657 | Matsushita | 2000-10-31 |
| 2 | US | 4,682,332 | Hitachi | 2005-01-24 |
|  | DE | 150,811 | Hitachi | 2005-01-24 |
|  | GB | 150,811 | Hitachi | 2005-01-24 |
|  | FR | 150,811 | Hitachi | 2005-01-24 |
| 3 | US | 4,703,494 | Mitsubishi | 2004-10-27 |
| 4 | US | 4,728,929 | Matsushita | 2005-10-1 |
|  | JP | 2,026,348 | Matsushita | 2004-10-1 |
| 5 | US | 4,985,784 | Hitachi | 2009-02-3 |
|  | GB | 22,155,555 | Hitachi | 2009-02-3 |
|  | HK | 9,500,752 | Hitachi | 2009-02-3 |
|  | SG | 9,590,734-1 | Hitachi | 2009-02-3 |
| 6 | US | 5,014,274 | JVC | 2009-04-7 |
|  | JP | 2,138,621 | JVC | 2008-04-8 |
|  | DE | 68917188.9 | JVC | 2009-04-10 |
|  | GB | 337,702 | JVC | 2009-04-10 |
|  | FR | 337,702 | JVC | 2009-04-10 |
|  | NL | 337,702 | JVC | 2009-04-10 |
|  | KR | 59,670 | JVC | 2009-03-31 |
|  | HK | 1,000,543 | JVC | 2009-04-10 |
| 7 | US | 5,016,010 | JVC | 2010-01-22 |
|  | JP | 2,133,528 | JVC | 2009-01-24 |
| 8 | US | 5,148,421 | Matsushita | 2011-04-16 |
|  | JP | 2,616,596 | Matsushita | 2011-04-19 |
| 9 | US | 5,202,875 | IBM | 2011-06-4 |
| 10 | US | 5,255,262 | IBM | 2011-06-4 |
| 11 | US | 5,268,846 | IBM | 2011-04-10 |
| 12 | US | 5,276,674 | Matsushita | 2011-03-15 |
|  | JP | 2,638,248 | Matsushita | 2010-03-15 |
| 13 | US | 5,309,290 | Mitsubishi | 2012-06-5 |
| 14 | US | 5,333,126 | Hitachi | 2014-08-14 |
|  | DE | 4,304,267 | Hitachi | 2013-02-12 |

2004/6/1

19

| No. | Country | Patent No. | Assignee | Date |
|---|---|---|---|---|
| 15 | US | 5,400,077 | Time Warner | 2013-10-29 |
| 16 | US | 5,410,530 | IBM | 2012-04-25 |
| 17 | US | 5,428,597 | Matsushita | 2012-06-27 |
|  | JP | 2,503,300 | Matsushita | 2010-10-29 |
| 18 | US | 5,434,716 | Mitsubishi | 2011-05-3 |
| 19 | US | 5,459,712 | Toshiba | 2014-09-13 |
|  | US | 5,708,651 | Toshiba | 2014-09-13 |
|  | US | 5,777,981 | Toshiba | 2014-09-13 |
|  | JP | 2,704,107 | Toshiba | 2014-01-19 |
|  | JP | 2,835,321 | Toshiba | 2014-01-19 |
|  | KR | 135,222 | Toshiba | 2014-09-14 |
| 20 | US | 5,463,565 | Time Warner | 2013-10-29 |
|  | AU | 673,783 | Time Warner | 2014-10-13 |
|  | DE | 727,074 | Time Warner | 2014-10-13 |
|  | GB | 727,074 | Time Warner | 2014-10-13 |
|  | FR | 727,074 | Time Warner | 2014-10-13 |
|  | NL | 727,074 | Time Warner | 2014-10-13 |
|  | IT | 727,074 | Time Warner | 2014-10-13 |
|  | AT | 727,074 | Time Warner | 2014-10-13 |
|  | BE | 727,074 | Time Warner | 2014-10-13 |
|  | CH | 727,074 | Time Warner | 2014-10-13 |
|  | ES | 727,074 | Time Warner | 2014-10-13 |
|  | SE | 727,074 | Time Warner | 2014-10-13 |
|  | LU | 727,074 | Time Warner | 2014-10-13 |
|  | DK | 727,074 | Time Warner | 2014-10-13 |
|  | GR | 727,074 | Time Warner | 2014-10-13 |
|  | MC | 727,074 | Time Warner | 2014-10-13 |
|  | PT | 727,074 | Time Warner | 2014-10-13 |
|  | IE | 727,074 | Time Warner | 2014-10-13 |
| 21 | US | 5,469,370 | Time Warner | 2013-10-29 |
|  | AU | 673,635 | Time Warner | 2014-10-13 |
|  | CA | 2,175,064 | Time Warner | 2014-10-13 |
| 22 | US | 5,488,410 | Time Warner | 2013-10-29 |
|  | AU | 675,185 | Time Warner | 2014-10-13 |
| 23 | US | 5,488,418 | Mitsubishi | 2013-01-30 |
| 24 | US | 5,488,482 | Mitsubishi | 2013-01-30 |
| 25 | US | 5,497,241 | Time Warner | 2013-10-29 |
|  | AU | 678,630 | Time Warner | 2014-10-13 |
|  | CA | 2,174,111 | Time Warner | 2014-10-13 |
| 26 | US | 5,546,427 | Matsushita | 2014-03-14 |
|  | JP | 2,863,052 | Matsushita | 2013-03-15 |
| 27 | US | 5,574,567 | Time Warner | 2013-10-29 |
|  | AU | 678,629 | Time Warner | 2014-10-13 |
| 28 | US | 5,576,843 | Time Warner | 2013-11-19 |
| 29 | US | 5,582,891 | Matsushita | 2013-12-10 |
| 30 | US | 5,586,107 | IBM | 2011-06-4 |
| 31 | US | 5,586,108 | Hitachi | 2015-06-23 |
|  | JP | 2,856,072 | Hitachi | 2014-06-27 |
| 32 | US | 5,587,991 | Toshiba | 2015-01-18 |
|  | JP | 2,786,810 | Toshiba | 2014-03-16 |

2004/6/1

20

| | | | | |
|---|---|---|---|---|
| | KR | 191,944 | Toshiba | 2015-03-14 |
| 33 | US | 5,598,276 | Time Warner | 2013-10-29 |
| 34 | US | 5,598,398 | IBM | 2014-01-28 |
| 35 | US | 5,610,901 | IBM | 2011-06-4 |
| 36 | US | 5,617,408 | JVC | 2015-10-17 |
| | TW | 78,273 | JVC | 2015-10-12 |
| | KR | 181,707 | JVC | 2015-10-19 |
| 37 | US | 5,619,424 | Time Warner | 2013-10-29 |
| | AU | 671,566 | Time Warner | 2014-10-13 |
| 38 | US | 5,625,609 | IBM | 2015-03-15 |
| | JP | 2,825,107 | IBM | 2016-02-1 |
| 39 | US | 5,630,006 | Toshiba | 2014-05-13 |
| | US | 5,732,185 | Toshiba | 2013-10-29 |
| | US | 5,742,731 | Toshiba | 2013-10-29 |
| | US | 5,778,136 | Toshiba | 2013-10-29 |
| | US | 5,819,003 | Toshiba | 2013-10-29 |
| | US | 5,845,046 | Toshiba | 2013-10-29 |
| | US | 5,956,457 | Toshiba | 2013-10-29 |
| | JP | 2,856,726 | Toshiba | 2013-10-29 |
| | DE | 69319353.0 | Toshiba | 2013-10-29 |
| | GB | 677,842 | Toshiba | 2013-10-29 |
| | FR | 677,842 | Toshiba | 2013-10-29 |
| | NL | 677,842 | Toshiba | 2013-10-29 |
| | KR | 188,294 | Toshiba | 2013-10-29 |
| 40 | US | 5,636,200 | Toshiba | 2015-04-13 |
| | US | 5,642,346 | Toshiba | 2015-04-13 |
| | US | 5,721,724 | Toshiba | 2015-04-13 |
| | US | 5,831,966 | Toshiba | 2015-04-13 |
| | DE | 69501724.1 | Toshiba | 2015-04-13 |
| | GB | 750,304 | Toshiba | 2015-04-13 |
| | FR | 750,304 | Toshiba | 2015-04-13 |
| | NL | 750,304 | Toshiba | 2015-04-13 |
| | DE | 69501726.8 | Toshiba | 2015-04-13 |
| | GB | 751,524 | Toshiba | 2015-04-13 |
| | FR | 751,524 | Toshiba | 2015-04-13 |
| | NL | 751,524 | Toshiba | 2015-04-13 |
| | DE | 69501779.2 | Toshiba | 2015-04-13 |
| | GB | 685,845 | Toshiba | 2015-04-13 |
| | FR | 685,845 | Toshiba | 2015-04-13 |
| | NL | 685,845 | Toshiba | 2015-04-13 |
| 41 | US | 5,671,320 | Time Warner | 2013-11-19 |
| | AU | 687,456 | Time Warner | 2014-10-13 |
| | CA | 2,174,320 | Time Warner | 2014-10-13 |
| 42 | US | 5,691,972 | Matsushita/Toshiba | 2016-10-7 |
| | TW | 95,771 | Matsushita/Toshiba | 2016-10-7 |
| 43 | US | 5,696,756 | Toshiba | 2016-04-10 |
| | US | 5,892,751 | Toshiba | 2016-04-10 |
| | US | 5,930,227 | Toshiba | 2016-04-10 |
| | JP | 2,810,028 | Toshiba | 2016-04-11 |
| | JP | 2,810,031 | Toshiba | 2017-04-3 |

2004/6/1

|    |    |                |                     |            |
|----|-----|---------------|---------------------|------------|
|    | DE  | 69600361.9    | Toshiba             | 2016-04-12 |
|    | GB  | 737,976       | Toshiba             | 2016-04-12 |
|    | FR  | 737,976       | Toshiba             | 2016-04-12 |
|    | NL  | 737,976       | Toshiba             | 2016-04-12 |
|    | AT  | 737,976       | Toshiba             | 2016-04-12 |
|    | BE  | 737,976       | Toshiba             | 2016-04-12 |
|    | LU  | 737,976       | Toshiba             | 2016-04-12 |
|    | IT  | 737,976       | Toshiba             | 2016-04-12 |
|    | ES  | 737,976       | Toshiba             | 2016-04-12 |
|    | CH  | 737,976       | Toshiba             | 2016-04-12 |
|    | SE  | 737,976       | Toshiba             | 2016-04-12 |
|    | GR  | 3,027,144     | Toshiba             | 2016-04-12 |
|    | DK  | 737,976       | Toshiba             | 2016-04-12 |
|    | FI  | 737,976       | Toshiba             | 2016-04-12 |
|    | IE  | 737,976       | Toshiba             | 2016-04-12 |
|    | AU  | 692,699       | Toshiba             | 2016-04-11 |
|    | AU  | 699,399       | Toshiba             | 2016-04-11 |
|    | TW  | 98,207        | Toshiba             | 2016-04-11 |
| 44 | US  | 5,712,950     | Time Warner         | 2013-10-29 |
| 45 | US  | 5,721,720     | Toshiba             | 2015-12-22 |
|    | US  | 5,845,021     | Toshiba             | 2015-12-22 |
|    | JP  | 2,829,266     | Toshiba             | 2015-12-28 |
|    | JP  | 2,829,294     | Toshiba             | 2015-12-28 |
|    | SG  | 34,538        | Toshiba             | 2015-12-27 |
|    | TW  | 84,648        | Toshiba             | 2015-12-26 |
|    | AU  | 693,984       | Toshiba             | 2015-12-27 |
|    | DE  | 69515832.5    | Toshiba             | 2015-12-28 |
|    | GB  | 720,347       | Toshiba             | 2015-12-28 |
|    | FR  | 720,347       | Toshiba             | 2015-12-28 |
| 46 | US  | 5,726,969     | Matsushita          | 2015-12-22 |
|    | JP  | 2,702,905     | Matsushita          | 2015-12-28 |
|    | DE  | 720,159       | Matsushita          | 2015-12-27 |
|    | GB  | 720,159       | Matsushita          | 2015-12-27 |
|    | FR  | 720,159       | Matsushita          | 2015-12-27 |
|    | CN  | ZL95121149.8  | Matsushita          | 2015-12-28 |
| 47 | US  | 5,732,066     | Matsushita/Toshiba  | 2016-04-3  |
|    | SG  | 46,792        | Matsushita/Toshiba  | 2016-04-1  |
|    | TW  | 84,703        | Matsushita/Toshiba  | 2016-04-9  |
| 48 | US  | 5,734,788     | Matsushita          | 2016-08-20 |
|    | DE  | 788,104       | Matsushita          | 2016-08-19 |
|    | GB  | 788,104       | Matsushita          | 2016-08-19 |
|    | FR  | 788,104       | Matsushita          | 2016-08-19 |
|    | SG  | 39,067        | Matsushita          | 2016-08-19 |
|    | TW  | 94,556        | Matsushita          | 2016-08-21 |
| 49 | US  | 5,745,473     | IBM                 | 2011-06-4  |
| 50 | US  | 5,745,645     | Matsushita          | 2016-09-27 |
|    | DE  | 847,199       | Matsushita          | 2016-09-27 |
|    | GB  | 847,199       | Matsushita          | 2016-09-27 |
|    | FR  | 847,199       | Matsushita          | 2016-09-27 |
|    | TW  | 86,653        | Matsushita          | 2016-09-26 |

| | | | | |
|---|---|---|---|---|
| 51 | US | 5,758,007 | Toshiba | 2016-02-2 |
| | JP | 2,712,099 | Toshiba | 2016-02-5 |
| | JP | 2,807,456 | Toshiba | 2016-02-5 |
| | DE | 69600670.7 | Toshiba | 2016-02-2 |
| | GB | 725,541 | Toshiba | 2016-02-2 |
| | FR | 725,541 | Toshiba | 2016-02-2 |
| | NL | 725,541 | Toshiba | 2016-02-2 |
| | IT | 725,541 | Toshiba | 2016-02-2 |
| | AT | 725,541 | Toshiba | 2016-02-2 |
| | BE | 725,541 | Toshiba | 2016-02-2 |
| | CH | 725,541 | Toshiba | 2016-02-2 |
| | ES | 725,541 | Toshiba | 2016-02-2 |
| | SE | 96101533.6 | Toshiba | 2016-02-2 |
| | LU | 725,541 | Toshiba | 2016-02-2 |
| | TW | 88,532 | Toshiba | 2016-02-2 |
| 52 | US | 5,761,301 | Matsushita | 2015-11-17 |
| 53 | US | 5,768,298 | Hitachi | 2016-02-16 |
| | JP | 2,882,302 | Hitachi | 2015-03-6 |
| | CN | ZL96105518.9 | Hitachi | 2016-02-24 |
| 54 | US | 5,771,334 | Matsushita | 2017-04-11 |
| | JP | 2,869,195 | Matsushita | 2017-04-10 |
| 55 | US | 5,774,441 | Toshiba | 2015-06-30 |
| 56 | US | 5,777,969 | Matsushita | 2016-06-6 |
| 57 | US | 5,778,142 | Toshiba | 2015-11-22 |
| | AU | 693,282 | Toshiba | 2015-11-24 |
| 58 | US | 5,784,528 | Matsushita | 2016-09-27 |
| | DE | 847,198 | Matsushita | 2016-09-27 |
| | GB | 847,198 | Matsushita | 2016-09-27 |
| | FR | 847,198 | Matsushita | 2016-09-27 |
| | MY | 110,659-A | Matsushita | 2016-09-27 |
| | SG | 51,880 | Matsushita | 2016-09-27 |
| | TW | 96,208 | Matsushita | 2016-09-26 |
| 59 | US | 5,790,487 | Matsushita | 2017-03-21 |
| | JP | 2,723,832 | Matsushita | 2015-06-6 |
| | DE | 686,968 | Matsushita | 2015-06-7 |
| | GB | 686,968 | Matsushita | 2015-06-7 |
| | FR | 686,968 | Matsushita | 2015-06-7 |
| 60 | US | 5,790,569 | Toshiba/Matsushita | 2016-04-12 |
| | TW | 89,851 | Toshiba/Matsushita | 2016-04-11 |
| 61 | US | 5,813,010 | Toshiba | 2016-04-10 |
| | JP | 2,857,120 | Toshiba | 2016-04-11 |
| | JP | 2,857,121 | Toshiba | 2017-04-1 |
| | DE | DE69603698 | Toshiba | 2016-04-12 |
| | GB | 801,384 | Toshiba | 2016-04-12 |
| | FR | 801,384 | Toshiba | 2016-04-12 |
| | IT | 801,384 | Toshiba | 2016-04-12 |
| | BE | 801,384 | Toshiba | 2016-04-12 |
| | CH | 801,384 | Toshiba | 2016-04-12 |
| | LU | 801,384 | Toshiba | 2016-04-12 |
| | GR | 801,384 | Toshiba | 2016-04-12 |

2004/6/1

|    | Country | Number | Assignee | Date |
|----|----|----|----|----|
|    | DK | 801,384 | Toshiba | 2016-04-12 |
|    | IE | 801,384 | Toshiba | 2016-04-12 |
|    | FI | 801,384 | Toshiba | 2016-04-12 |
|    | AU | 698,374 | Toshiba | 2016-04-11 |
| 62 | US | 5,835,669 | Toshiba | 2013-10-29 |
|    | US | 5,850,500 | Toshiba | 2013-10-29 |
|    | DE | 69318038.2 | Toshiba | 2013-10-29 |
|    | GB | 677,843 | Toshiba | 2013-10-29 |
|    | FR | 677,843 | Toshiba | 2013-10-29 |
|    | NL | 677,843 | Toshiba | 2013-10-29 |
|    | DE | DE69326029 | Toshiba | 2013-10-29 |
|    | GB | 836,190 | Toshiba | 2013-10-29 |
|    | FR | 836,190 | Toshiba | 2013-10-29 |
| 63 | US | 5,838,872 | Matsushita | 2016-03-15 |
|    | DE | 817,480 | Matsushita | 2016-03-14 |
|    | GB | 817,480 | Matsushita | 2016-03-14 |
|    | FR | 817,480 | Matsushita | 2016-03-14 |
|    | MY | 110,658-A | Matsushita | 2016-03-19 |
|    | SG | 45,052 | Matsushita | 2016-03-14 |
|    | TH | 8,659 | Matsushita | 2016-03-19 |
| 64 | US | 5,848,216 | Toshiba | 2016-02-21 |
|    | JP | 2,862,869 | Toshiba | 2016-02-22 |
|    | JP | 2,865,608 | Toshiba | 2016-02-22 |
|    | TW | 82,250 | Toshiba | 2016-03-3 |
| 65 | US | 5,854,873 | Matsushita | 2016-09-27 |
|    | DE | 847,195 | Matsushita | 2016-09-27 |
|    | GB | 847,195 | Matsushita | 2016-09-27 |
|    | FR | 847,195 | Matsushita | 2016-09-27 |
|    | MY | 110,656-A | Matsushita | 2016-09-27 |
|    | SG | 51,630 | Matsushita | 2016-09-27 |
| 66 | US | 5,858,498 | Toshiba | 2016-12-19 |
| 67 | US | 5,862,115 | JVC | 2014-11-30 |
| 68 | US | 5,870,374 | Matsushita | 2010-10-11 |
| 69 | US | 5,870,523 | Toshiba | 2016-01-30 |
|    | JP | 2,747,268 | Toshiba | 2016-01-30 |
|    | JP | 2,857,126 | Toshiba | 2016-01-30 |
|    | JP | 2,875,237 | Toshiba | 2016-01-30 |
|    | DE | 69601039.9 | Toshiba | 2016-01-30 |
|    | GB | 724,264 | Toshiba | 2016-01-30 |
|    | FR | 724,264 | Toshiba | 2016-01-30 |
|    | IT | 724,264 | Toshiba | 2016-01-30 |
|    | BE | 724,264 | Toshiba | 2016-01-30 |
|    | CH | 724,264 | Toshiba | 2016-01-30 |
|    | LU | 724,264 | Toshiba | 2016-01-30 |
| 70 | US | 5,871,881 | Hitachi | 2016-04-29 |
| 71 | US | 5,878,183 | Mitsubishi | 2012-06-5 |
| 72 | US | 5,881,032 | Matsushita | 2016-10-18 |
|    | SG | 52,060 | Matsushita | 2016-10-15 |
|    | TW | 90,129 | Matsushita | 2016-10-18 |
| 73 | US | 5,884,004 | Matsushita | 2016-09-27 |

2004/6/1

|     | Country | Number    | Assignee           | Date       |
| --- | ------- | --------- | ------------------ | ---------- |
|     | DE      | 847,200   | Matsushita         | 2016-09-27 |
|     | GB      | 847,200   | Matsushita         | 2016-09-27 |
|     | FR      | 847,200   | Matsushita         | 2016-09-27 |
|     | SG      | 49,400    | Matsushita         | 2016-09-27 |
|     | TW      | 96,143    | Matsushita         | 2016-09-26 |
| 74  | US      | 5,889,921 | Mitsubishi         | 2012-06-5  |
| 75  | US      | 5,892,848 | Toshiba            | 2017-03-20 |
|     | JP      | 2,810,030 | Toshiba            | 2017-03-19 |
|     | JP      | 2,875,232 | Toshiba            | 2017-04-2  |
|     | TW      | 90,998    | Toshiba            | 2017-03-19 |
| 76  | US      | 5,895,124 | Matsushita         | 2016-08-20 |
|     | SG      | 39,068    | Matsushita         | 2016-08-19 |
| 77  | US      | 5,902,115 | Toshiba            | 2016-04-12 |
| 78  | US      | 5,905,700 | IBM                | 2011-06-4  |
| 79  | US      | 5,905,845 | Matsushita         | 2016-09-27 |
|     | SG      | 51,644    | Matsushita         | 2018-02-26 |
|     | TW      | 87,020    | Matsushita         | 2016-09-26 |
| 80  | US      | 5,906,907 | Hitachi            | 2012-03-20 |
| 81  | US      | 5,907,658 | Matsushita         | 2016-08-20 |
|     | SG      | 39,066    | Matsushita         | 2016-08-19 |
|     | TW      | 89,253    | Matsushita         | 2016-08-21 |
| 82  | US      | 5,907,659 | Matsushita         | 2017-05-8  |
| 83  | US      | 5,912,869 | Matsushita/Toshiba | 2016-04-2  |
|     | SG      | 35,867    | Matsushita/Toshiba | 2016-04-1  |
|     | TW      | 84,702    | Matsushita/Toshiba | 2016-04-2  |
| 84  | US      | 5,913,010 | Toshiba            | 2017-01-7  |
|     | JP      | 2,857,123 | Toshiba            | 2017-04-2  |
|     | JP      | 2,857,129 | Toshiba            | 2017-03-28 |
|     | JP      | 2,857,130 | Toshiba            | 2017-03-28 |
|     | JP      | 2,857,131 | Toshiba            | 2017-04-2  |
|     | JP      | 2,857,132 | Toshiba            | 2017-04-2  |
|     | JP      | 2,857,133 | Toshiba            | 2017-04-2  |
|     | JP      | 2,857,134 | Toshiba            | 2017-04-2  |
|     | JP      | 2,857,135 | Toshiba            | 2017-04-2  |
|     | TW      | 94,491    | Toshiba            | 2017-04-2  |
|     | TW      | 94,492    | Toshiba            | 2017-04-2  |
|     | TW      | 94,493    | Toshiba            | 2017-04-2  |
|     | TW      | 94,494    | Toshiba            | 2017-04-2  |
|     | TW      | 94,595    | Toshiba            | 2017-04-2  |
|     | TW      | 94,654    | Toshiba            | 2017-04-2  |
|     | TW      | 94,681    | Toshiba            | 2017-04-2  |
| 85  | US      | 5,915,067 | Matsushita         | 2016-08-19 |
|     | DE      | 788,105   | Matsushita         | 2016-08-19 |
|     | GB      | 788,105   | Matsushita         | 2016-08-19 |
|     | FR      | 788,105   | Matsushita         | 2016-08-19 |
| 86  | US      | 5,923,627 | Matsushita         | 2016-08-19 |
|     | DE      | 788,106   | Matsushita         | 2016-08-19 |
|     | GB      | 788,106   | Matsushita         | 2016-08-19 |
|     | FR      | 788,106   | Matsushita         | 2016-08-19 |
| 87  | US      | 5,923,869 | Matsushita         | 2016-09-27 |

2004/6/1

|     |    |           |             |             |
| --- | -- | --------- | ----------- | ----------- |
|     | MY | 110,657-A | Matsushita  | 2013-11-30  |
|     | SG | 51,394    | Matsushita  | 2016-09-27  |
| 88  | US | 5,949,955 | Toshiba     | 2016-04-10  |
| 89  | US | 5,949,956 | Matsushita  | 2015-09-19  |
| 90  | US | 5,953,375 | Toshiba     | 2017-03-20  |
|     | JP | 2,810,029 | Toshiba     | 2017-03-19  |
|     | JP | 2,877,780 | Toshiba     | 2017-04-2   |
| 91  | US | 5,966,721 | Hitachi     | 2016-06-24  |
|     | JP | 2,871,534 | Hitachi     | 2015-06-26  |
| 92  | US | 5,995,667 | Toshiba     | 2015-12-22  |
| 93  | US | 5,999,160 | Toshiba     | 2016-12-7   |
| 94  | US | 5,999,695 | Toshiba     | 2013-10-29  |
| 95  | US | 6,002,834 | Hitachi     | 2018-10-14  |
| 96  | US | 6,009,202 | Toshiba     | 2015-12-22  |
| 97  | US | 6,009,237 | Hitachi     | 2016-02-2   |
| 98  | US | 6,011,867 | Toshiba     | 2015-12-22  |
| 99  | US | 6,018,594 | Toshiba     | 2015-12-22  |
| 100 | US | 6,021,226 | Toshiba     | 2015-12-22  |
| 101 | US | 6,031,963 | Toshiba     | 2016-02-2   |
| 102 | US | 6,047,086 | Toshiba     | 2015-12-22  |
| 103 | US | 6,081,208 | Toshiba     | 2015-12-22  |
| 104 | US | 6,141,491 | JVC         | 2014-03-16  |
| 105 | US | 6,148,139 | Time Warner | 2013-10-29  |
| 106 | US | 6,151,442 | JVC         | 2017-07-2   |
| 107 | US | 6,173,022 | Time Warner | 2013-10-29  |
| 108 | US | 6,208,802 | Matsushita  | 2018-08-5   |
| 109 | US | 6,222,805 | Matsushita  | 2018-08-5   |
| 110 | JP | 1,682,613 | JVC         | 2006-07-10  |
| 111 | JP | 2,026,622 | Matsushita  | 2010-09-28  |
| 112 | JP | 2,073,584 | JVC         | 2010-03-14  |
| 113 | JP | 2,138,621 | JVC         | 2008-04-8   |
| 114 | JP | 2,507,199 | Matsushita  | 2011-06-17  |
| 115 | JP | 2,516,041 | JVC         | 2008-03-2   |
| 116 | JP | 2,516,082 | JVC         | 2010-03-19  |
| 117 | JP | 2,523,876 | Matsushita  | 2009-06-14  |
| 118 | JP | 2,532,906 | JVC         | 2008-02-8   |
| 119 | JP | 2,545,302 | Mitsubishi  | 2010-12-19  |
| 120 | JP | 2,558,996 | Matsushita  | 2012-07-21  |
| 121 | JP | 2,591,029 | JVC         | 2008-03-2   |
| 122 | JP | 2,591,030 | JVC         | 2008-03-2   |
| 123 | JP | 2,600,249 | JVC         | 2006-08-19  |
| 124 | JP | 2,600,638 | Hitachi     | 2006-10-24  |
| 125 | JP | 2,617,772 | JVC         | 2008-08-2   |
| 126 | JP | 2,630,140 | Matsushita  | 2011-11-21  |
| 127 | JP | 2,650,538 | Matsushita  | 2011-12-3   |
| 128 | JP | 2,701,258 | Matsushita  | 2007-04-22  |
| 129 | JP | 2,705,377 | Matsushita  | 2011-07-31  |
| 130 | JP | 2,742,524 | Matsushita  | 2015-10-2   |
| 131 | JP | 2,755,116 | Matsushita  | 2013-08-23  |
| 132 | JP | 2,760,328 | JVC         | 2008-03-2   |

2004/6/1