| | | | | |
|---|---|---|---|---|
| 133 | JP | 2,762,765 | Matsushita | 2011-04-18 |
| 134 | JP | 2,766,919 | Mitsubishi | 2011-06-7 |
| 135 | JP | 2,827,495 | Matsushita | 2010-10-22 |
| 136 | JP | 2,835,317 | Toshiba | 2016-04-8 |
| | JP | 2,835,319 | Toshiba | 2017-04-8 |
| | TW | 86,626 | Toshiba | 2016-04-23 |
| 137 | JP | 2,835,318 | Toshiba | 2016-04-11 |
| | DE | 69601319.3 | Toshiba | 2016-04-12 |
| | GB | 738,087 | Toshiba | 2016-04-12 |
| | FR | 738,087 | Toshiba | 2016-04-12 |
| | CH | 738,087 | Toshiba | 2016-04-12 |
| | BE | 738,087 | Toshiba | 2016-04-12 |
| | IT | 738,087 | Toshiba | 2016-04-12 |
| | LU | 738,087 | Toshiba | 2016-04-12 |
| | TW | 92,582 | Toshiba | 2016-04-22 |
| 138 | JP | 2,839,878 | Toshiba | 2016-04-1 |
| | JP | 2,839,879 | Toshiba | 2017-04-1 |
| | JP | 2,857,140 | Toshiba | 2017-04-1 |
| | JP | 2,857,141 | Toshiba | 2017-04-1 |
| | JP | 2,857,142 | Toshiba | 2017-04-1 |
| | JP | 2,857,143 | Toshiba | 2017-04-1 |
| | JP | 2,857,144 | Toshiba | 2017-03-31 |
| | JP | 2,857,145 | Toshiba | 2017-03-31 |
| | JP | 2,857,146 | Toshiba | 2017-03-31 |
| | DE | 69603118.3 | Toshiba | 2016-04-10 |
| | GB | 737,975 | Toshiba | 2016-04-10 |
| | FR | 737,975 | Toshiba | 2016-04-10 |
| | TW | 83,964 | Toshiba | 2016-04-23 |
| 139 | JP | 2,856,722 | Toshiba | 2017-04-11 |
| | DE | 69603769.6 | Toshiba | 2016-04-12 |
| | GB | 738,078 | Toshiba | 2016-04-12 |
| | FR | 738,078 | Toshiba | 2016-04-12 |
| | BE | 738,078 | Toshiba | 2016-04-12 |
| | CH | 738,078 | Toshiba | 2016-04-12 |
| | LU | 738,078 | Toshiba | 2016-04-12 |
| | IE | 738,078 | Toshiba | 2016-04-12 |
| | AU | 698,969 | Toshiba | 2016-04-10 |
| | SG | 35,893 | Toshiba | 2016-04-10 |
| 140 | JP | 2,864,666 | Matsushita | 2010-05-31 |
| 141 | JP | 2,865,643 | Toshiba | 2017-05-14 |
| 142 | JP | 2,868,744 | Toshiba | 2014-03-16 |
| 143 | JP | 2,868,981 | Toshiba | 2013-09-16 |
| 144 | JP | 2,875,231 | Toshiba | 2016-04-12 |
| | JP | 2,875,233 | Toshiba | 2016-04-4 |
| | DE | 69604221.5 | Toshiba | 2016-04-12 |
| | GB | 737,980 | Toshiba | 2016-04-12 |
| | FR | 737,980 | Toshiba | 2016-04-12 |
| | BE | 737,980 | Toshiba | 2016-04-12 |
| | CH | 737,980 | Toshiba | 2016-04-12 |
| | LU | 737,980 | Toshiba | 2016-04-12 |

| Ref. No. | Country | Patent No. | Patentee | Expiry Date |
|---|---|---|---|---|
| 145 | JP | 2,925,047 | JVC | 2011-12-27 |
| 146 | JP | 2,927,163 | JVC | 2013-11-30 |
| 147 | JP | 2,932,950 | JVC | 2014-09-29 |
| 148 | JP | 2,945,842 | Toshiba | 2014-09-28 |
| 149 | JP | 2,947,395 | JVC | 2014-01-14 |
| 150 | JP | 2,950,065 | JVC | 2012-10-28 |
| 151 | JP | 2,973,993 | JVC | 2017-11-28 |
| 152 | JP | 2,977,513 | Toshiba | 2016-02-5 |
| 153 | JP | 2,993,471 | JVC | 2017-07-7 |
| 154 | JP | 3,033,513 | JVC | 2008-04-8 |
| 155 | JP | 3,050,047 | JVC | 2014-06-24 |
| 156 | JP | 3,082,699 | JVC | 2008-04-8 |
| 157 | JP | 3,102,416 | JVC | 2014-02-22 |
| 158 | JP | 3,114,969 | Matsushita | 2018-08-6 |
| 159 | JP | 3,114,970 | Matsushita | 2018-08-6 |
| 160 | JP | 3,114,971 | Matsushita | 2018-08-6 |
| 161 | JP | 3,120,424 | JVC | 2012-10-28 |
| 162 | JP | 3,127,884 | JVC | 2013-03-16 |
| 163 | JP | 3,164,307 | JVC | 2019-12-28 |
| 164 | JP | 3,164,308 | JVC | 2019-12-28 |
| 165 | JP | 3,173,482 | JVC | 2018-11-16 |
| 166 | JP | 3,173,608 | JVC | 2018-11-16 |
| 167 | JP | 3,173,609 | JVC | 2018-11-16 |

IV [List of DVD Recordable Disc Patents]
  (DVD-RAM Disc, DVD-RW Disc, DVD-R Disc)

| Ref. No. | Country | Patent No. | Patentee | Expiry Date |
|---|---|---|---|---|
| 1 | US | 4,646,103 | Hitachi | 2006-02-26 |
| 2 | US | 4,682,332 | Hitachi | 2005-01-24 |
|   | DE | 150,811 | Hitachi | 2005-01-24 |
|   | GB | 150,811 | Hitachi | 2005-01-24 |
|   | FR | 150,811 | Hitachi | 2005-01-24 |
| 3 | US | 4,703,494 | Mitsubishi | 2004-10-27 |
| 4 | US | 4,728,929 | Matsushita | 2005-10-1 |
| 5 | US | 4,740,948 | Hitachi | 2006-05-9 |
| 6 | US | 4,835,757 | Toshiba | 2007-08-27 |
| 7 | US | 4,939,717 | Matsushita | 2007-10-27 |
| 8 | US | 4,985,784 | Hitachi | 2009-02-3 |
| 9 | US | 5,014,274 | JVC | 2009-04-7 |
|   | DE | 337,702 | JVC | 2009-04-10 |
|   | FR | 337,702 | JVC | 2009-04-10 |
|   | GB | 337,702 | JVC | 2009-04-10 |
|   | NL | 337,702 | JVC | 2009-04-10 |
| 10 | US | 5,148,421 | Matsushita | 2011-04-16 |
| 11 | US | 5,257,256 | Hitachi | 2008-04-22 |

2004/6/1

| | | | | |
|---|---|---|---|---|
| 12 | US | 5,276,674 | Matsushita | 2011-03-15 |
| 13 | US | 5,291,470 | Matsushita | 2011-03-1 |
| 14 | US | 5,331,620 | Matsushita | 2011-07-19 |
| 15 | US | 5,333,126 | Hitachi | 2013-02-12 |
| 16 | DE | DE 4,304,267 | Hitachi | 2013-02-12 |
| 17 | US | 5,388,105 | Matsushita | 2012-02-7 |
| 18 | US | 5,404,357 | Matsushita | 2012-06-29 |
| 19 | US | 5,422,874 | Matsushita | 2013-09-9 |
| 20 | US | 5,446,723 | IBM | 2012-08-29 |
| 21 | US | 5,452,284 | Matsushita | 2013-09-13 |
| 22 | US | 5,463,565 | Time Warner | 2013-10-29 |
| 23 | US | 5,493,552 | Toshiba | 2014-03-15 |
| 24 | US | 5,508,995 | Matsushita | 2014-07-15 |
| 25 | US | 5,546,427 | Matsushita | 2014-03-14 |
| 26 | US | 5,561,656 | IBM | 2014-11-18 |
| 27 | US | 5,582,891 | Matsushita | 2013-12-10 |
| 28 | US | 5,586,108 | Hitachi | 2015-06-23 |
| 29 | US | 5,587,991 | Toshiba | 2015-01-18 |
| 30 | US | 5,616,390 | Matsushita | 2013-09-13 |
| 31 | US | 5,617,408 | JVC | 2015-10-17 |
| 32 | US | 5,619,424 | Time Warner | 2013-10-29 |
| 33 | US | 5,623,477 | Matsushita | 2016-01-26 |
| 34 | US | 5,673,248 | Toshiba | 2015-10-26 |
| 35 | US | 5,696,756 | Toshiba | 2016-04-10 |
| | AT | 737,976 | Toshiba | 2016-04-12 |
| | BE | 737,976 | Toshiba | 2016-04-12 |
| | CH | 737,976 | Toshiba | 2016-04-12 |
| | DE | 69600361.9 | Toshiba | 2016-04-12 |
| | DK | 737,976 | Toshiba | 2016-04-12 |
| | ES | 737,976 | Toshiba | 2016-04-12 |
| | FI | 737,976 | Toshiba | 2016-04-12 |
| | FR | 737,976 | Toshiba | 2016-04-12 |
| | GB | 737,976 | Toshiba | 2016-04-12 |
| | GR | 3,027,144 | Toshiba | 2016-04-12 |
| | IE | 737,976 | Toshiba | 2016-04-12 |
| | IT | 737,976 | Toshiba | 2016-04-12 |
| | LU | 737,976 | Toshiba | 2016-04-12 |
| | NL | 737,976 | Toshiba | 2016-04-12 |
| | SE | 737,976 | Toshiba | 2016-04-12 |
| 36 | US | 5,708,651 | Toshiba | 2016-09-13 |
| 37 | US | 5,715,221 | Matsushita | 2016-04-10 |
| 38 | US | 5,717,683 | Mitsubishi | 2013-09-29 |
| 39 | US | 5,721,720 | Toshiba | 2015-12-22 |
| | DE | 69515832.5 | Toshiba | 2015-12-28 |
| | FR | 720,347 | Toshiba | 2015-12-28 |
| | GB | 720,347 | Toshiba | 2015-12-28 |
| 40 | US | 5,724,338 | Matsushita | 2013-09-9 |
| 41 | US | 5,732,061 | Hitachi | 2013-07-13 |
| 42 | US | 5,732,066 | Matsushita/Toshiba | 2016-04-3 |
| 43 | US | 5,754,500 | Mitsubishi | 2016-11-22 |

2004/6/1

29

|    | Country | Number | Assignee | Date |
|----|---------|--------|----------|------|
|    | GB | 2,307,589 | Mitsubishi | 2016-11-22 |
| 44 | US | 5,757,764 | Toshiba | 2016-10-11 |
| 45 | US | 5,758,007 | Toshiba | 2016-02-2 |
| 46 | US | 5,768,298 | Hitachi | 2016-02-13 |
| 47 | US | 5,774,441 | Toshiba | 2015-06-30 |
| 48 | US | 5,790,487 | Matsushita | 2017-03-21 |
|    | DE | 686,968 | Matsushita | 2015-06-7 |
|    | FR | 686,968 | Matsushita | 2015-06-7 |
|    | GB | 686,968 | Matsushita | 2015-06-7 |
| 49 | US | 5,790,569 | Toshiba/Matsushita | 2016-04-12 |
| 50 | US | 5,796,713 | Toshiba | 2016-10-11 |
| 51 | US | 5,805,547 | Toshiba | 2017-03-24 |
| 52 | US | 5,805,565 | Hitachi | 2016-02-13 |
| 53 | US | 5,831,966 | Toshiba | 2015-04-13 |
| 54 | US | 5,841,748 | Toshiba | 2017-03-24 |
| 55 | US | 5,845,021 | Toshiba | 2015-12-22 |
| 56 | US | 5,850,378 | Matsushita | 2015-11-7 |
| 57 | US | 5,850,382 | Matsushita | 2017-04-9 |
| 58 | US | 5,858,498 | Toshiba | 2016-12-19 |
| 59 | US | 5,859,820 | Mitsubishi | 2017-03-19 |
| 60 | US | 5,859,823 | Toshiba | 2017-03-24 |
| 61 | US | 5,862,112 | Matsushita | 2016-02-14 |
| 62 | US | 5,862,115 | JVC | 2014-11-30 |
|    | DE | 655,739 | JVC | 2014-11-29 |
|    | FR | 655,739 | JVC | 2014-11-29 |
|    | GB | 655,739 | JVC | 2014-11-29 |
| 63 | US | 5,867,474 | Mitsubishi | 2016-11-13 |
|    | GB | 2,307,770 | Mitsubishi | 2016-11-28 |
| 64 | US | 5,867,475 | Matsushita/Toshiba | 2016-04-3 |
| 65 | US | 5,872,750 | Matsushita | 2015-10-12 |
| 66 | US | 5,872,767 | Matsushita | 2016-02-14 |
| 67 | US | 5,878,021 | Hitachi | 2016-07-10 |
| 68 | US | 5,878,183 | Mitsubishi | 2012-06-5 |
| 69 | US | 5,881,037 | Matsushita/Toshiba | 2016-04-2 |
| 70 | US | 5,892,751 | Toshiba | 2016-04-10 |
|    | DE | 69605648.8 | Toshiba | 2016-04-12 |
|    | FR | 805,449 | Toshiba | 2016-04-12 |
|    | GB | 805,449 | Toshiba | 2016-04-12 |
| 71 | US | 5,898,663 | Hitachi | 2016-10-18 |
| 72 | US | 5,905,845 | Matsushita | 2016-09-27 |
| 73 | US | 5,906,907 | Hitachi | 2012-03-20 |
| 74 | US | 5,912,869 | Matsushita/Toshiba | 2016-04-2 |
| 75 | US | 5,914,928 | Toshiba | 2017-03-24 |
| 76 | US | 5,923,640 | Matsushita/Mitsubishi | 2017-06-26 |
| 77 | US | 5,923,869 | Matsushita | 2016-09-27 |
| 78 | US | 5,936,932 | Mitsubishi | 2017-03-25 |
|    | DE | 19,714,239 | Mitsubishi | 2017-03-25 |
|    | GB | 2,311,644 | Mitsubishi | 2017-03-25 |
| 79 | US | 5,936,933 | Hitachi | 2017-07-25 |
| 80 | US | 5,946,285 | Mitsubishi | 2017-02-28 |

2004/6/1

| # | Country | Patent No. | Assignee | Date |
|---|---|---|---|---|
| 81 | US | 5,953,299 | Hitachi | 2017-05-27 |
| 82 | US | 5,953,309 | Mitsubishi | 2013-09-29 |
| 83 | US | 5,956,309 | Toshiba | 2017-03-24 |
| 84 | US | 5,963,522 | Toshiba | 2017-03-24 |
| 85 | US | 5,974,023 | Hitachi | 2016-07-10 |
| 86 | US | 5,974,581 | Hitachi | 2016-02-24 |
|  | CN | ZL96105518.9 | Hitachi | 2016-02-24 |
| 87 | US | 5,978,958 | Matsushita/Toshiba | 2017-07-28 |
| 88 | US | 5,982,729 | Toshiba | 2017-03-24 |
| 89 | US | 5,982,738 | Hitachi | 2016-10-18 |
| 90 | US | 5,991,260 | Hitachi | 2016-02-20 |
| 91 | US | 5,995,667 | Toshiba | 2015-12-22 |
| 92 | US | 5,999,160 | Toshiba | 2016-12-7 |
| 93 | US | 6,002,557 | Toshiba | 2016-10-11 |
| 94 | US | 6,002,834 | Hitachi | 2016-02-2 |
| 95 | US | 6,009,202 | Toshiba | 2015-12-22 |
| 96 | US | 6,009,237 | Hitachi | 2016-02-2 |
| 97 | US | 6,011,867 | Toshiba | 2015-12-22 |
| 98 | US | 6,014,365 | Toshiba | 2016-10-11 |
| 99 | US | 6,018,594 | Toshiba | 2015-12-22 |
| 100 | US | 6,021,226 | Toshiba | 2015-12-22 |
| 101 | US | 6,031,963 | Toshiba | 2016-02-2 |
| 102 | US | 6,034,932 | Matsushita | 2017-10-7 |
| 103 | US | 6,047,086 | Toshiba | 2015-12-22 |
| 104 | US | 6,052,465 | Matsushita | 2016-05-16 |
| 105 | US | 6,064,643 | Toshiba | 2018-03-31 |
| 106 | US | 6,069,869 | Mitsubishi | 2016-11-13 |
| 107 | US | 6,075,763 | Hitachi | 2016-02-20 |
| 108 | US | 6,078,559 | Matsushita | 2017-10-21 |
| 109 | US | 6,078,727 | Matsushita | 2018-09-17 |
| 110 | US | 6,081,208 | Toshiba | 2015-12-22 |
| 111 | US | 6,091,699 | Mitsubishi | 2017-04-10 |
| 112 | US | 6,097,694 | Matsushita | 2019-09-16 |
| 113 | US | 6,108,299 | Hitachi | 2016-02-20 |
| 114 | US | 6,122,436 | Matsushita | 2019-04-7 |
| 115 | US | 6,128,260 | Toshiba | 2018-04-6 |
| 116 | US | 6,128,269 | Matsushita | 2017-10-7 |
| 117 | US | 6,128,388 | Matsushita | 2016-05-16 |
| 118 | US | 6,130,867 | Matsushita | 2017-10-7 |
| 119 | US | 6,130,871 | Toshiba | 2018-03-25 |
| 120 | US | 6,137,768 | Matsushita | 2017-10-27 |
|  | DE | 934,588 | Matsushita | 2017-10-24 |
|  | FR | 934,588 | Matsushita | 2017-10-24 |
|  | GB | 934,588 | Matsushita | 2017-10-24 |
| 121 | US | 6,140,028 | Hitachi | 2012-03-20 |
| 122 | US | 6,141,491 | JVC | 2014-03-16 |
| 123 | US | 6,147,961 | Mitsubishi | 2016-11-13 |
| 124 | US | 6,151,292 | Mitsubishi | 2013-09-29 |
| 125 | US | 6,157,609 | Matsushita | 2019-09-14 |
| 126 | US | 6,160,770 | Matsushita | 2017-04-25 |

2004/6/1

31

| # | Country | Patent No. | Assignee | Date |
|---|---|---|---|---|
| 127 | US | 6,160,888 | Matsushita | 2016-05-16 |
| 128 | US | 6,163,521 | Matsushita | 2018-04-13 |
| 129 | US | 6,163,522 | Mitsubishi | 2017-03-25 |
| 130 | US | 6,167,022 | Matsushita | 2017-10-27 |
|  | DE | 973,157 | Matsushita | 2017-10-24 |
|  | FR | 973,157 | Matsushita | 2017-10-24 |
|  | GB | 973,157 | Matsushita | 2017-10-24 |
| 131 | US | 6,172,961 | Toshiba | 2018-05-27 |
| 132 | US | 6,172,962 | Matsushita | 2018-12-15 |
| 133 | US | 6,175,541 | Matsushita | 2019-07-13 |
| 134 | US | 6,175,629 | Matsushita | 2016-05-16 |
| 135 | US | 6,181,870 | Matsushita | 2018-09-17 |
| 136 | US | 6,188,656 | Matsushita | 2019-07-13 |
| 137 | US | 6,208,603 | Matsushita | 2017-02-7 |
| 138 | US | 6,208,736 | Matsushita | 2016-05-16 |
|  | DE | 1,005,035 | Matsushita | 2016-05-15 |
|  | FR | 1,005,035 | Matsushita | 2016-05-15 |
|  | GB | 1,005,035 | Matsushita | 2016-05-15 |
| 139 | US | 6,212,142 | Matsushita | 2019-07-13 |
| 140 | US | 6,215,746 | Toshiba | 2019-08-3 |
| 141 | US | 6,229,784 | Mitsubishi | 2013-09-29 |
| 142 | US | 6,229,896 | Matsushita | 2016-05-16 |
| 143 | US | 6,229,955 | Matsushita | 2018-09-17 |
| 144 | US | 6,246,663 | Matsushita | 2017-01-10 |
| 145 | US | 6,259,858 | Toshiba | 2019-12-15 |
| 146 | US | 6,266,483 | Matsushita | 2019-10-12 |
| 147 | US | 6,272,286 | Matsushita | 2020-07-7 |
| 148 | US | 6,285,762 | Matsushita | 2016-05-16 |
| 149 | US | 6,285,764 | Matsushita | 2016-05-16 |
| 150 | US | 6,285,827 | Matsushita | 2018-09-17 |
| 151 | US | 6,308,005 | Toshiba | 2019-05-14 |
| 152 | JP | 1,678,403 | Matsushita | 2002-08-10 |
| 153 | JP | 1,680,103 | Hitachi | 2001-08-21 |
| 154 | JP | 1,771,375 | Hitachi | 2003-08-20 |
| 155 | JP | 1,853,783 | Matsushita | 2001-10-20 |
| 156 | JP | 1,950,909 | Hitachi | 2002-06-4 |
| 157 | JP | 1,956,987 | Matsushita | 2004-06-19 |
| 158 | JP | 1,982,419 | Hitachi | 2004-07-31 |
| 159 | JP | 2,026,348 | Matsushita | 2004-10-1 |
| 160 | JP | 2,087,196 | JVC | 2009-08-30 |
| 161 | JP | 2,118,506 | Hitachi | 2002-07-21 |
| 162 | JP | 2,138,621 | JVC | 2008-04-8 |
| 163 | JP | 2,141,267 | Hitachi | 2005-05-11 |
| 164 | JP | 2,523,159 | Hitachi | 2008-05-30 |
| 165 | JP | 2,532,906 | JVC | 2008-02-8 |
| 166 | JP | 2,541,847 | JVC | 2009-01-11 |
| 167 | JP | 2,580,820 | JVC | 2010-02-17 |
| 168 | JP | 2,591,029 | JVC | 2008-03-3 |
| 169 | JP | 2,591,030 | JVC | 2008-03-3 |
| 170 | JP | 2,600,638 | Hitachi | 2006-10-24 |

2004/6/1

| | | | | |
|---|---|---|---|---|
| 171 | JP | 2,616,596 | Matsushita | 2011-04-19 |
| 172 | JP | 2,638,248 | Matsushita | 2010-03-15 |
| 173 | JP | 2,650,263 | Matsushita | 2007-07-15 |
| 174 | JP | 2,663,817 | Matsushita | 2012-12-2 |
| 175 | JP | 2,669,414 | Matsushita | 2003-12-6 |
| 176 | JP | 2,687,928 | Hitachi | 2002-07-21 |
| 177 | JP | 2,697,555 | Matsushita | 2013-05-26 |
| 178 | JP | 2,702,907 | Hitachi | 2005-06-19 |
| 179 | JP | 2,704,107 | Toshiba | 2014-01-19 |
| 180 | JP | 2,715,674 | Matsushita | 2011-02-7 |
| 181 | JP | 2,720,875 | Hitachi | 2002-07-21 |
| 182 | JP | 2,723,832 | Matsushita | 2015-06-6 |
| 183 | JP | 2,730,675 | Matsushita | 2003-12-6 |
| 184 | JP | 2,784,229 | Hitachi | 2009-12-29 |
| 185 | JP | 2,786,810 | Toshiba | 2014-03-16 |
| 186 | JP | 2,788,022 | Hitachi | 2005-02-14 |
| 187 | JP | 2,788,789 | Matsushita | 2016-02-16 |
| 188 | JP | 2,802,102 | Hitachi | 2009-06-27 |
| 189 | JP | 2,809,043 | JVC | 2013-03-23 |
| 190 | JP | 2,810,028 | Toshiba | 2016-04-11 |
| 191 | JP | 2,810,031 | Toshiba | 2017-04-3 |
| 192 | JP | 2,816,120 | Toshiba | 2015-10-13 |
| 193 | JP | 2,826,493 | Hitachi | 2015-11-20 |
| 194 | JP | 2,835,321 | Toshiba | 2014-01-19 |
| 195 | JP | 2,856,390 | Hitachi | 2017-02-6 |
| 196 | JP | 2,863,052 | Matsushita | 2013-03-15 |
| 197 | JP | 2,864,950 | JVC | 2013-06-30 |
| 198 | JP | 2,875,999 | Hitachi | 2015-11-20 |
| 199 | JP | 2,898,886 | Matsushita | 2014-09-20 |
| 200 | JP | 2,904,140 | Matsushita | 2010-03-15 |
| 201 | JP | 2,924,880 | JVC | 2013-03-23 |
| 202 | JP | 2,927,163 | JVC | 2013-11-30 |
| 203 | JP | 2,932,950 | JVC | 2014-09-29 |
| 204 | JP | 2,954,083 | Toshiba | 2017-05-1 |
| 205 | JP | 2,954,128 | Toshiba | 2017-05-1 |
| 206 | JP | 2,954,129 | Toshiba | 2017-05-1 |
| 207 | JP | 2,954,130 | Toshiba | 2017-05-1 |
| 208 | JP | 2,954,132 | Toshiba | 2017-05-1 |
| 209 | JP | 2,954,133 | Toshiba | 2017-05-1 |
| 210 | JP | 2,954,135 | Toshiba | 2017-05-1 |
| 211 | JP | 2,996,122 | Hitachi | 2015-02-20 |
| 212 | JP | 2,996,123 | Hitachi | 2015-02-20 |
| 213 | JP | 2,996,125 | Hitachi | 2015-03-6 |
| 214 | JP | 2,997,467 | Matsushita | 2018-12-7 |
| 215 | JP | 2,997,468 | Matsushita | 2018-12-7 |
| 216 | JP | 3,001,076 | JVC | 2013-08-31 |
| 217 | JP | 3,001,077 | JVC | 2013-08-31 |
| 218 | JP | 3,024,120 | Matsushita | 2015-04-20 |
| 219 | JP | 3,024,625 | Hitachi | 2018-01-21 |
| 220 | JP | 3,024,626 | Hitachi | 2018-02-13 |

| 221 | JP | 3,024,635 | Hitachi | 2018-07-23 |
| 222 | JP | 3,024,649 | Hitachi | 2015-02-20 |
| 223 | JP | 3,024,650 | Hitachi | 2015-03-6 |
| 224 | JP | 3,025,500 | Matsushita | 2016-02-16 |
| 225 | JP | 3,025,501 | Matsushita | 2016-02-16 |
| 226 | JP | 3,026,808 | Matsushita | 2018-09-4 |
| 227 | JP | 3,026,809 | Matsushita | 2018-09-4 |
| 228 | JP | 3,026,810 | Matsushita | 2018-09-4 |
| 229 | JP | 3,027,818 | Mitsubishi | 2015-12-1 |
| 230 | JP | 3,028,517 | Matsushita | 2018-09-4 |
| 231 | JP | 3,029,835 | Matsushita | 2019-08-4 |
| 232 | JP | 3,029,836 | Matsushita | 2019-08-4 |
| 233 | JP | 3,029,837 | Matsushita | 2019-08-4 |
| 234 | JP | 3,030,303 | Mitsubishi | 2016-02-15 |
| 235 | JP | 3,031,241 | Matsushita | 2016-05-17 |
| 236 | JP | 3,031,379 | Matsushita | 2017-10-6 |
| 237 | JP | 3,031,380 | Matsushita | 2017-10-6 |
| 238 | JP | 3,031,381 | Matsushita | 2017-10-6 |
| 239 | JP | 3,031,382 | Matsushita | 2017-10-6 |
| 240 | JP | 3,033,063 | Matsushita | 2016-12-26 |
| 241 | JP | 3,033,513 | JVC | 2008-04-8 |
| 242 | JP | 3,033,557 | Hitachi | 2018-04-28 |
| 243 | JP | 3,034,268 | Hitachi | 2010-02-19 |
| 244 | JP | 3,035,869 | Matsushita | 2016-04-18 |
| 245 | JP | 3,039,545 | Matsushita | 2016-05-17 |
| 246 | JP | 3,039,546 | Matsushita | 2016-05-17 |
| 247 | JP | 3,039,547 | Matsushita | 2016-05-17 |
| 248 | JP | 3,039,548 | Matsushita | 2016-05-17 |
| 249 | JP | 3,039,549 | Matsushita | 2016-05-17 |
| 250 | JP | 3,040,779 | Matsushita | 2019-09-7 |
| 251 | JP | 3,042,507 | Hitachi | 2018-07-31 |
| 252 | JP | 3,042,780 | Matsushita | 2016-05-15 |
| 253 | JP | 3,044,023 | Matsushita | 2018-12-7 |
| 254 | JP | 3,050,311 | Matsushita | 2018-09-17 |
| 255 | JP | 3,050,317 | Matsushita | 2018-09-17 |
| 256 | JP | 3,059,026 | Matsushita | 2013-07-15 |
| 257 | JP | 3,059,168 | Matsushita | 2017-02-7 |
| 258 | JP | 3,059,169 | Matsushita | 2017-02-7 |
| 259 | JP | 3,059,172 | Matsushita | 2013-07-15 |
| 260 | JP | 3,061,802 | Mitsubishi | 2015-12-1 |
| 261 | JP | 3,062,500 | Matsushita | 2017-02-7 |
| 262 | JP | 3,062,501 | Matsushita | 2017-02-7 |
| 263 | JP | 3,063,596 | Mitsubishi | 2015-11-24 |
| 264 | JP | 3,063,598 | Mitsubishi | 2015-12-1 |
| 265 | JP | 3,063,613 | Mitsubishi | 2016-03-25 |
| 266 | JP | 3,063,641 | Mitsubishi | 2016-10-2 |
| 267 | JP | 3,063,765 | Matsushita | 2017-10-6 |
| 268 | JP | 3,068,093 | Matsushita | 2019-07-30 |
| 269 | JP | 3,068,095 | Matsushita | 2019-08-4 |
| 270 | JP | 3,068,096 | Matsushita | 2019-08-4 |

2004/6/1

| # | Country | Patent No. | Assignee | Date |
|---|---|---|---|---|
| 271 | JP | 3,068,102 | Matsushita | 2019-08-4 |
| 272 | JP | 3,068,103 | Matsushita | 2019-08-4 |
| 273 | JP | 3,069,338 | Matsushita | 2018-12-14 |
| 274 | JP | 3,069,722 | Matsushita | 2014-06-13 |
| 275 | JP | 3,069,737 | Matsushita | 2014-06-13 |
| 276 | JP | 3,070,467 | Mitsubishi | 2016-02-15 |
| 277 | JP | 3,071,828 | Toshiba/Matsushita | 2016-04-8 |
| 278 | JP | 3,073,204 | Matsushita | 2017-04-15 |
| 279 | JP | 3,073,205 | Matsushita | 2017-04-15 |
| 280 | JP | 3,073,744 | Mitsubishi | 2016-04-15 |
| 281 | JP | 3,073,746 | Mitsubishi | 2016-10-2 |
| 282 | JP | 3,075,477 | Matsushita | 2019-03-8 |
| 283 | JP | 3,076,033 | Matsushita | 2019-07-1 |
| 284 | JP | 3,076,036 | Matsushita | 2019-07-1 |
| 285 | JP | 3,076,037 | Matsushita | 2019-07-1 |
| 286 | JP | 3,076,038 | Matsushita | 2019-07-1 |
| 287 | JP | 3,078,686 | Mitsubishi | 2013-09-24 |
| 288 | JP | 3,080,902 | Toshiba | 2017-05-27 |
| 289 | JP | 3,082,699 | JVC | 2008-04-8 |
| 290 | JP | 3,085,534 | Matsushita | 2019-09-3 |
| 291 | JP | 3,085,536 | Mitsubishi | 2013-09-24 |
| 292 | JP | 3,085,537 | Matsushita | 2019-09-3 |
| 293 | JP | 3,085,538 | Mitsubishi | 2016-02-15 |
| 294 | JP | 3,089,599 | Matsushita | 2016-05-15 |
| 295 | JP | 3,089,600 | Matsushita | 2016-05-15 |
| 296 | JP | 3,090,111 | JVC | 2013-03-31 |
| 297 | JP | 3,090,316 | Matsushita | 2020-01-31 |
| 298 | JP | 3,090,317 | Matsushita | 2020-01-31 |
| 299 | JP | 3,090,318 | Matsushita | 2020-01-31 |
| 300 | JP | 3,090,319 | Matsushita | 2020-01-31 |
| 301 | JP | 3,090,320 | Matsushita | 2020-01-31 |
| 302 | JP | 3,090,321 | Matsushita | 2020-01-31 |
| 303 | JP | 3,090,322 | Matsushita | 2020-01-31 |
| 304 | JP | 3,090,660 | Matsushita | 2020-01-31 |
| 305 | JP | 3,090,661 | Matsushita | 2017-04-15 |
| 306 | JP | 3,090,662 | Matsushita | 2017-04-15 |
| 307 | JP | 3,092,510 | Mitsubishi | 2016-04-15 |
| 308 | JP | 3,092,707 | Matsushita | 2017-10-20 |
| 309 | JP | 3,092,708 | Matsushita | 2017-10-20 |
| 310 | JP | 3,097,849 | Matsushita | 2017-04-21 |
| 311 | JP | 3,097,850 | Matsushita | 2017-04-21 |
| 312 | JP | 3,097,851 | Matsushita | 2017-04-21 |
| 313 | JP | 3,097,916 | Matsushita | 2016-05-15 |
| 314 | JP | 3,097,917 | Matsushita | 2016-05-15 |
| 315 | JP | 3,097,918 | Matsushita | 2017-09-30 |
| 316 | JP | 3,097,959 | Matsushita | 2019-08-4 |
| 317 | JP | 3,098,011 | Matsushita | 2019-08-4 |
| 318 | JP | 3,098,237 | Matsushita | 2017-09-30 |
| 319 | JP | 3,099,009 | Matsushita | 2019-09-13 |
| 320 | JP | 3,099,010 | Matsushita | 2019-09-13 |

2004/6/1

| Ref. No. | Country | Patent No. | Patentee | Expiry Date |
|---|---|---|---|---|
| 321 | JP | 3,107,297 | Hitachi | 2008-03-10 |
| 322 | JP | 3,108,070 | Matsushita | 2018-09-17 |
| 323 | JP | 3,108,072 | Matsushita | 2018-09-17 |
| 324 | JP | 3,108,074 | Matsushita | 2018-12-15 |
| 325 | JP | 3,108,075 | Matsushita | 2018-12-15 |
| 326 | JP | 3,119,655 | Matsushita | 2020-02-14 |
| 327 | JP | 3,119,656 | Matsushita | 2020-02-14 |
| 328 | JP | 3,127,884 | JVC | 2013-03-16 |
| 329 | JP | 3,128,220 | Matsushita | 2020-03-3 |
| 330 | JP | 3,129,419 | JVC | 2011-10-29 |
| 331 | JP | 3,137,624 | Matsushita | 2020-02-14 |
| 332 | JP | 3,137,626 | Matsushita | 2020-02-29 |
| 333 | JP | 3,143,454 | Matsushita | 2016-05-15 |
| 334 | JP | 3,143,455 | Matsushita | 2016-05-15 |
| 335 | JP | 3,150,136 | Matsushita | 2020-03-30 |
| 336 | JP | 3,152,651 | Matsushita | 2019-10-7 |
| 337 | JP | 3,152,653 | Matsushita | 2019-10-7 |
| 338 | JP | 3,152,654 | Matsushita | 2019-10-7 |
| 339 | JP | 3,154,703 | Matsushita | 2020-03-3 |
| 340 | JP | 3,159,692 | Matsushita | 2020-03-30 |
| 341 | JP | 3,162,044 | Matsushita | 2020-07-10 |
| 342 | JP | 3,162,045 | Matsushita | 2020-07-10 |
| 343 | JP | 3,162,046 | Matsushita | 2020-07-10 |
| 344 | JP | 3,162,047 | Matsushita | 2020-07-10 |
| 345 | JP | 3,162,048 | Matsushita | 2020-07-10 |
| 346 | JP | 3,162,049 | Matsushita | 2020-07-10 |
| 347 | JP | 3,162,050 | Matsushita | 2020-07-10 |
| 348 | JP | 3,162,051 | Matsushita | 2020-07-10 |
| 349 | JP | 3,162,052 | Matsushita | 2020-07-10 |
| 350 | JP | 3,162,053 | Matsushita | 2020-07-10 |
| 351 | JP | 3,162,054 | Matsushita | 2020-07-10 |
| 352 | JP | 3,164,107 | Hitachi | 2019-07-5 |
| 353 | JP | 3,167,289 | Matsushita | 2015-06-6 |
| 354 | JP | 3,167,302 | Matsushita | 2015-06-6 |
| 355 | JP | 3,169,365 | Matsushita | 2020-05-22 |
| 356 | JP | 3,169,366 | Matsushita | 2020-04-26 |
| 357 | JP | 3,173,509 | Matsushita | 2020-05-22 |
| 358 | JP | 3,173,604 | Matsushita | 2020-05-22 |
| 359 | JP | 3,173,605 | Matsushita | 2020-05-22 |
| 360 | JP | 3,173,607 | Matsushita | 2020-05-22 |

V [List of DVD Recordable Disc Case Patents]

| Ref. No. | Country | Patent No. | Patentee | Expiry Date |
|---|---|---|---|---|
| 1 | US | 6,014,365 | Toshiba | 2016-10-11 |
| 2 | JP | 1,678,403 | Matsushita | 2002-08-10 |
| 3 | JP | 1,771,375 | Hitachi | 2003-08-20 |

2004/6/1

| 4  | JP | 1,950,909 | Hitachi    | 2002-06-4  |
|----|----|-----------|------------|------------|
| 5  | JP | 1,982,419 | Hitachi    | 2004-07-31 |
| 6  | JP | 2,141,267 | Hitachi    | 2005-05-11 |
| 7  | JP | 2,669,414 | Matsushita | 2003-12-6  |
| 8  | JP | 2,730,675 | Matsushita | 2003-12-6  |
| 9  | JP | 2,816,120 | Toshiba    | 2015-10-13 |
| 10 | JP | 2,898,886 | Matsushita | 2014-09-20 |
| 11 | JP | 2,996,122 | Hitachi    | 2015-02-20 |
| 12 | JP | 2,996,123 | Hitachi    | 2015-02-20 |
| 13 | JP | 2,996,125 | Hitachi    | 2015-03-6  |
| 14 | JP | 2,997,467 | Matsushita | 2018-12-7  |
| 15 | JP | 2,997,468 | Matsushita | 2018-12-7  |
| 16 | JP | 3,024,625 | Hitachi    | 2018-01-21 |
| 17 | JP | 3,024,626 | Hitachi    | 2018-02-13 |
| 18 | JP | 3,024,635 | Hitachi    | 2018-07-23 |
| 19 | JP | 3,024,649 | Hitachi    | 2015-02-20 |
| 20 | JP | 3,024,650 | Hitachi    | 2015-03-6  |
| 21 | JP | 3,031,241 | Matsushita | 2016-05-17 |
| 22 | JP | 3,033,063 | Matsushita | 2016-12-26 |
| 23 | JP | 3,033,557 | Hitachi    | 2018-04-28 |
| 24 | JP | 3,039,545 | Matsushita | 2016-05-17 |
| 25 | JP | 3,039,546 | Matsushita | 2016-05-17 |
| 26 | JP | 3,039,547 | Matsushita | 2016-05-17 |
| 27 | JP | 3,039,548 | Matsushita | 2016-05-17 |
| 28 | JP | 3,039,549 | Matsushita | 2016-05-17 |
| 29 | JP | 3,042,507 | Hitachi    | 2018-07-31 |
| 30 | JP | 3,044,023 | Matsushita | 2018-12-7  |
| 31 | JP | 3,085,534 | Matsushita | 2019-09-3  |
| 32 | JP | 3,085,537 | Matsushita | 2019-09-3  |

2004/6/1

<u>Exhibit 3</u>
## DVD PATENT LICENSE CONDITIONS

<u>Article 1</u>
Definitions

1.1 "Agreement" shall mean the DVD Patent License Agreement to which these Conditions are Exhibit 3.

1.2 "DVD Standard Specifications" shall mean the specifications of the DVD Systems as agreed upon by the DVD Patent Licensing Group and others and as specified in the following documents and their respective revisions or successive modified, amended or extended versions thereof, as may be issued by the DVD Patent Licensing Group and others from time to time for DVD Products:

(i) DVD Specifications for Read-Only Disc including DVD-ROM v. 1.04, DVD-Video v. 1.1, and DVD-Audio v. 1.2;

(ii) DVD Specifications for Recordable Disc, including DVD-R (3.9G) v. 1.0, DVD-R for General v. 2.1 and DVD-R for Authoring v. 2.0;

(iii) DVD Specifications for Rewritable Disc, including DVD-RAM (2.6G) v. 1.1, and DVD-RAM (4.7G) v. 2.1;

(iv) DVD Specifications for Re-recordable Disc v. 1.1 including DVD-RW v. 1.1; and

(v) DVD Specifications for Rewritable/Re-recordable Discs, including DVD Video Recording v. 1.1.

1.3 "DVD Patents" shall mean all patents owned by members of the Group, now, or hereafter during the term of this Agreement, that are Essential to make, use or sell DVD Products. Such DVD Patents shall not include MPEG-2 data compression patents that may be applicable to DVD Products, or "CSS" (Content Scramble System) patents, "CPPM" (Copyright Protection for Pre-recorded Media) patents, or "CPRM" (Copyright Protection for Recordable Media) patents which are designed to provide reasonable protection for the contents of DVD discs. The currently issued DVD Patents are listed in Exhibit 2, which Exhibit 2 may be amended from time to time by Licensor to incorporate DVD Patents issued during the term of this Agreement.

1.4 "Essential" with respect to the definition of DVD Patents shall mean necessarily infringed when implementing the DVD Standard

Specifications or claiming technologies for which there is no realistic alternative in implementing the DVD Standard Specifications.

1.5 **"DVD-Video Disc, DVD-ROM Disc and DVD-Audio Disc"** (collectively, "DVD Read-Only Discs") shall mean any replicated disc comprising any kind of information such as, but not limited to, audio, video, text and data-related information, encoded in digital form, that is optically readable by a DVD Player, that conforms to the DVD Standard Specifications and that practices a DVD Patent or with respect to which use or manufacture thereof practices a DVD Patent.

1.6 **"DVD-Video Player, DVD-ROM Drive and DVD-Audio Player"** (collectively, "DVD Players") shall mean a playback device conforming to the DVD Standard Specifications that is specifically designed and manufactured for the reproduction of information stored on a DVD Read-Only Disc and/or DVD Recordable Disc and conversion of such information into electrical signals, which electrical signals are directly capable and intended to be used for audio, video, text and/or data-related information, and that practices a DVD Patent or with respect to which use or manufacture thereof practices a DVD Patent.

1.7 **"DVD Decoder"** shall mean a decoder implemented in hardware or software capable of receiving and decoding transmissions from a DVD-ROM Drive, DVD-RAM Drive, DVD-RW Drive, DVD Video Recorder or DVD-R Drive over a computer system bus and that conforms to the DVD Standard Specifications and practices a DVD Patent or with respect to which use or manufacture thereof practices a DVD Patent.

1.8 **"DVD Product"** shall mean a DVD Decoder, DVD Encoder, DVD Player, DVD Read-Only Disc, DVD Recordable Disc, Case, or DVD Recorder.

1.9 **"DVD-RAM Disc, DVD-RW Disc, and DVD-R Disc"** (collectively, "DVD Recordable Disc") shall mean any disc that is optically readable, recordable, rewritable and/or re-recordable of any kind of information such as, but not limited to, audio, video, text, and/or data-related information, encoded in digital form by a DVD Player or DVD Recorder, that conforms to the DVD Standard Specifications and that practices a DVD Patent or with respect to which use or manufacture thereof practices a DVD Patent.

1.10 **"DVD-RAM Drive, DVD-RW Drive, DVD-R Drive, and DVD Video Recorder"** (collectively, "DVD Recorder") shall mean a playback and recording device conforming to the DVD Standard Specifications that is specifically designed and manufactured for the recordation and

reproduction of information onto a DVD Recordable Disc and conversion of such information into electrical signals, which electrical signals are directly capable and intended to be used for audio, video, text and/or data-related information, and that practices a DVD Patent or with respect to which use or manufacture thereof practices a DVD Patent.

1.11 "DVD Encoder" shall mean an encoder implemented in hardware or software capable of encoding audio, video, text and/or data-related information for recording on DVD-Recordable Disc through a computer system bus and that conforms to the DVD Standard Specifications and practices a DVD Patent or with respect to which use or manufacture thereof practices a DVD Patent.

1.12 "Case" shall mean the housing for a DVD Recordable Disc that protects the disc and facilitates disc interchange, as defined in the DVD Standard Specifications and practices a DVD Patent or with respect to which use or manufacture thereof practices a DVD Patent.

1.13 "Affiliate" shall mean, with respect to either party hereto, any corporation, firm, partnership, proprietorship, or other form of business entity, in whatever country organized or resident, directly or indirectly controlled by such party. For the purpose of this definition, "control" shall mean the power to direct or cause the direction of the management or policies of such entity, directly or indirectly, whether through the ownership of voting securities, by contract or otherwise.

## Article 2
## Payment

2.1 In consideration of the releases granted under Article 2.3 of this DVD PATENT LICENSE AGREEMENT, Licensee shall pay to Licensor, within thirty (30) days after the Effective Date of this Agreement, US$ __Nil__ , which shall be calculated by applying the royalty rates specified in Articles 2.3, 2.4, 2.5 and 2.6 to the number of DVD Products sold by Licensee and its Affiliates prior to the Effective Date of this Agreement.

2.2 Licensee shall be obligated to pay royalties to Licensor on all DVD Products it and its Affiliates sell or otherwise transfer. Royalties shall accrue and be payable as follows:

2.3 With respect to DVD Read-Only Discs, the royalty payable shall be US $0.075 per disc made, sold or otherwise transferred, as may be applicable.

With respect to DVD-Video Disc and DVD-ROM Disc, the

royalty payable shall be reduced to US$0.065 per disc sold or otherwise transferred on or after January 1, 2002, and to US$0.05 per DVD disc sold or otherwise transferred on or after January 1, 2004. With respect to DVD-Audio Disc, the royalty shall be reduced to US$0.05 per disc sold or otherwise transferred on or after January 1, 2004.

2.4 With respect to DVD Players, the royalty payable shall be 4% of the Net Selling Price (hereinafter defined) of the DVD Player, or US$4.00 per DVD Player, whichever is greater. Notwithstanding the foregoing, the royalty shall not be greater than US$8.00 per DVD Player sold or otherwise transferred on or after January 1, 2003. With respect to DVD Decoders (without an encoding function), the royalty payable shall be 4% of the Net Selling Price of the DVD Decoder, or US$1.00 per DVD Decoder, whichever is greater.

2.5 With respect to DVD Recorders including DVD-RAM Drive, DVD-RW Drive, DVD-R Drive and DVD Video Recorder, the royalty shall be 4% of the Net Selling Price of the DVD Recorder, or U.S. $6.00 per DVD Recorder, whichever is greater. With respect to DVD Encoders, including DVD Encoders with decoding function, the royalty shall be 4% of the Net Selling Price of the DVD Encoder, or U.S. $1.50 per DVD Encoder, whichever is greater.

2.6 With respect to DVD Recordable Disc and Case, the royalty shall be as follows:

    2.6.1    For a DVD Recordable Disc (without a Case), the greater of (a) 4% per disc based on Net Selling Price, or (b) US$0.075 per DVD Recordable Disc.

    2.6.2    For a Case sold separately from any DVD Recordable Disc, the greater of (a) 4% per Case based on Net Selling Price, or (b) US$0.005 per Case.

    2.6.3    For a DVD Recordable Disc sold with a Case, the greater of (a) 4% per disc/Case combination based on Net Selling Price, or (b) US$0.08 per disc/Case combination.

2.7 The royalty shall accrue when the DVD Product is invoiced, or if not invoiced, when ownership or possession is transferred to another party.

2.8  With respect to DVD Products sold by Licensee or its Affiliates to any third party in arm's length trade, Net Selling Price shall mean gross sales price less normal discounts actually granted, insurance fees and packing and transportation charges as invoiced to customers, and duties and sales taxes actually incurred and paid by Licensee or its Affiliates in connection with the delivery of such DVD Products.

2.8.1  With respect to DVD Products sold by Licensee or its Affiliates to customers who do not deal at arm's length with Licensee or its Affiliates, Net Selling Price shall mean the average Net Selling Price of the prior three (3) months as defined above for similar DVD Products sold at arm's length trade with third party customers.

2.8.2  All royalties payable with respect to DVD Products shall be paid to Licensor in U.S. dollars.

2.9  If a DVD-ROM Drive, DVD Decoder, DVD Recorder or DVD Encoder is incorporated into a subsequently manufactured personal computer, then a royalty shall be due on such DVD-ROM Drive, DVD Decoder, DVD Recorder or DVD Encoder only and not on the personal computer.  If more than one of a DVD-ROM Drive, DVD Decoder, DVD Recorder or DVD Encoder are incorporated into a subsequently manufactured personal computer, a royalty shall be due on each DVD-ROM Drive, DVD Decoder, DVD Recorder or DVD Encoder.

2.10  Royalties are due only on (i) DVD Players (including, without limitation, DVD-ROM Drives), DVD Recorders (including, without limitation, DVD-RAM Drive, DVD-RW Drive, DVD-R Drive and DVD-Video Recorder), DVD Decoders, DVD Encoders, DVD Read-Only Discs, or DVD Recordable Discs that are ready to be used by the consumer without any further manufacturing, and (ii) DVD-ROM Drives, DVD-RAM Drives, DVD-RW Drives, DVD-R Drives, DVD Video Recorders, DVD Decoders and DVD Encoders that are not ready to be used by the consumer but are incorporated into personal computers by subsequent manufacturers (collectively, (i) and (ii), "Ready-To-Use Products").  A first manufacturer shall pay a royalty on Ready-to-Use Products that are then sold to a second manufacturer for incorporation into a personal computer.  The second manufacturer shall be relieved from paying any royalty beyond that due from and paid by the first manufacturer on the product.

2.11 With respect to combination DVD Products, the royalty payable for a single product (a) into which a DVD Player and/or DVD Recorder is

incorporated by Licensee or Licensee's Affiliates and (b) which consists of such DVD Player and/or DVD Recorder and one (1) or more non-DVD Player or non-DVD Recorder product(s) or component(s) ("Non-DVD Product") (each such single product, a "Combination Product") shall be the greater of (a) U.S. $4.00 for a DVD Player or U.S. $6.00 for a DVD Recorder or (b) 4% of the amount calculated under sub-clause (1) or (2) below:

(1) in the event that a DVD Recorder or DVD Player incorporated into a Combination Product is substantially similar to a DVD Recorder or DVD Player that Licensee or Licensee's Affiliates manufacture and sell independently of the Combination Product, the Net Selling Price of such independently sold, substantially similar DVD Recorder or DVD Player; or

(2) in the event that sub-clause (1) does not apply, the product of the following formula:

$$NSP \times [A + C \times \{A / (A + B)\}] / (A+B+C)$$

where
$A =$ the material cost of a DVD Player or DVD Recorder incorporated in a Combination Product;
$B =$ the material cost of a Non-DVD Product incorporated in such Combination Product;
$C =$ the material cost of the portion of such Combination Product that is common to such DVD Player or DVD Recorder and such Non-DVD Product, including, without limitation, the power supply and cabinet; and
$NSP =$ the Net Selling Price of such Combination Product.

2.12   Upon termination of this Agreement, royalties shall be due and payable with respect to all DVD Products made by, or made for, Licensee but not yet sold or transferred.

2.13   Within forty-five (45) days after June 30 and December 31 of each year during the period this Agreement shall be in force and effect, Licensee hereby undertakes to submit to Licensor, even if it makes no sales of DVD Products, a statement in writing setting forth with respect to the preceding semiannual period:

(1) The quantities of DVD Products manufactured (or manufactured for) and sold by Licensee and its Affiliates, for each product type

of DVD Products; and

(2)  the trademarks or trade names used on or in connection with the DVD Products sold, if any; and

(3)  a computation of the royalties due under this Agreement.

Licensee shall pay Licensor in the manner and to the account Licensor may indicate, and within ninety (90) days after the end of each semiannual period, the royalty due hereunder. All royalties shall be calculated and paid, exclusive of any taxes or other levies (except withholding taxes imposed by the governing body of Licensee's domicile), which shall be borne by Licensee. With respect to withholding taxes imposed by the governing body of Licensee's domicile, Licensee shall pay such taxes and shall be entitled to deduct such taxes from royalties paid, so long as Licensee provides Licensor with a tax certificate (or equivalent document) evidencing such payment and/or obligation. Licensee covenants to pay such taxes in a timely and lawful manner.

2.14  All payments which are not made on the due date specified in this Agreement shall accrue interest at the rate of two percent (2%) per month.

2.15  Licensee agrees to keep accurate books with respect to sales, other transfers, and royalties, and to permit Licensor to audit those books no more than once annually. Such audits may cover the three year period preceding the audit. Such audits shall be conducted by an independent auditor hired by Licensor, and the costs thereof shall be borne by Licensor, except that if any such audit should reveal an underpayment of royalties due hereunder of greater than 3% for any period audited, Licensee shall bear the costs of such audit, as well as pay the discrepancy.

### Article 3
### Limitation on License Grant

Notwithstanding anything to the contrary in Section 2.1 of this Agreement or any other provision of this Agreement or of the Exhibits to this Agreement, no licenses are granted under this Agreement for the sale, or other disposition of either (a) DVD Products that are not Ready-to-Use Products or (b) DVD-ROM Drives, DVD Recorders, DVD Decoders or DVD Encoders that will ultimately be incorporated into DVD Products other than personal computers. DVD-ROM Drives, DVD Recorders, DVD Decoders or DVD Encoders that will ultimately be incorporated into DVD Products other than personal computers shall only be manufactured subject to licenses granted to the manufacturers of such DVD Products (including, as applicable, subject to such

manufacturers' "have made" rights under such licenses); therefore the royalty shall be due on such subsequently manufactured DVD Product. If, for any reason, a royalty is paid for such a DVD-ROM Drive, DVD Recorder, DVD Decoder or DVD Encoder, the manufacturer of such subsequently manufactured DVD Product shall be entitled to subtract a credit for any royalty already paid (and not refunded) on such DVD-ROM Drive, DVD Recorder, DVD Encoder or DVD-Decoder.

## Article 4
## Confidentiality

Licensee and Licensee's Affiliates and Licensor agree that the royalty reports required under Article 2.13 of this Exhibit 3, including competitively sensitive information such as sales volume and selling prices of particular models of DVD Products contained in such royalty reports, shall be deemed Licensee's "Confidential Information" and shall be sent only to employees of Licensor who are involved in licensing and accounting activities and who are not involved in the business of selling or developing DVD Products. Such Confidential Information shall be kept confidential by said employees and shall not be disclosed by Licensor or its employees to members of the DVD Patent Licensing Group or to third parties to this Agreement. Notwithstanding the foregoing, Licensee agrees that members of the DVD Patent Licensing Group may have access to the information contained in such reports regarding the names of licensees, categories and model numbers of licensed products, total quantities of sales of such products and total royalties due under this Agreement.