N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOSHIBA CORPORATION,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| v.           ) | C.A. No. 05-757-KAJ |
| ) | |
| CYBERHOME ENTERTAINMENT, INC. ) | |
| ) | |
| Defendant.           ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff, Toshiba Corporation ("Toshiba"), and counsel for Defendant, Cyberhome Entertainment, Inc. ("Cyberhome"), subject to the approval of the Court, that the time by which Toshiba shall respond to Cyberhome's motion to dismiss or transfer venue or alternatively to stay the case (D.I. 8) is hereby extended to and including January 13, 2006.

| | |
|---|---|
| ASHBY & GEDDES | YOUNG, CONAWAY, STARGATT & TAYLOR |
| | |
| /s/ Lauren E. Maguire | /s/ John W. Shaw |
| Steven J. Balick (I.D. #2114) | John W. Shaw (I.D. #3362) |
| John G. Day (I.D. #2403) | The Brandywine Building |
| Lauren E. Maguire (I.D. #4261) | 1000 West Street, 17th Floor |
| 222 Delaware Avenue, 17th Floor | P.O. Box 391 |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | 302-571-6600 |
| 302-654-1888 | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

165333.1