IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOSHIBA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-757-KAJ |
| ) | |
| CYBERHOME ENTERTAINMENT, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which Toshiba shall respond to Cyberhome's motion to dismiss or transfer venue, or alternatively to stay the case (D.I. 8), is extended through and including January 18, 2006.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
*Attorneys for Plaintiff*

YOUNG, CONAWAY, STARGATT &
    TAYLOR

*/s/ John W. Shaw*
_____
John W. Shaw (I.D. #3362)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
302-571-6600
*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

165605.1