IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOSHIBA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 05-757-KAJ |
| | ) |
| CYBERHOME ENTERTAINMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which Toshiba shall respond to Cyberhome's motion to dismiss or transfer venue, or alternatively to stay the case (D.I. 8), is extended through and including January 25, 2006.


ASHBY & GEDDES                                YOUNG, CONAWAY, STARGATT &
                                                                TAYLOR

*/s/ Steven J. Balick*                                  */s/ John W. Shaw*
_____        _____
Steven J. Balick (I.D. #2114)                  John W. Shaw (I.D. #3362)
John G. Day (I.D. #2403)                       The Brandywine Building
Lauren E. Maguire (I.D. #4261)             1000 West Street, 17th Floor
222 Delaware Avenue, 17th Floor          P.O. Box 391
P.O. Box 1150                                         Wilmington, DE 19899
Wilmington, DE 19899                          302-571-6600
302-654-1888                                         *Attorneys for Defendant*
*Attorneys for Plaintiff*


SO ORDERED this _____ day of _____, 2006.


_____
United States District Judge

165765.1