IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TOSHIBA CORPORATION,                    )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )        C.A. No. 05-757-KAJ
                                        )
CYBERHOME ENTERTAINMENT, INC.,          )
                                        )
                    Defendant.          )

## STIPULATED ORDER

WHEREAS, Plaintiff Toshiba Corporation ("Toshiba") and Defendant CyberHome

Entertainment, Inc. ("CyberHome") have reached a stipulated resolution of CyberHome's

pending Motion to Dismiss or Transfer Venue or, Alternatively, to Stay the Case (D.I. 8) (the

"Motion"), now therefore,

        IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the

Court, as follows:

        1.      This case is transferred to the United States District Court for the Southern

District of New York for joinder with the related case captioned Citron Electronics Company,

Ltd. v. Toshiba Corporation, Civil Docket No. 1:05-cv-10626-LMM, which is pending in that

Court.

        2.      Upon entry of this stipulated order by the Court, CyberHome's Motion is

withdrawn.

        3.      CyberHome shall not contest personal jurisdiction in the Southern District of New

York.

4.    CyberHome will not move for a stay in the Southern District of New York.

However, CyberHome retains the right to seek a modified scheduling order in any respect,

including but not limited to requesting phased discovery or bifurcated consideration of the patent

and contract issues in this case.

ASHBY & GEDDES                          YOUNG, CONAWAY, STARGATT &
                                          TAYLOR

*/s/ Steven J. Balick*                   */s/ John W. Shaw*

_____          _____
Steven J. Balick (I.D. #2114)            John W. Shaw (I.D. #3362)
John G. Day (I.D. #2403)                 The Brandywine Building
Lauren E. Maguire (I.D. #4261)           1000 West Street, 17th Floor
222 Delaware Avenue, 17th Floor          P.O. Box 391
P.O. Box 1150                            Wilmington, DE 19899
Wilmington, DE 19899                     302-571-6600
302-654-1888                             *Attorneys for Defendant*
*Attorneys for Plaintiff*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

166017.1