

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOSHIBA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-757-KAJ |
| ) | |
| CYBERHOME ENTERTAINMENT, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATED ORDER

WHEREAS, Plaintiff Toshiba Corporation ("Toshiba") and Defendant CyberHome Entertainment, Inc. ("CyberHome") have reached a stipulated resolution of CyberHome's pending Motion to Dismiss or Transfer Venue or, Alternatively, to Stay the Case (D.I. 8) (the "Motion"), now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1. This case is transferred to the United States District Court for the Southern District of New York for joinder with the related case captioned Citron Electronics Company, Ltd. v. Toshiba Corporation, Civil Docket No. 1:05-cv-10626-LMM, which is pending in that Court.

2. Upon entry of this stipulated order by the Court, CyberHome's Motion is withdrawn.

3. CyberHome shall not contest personal jurisdiction in the Southern District of New York.

4. CyberHome will not move for a stay in the Southern District of New York. However, CyberHome retains the right to seek a modified scheduling order in any respect, including but not limited to requesting phased discovery or bifurcated consideration of the patent and contract issues in this case.

| ASHBY & GEDDES | YOUNG, CONAWAY, STARGATT & TAYLOR |
|---|---|
| /s/ Steven J. Balick | /s/ John W. Shaw |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888<br>*Attorneys for Plaintiff* | John W. Shaw (I.D. #3362)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>302-571-6600<br>*Attorneys for Defendant* |

SO ORDERED this 26th day of January, 2006.

_____
United States District Judge

166017.1