OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo CLERK

LOCKBOX 18 844 KING STREET U.S
COURTHOUSE WILMINGTON,
DELAWARE 19801 (302) 573-6170

January 27, 2006

Daniel Patrick Moynihan United States Courthouse
Clerk of Court
500 Pearl Street
New York, NY 10007-1312

    RE:    <u>Toshiba Corporation v. Cyberhome Entertainment, Inc.</u>
             USDC/DE Civil Action No.: 05-757 KAJ

Dear Clerk:

    Pursuant to the Order dated 1/26/06 signed by the Honorable Kent A. Jordan, transferring the above captioned case to your Court, enclosed please find the following items:

    ( X) Certified copy of the docket sheet;
    ( X) Certified copy of the Order of Transfer;
    (  ) Original case file documents (if applicable);

    Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

    Please acknowledge receipt of the above items on the attached copy of this letter.

    Sincerely,

    Peter T. Dalleo, Clerk of Court

    By: *Bob Cruikshank*
           Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** _____ .

_____
**Signature**