*Please mail to District of Delaware*

# United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213



FILED
FEB 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE  RG

J. Michael McMahon
Clerk of Court

Date: 1/27/06

Toshiba Corp v. Cyberhome Entertainment et al

S.D.N.Y. Case #: 06cv828

Assigned To: Unassigned

Dear Sir/Madam:

This is to advise you by order of the of the District Clerk of Delaware that the above case has been transmitted to Southern District of New York (transferring court case # 05-757)

All future documents submitted in this case are to be presented in the Clerk's Office of the Southern District for filing and shall bear the above-caption with the assigned judge's initials after the case number.

Yours truly,

J. Michael McMahon

By: J. Horne
Deputy

cc: Attorneys of Record